4.3 Acres of Land Bestower  by Beverly Ann Clark, through
Salwa Rahman and Nafeesah Hendricks FBO,HOLDERS-IN DUE
915 Ireland Williams road
Waskom, Texas 75692
PHONE 903 930 2340
isnumo@gmail.com



FILED

SEP  6 2024

Clerk, U.S. District Court
Texas Eastern

IN THE  UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

TO THE HONORABLE COURT, THE CLERK OF LANCANSTER MICHAEL ANTONOVICH

COURT, PLAINTIFF, AND ALL ATTORNEYS OF RECORD:

On September 6 2024 Salwa  Rahman filed a notice of removal of the above-captioned matter

Attached hereto as Exhibit 1 is a true copy of the Notice of Removal to Federal Court.

Pursuant to 28 U.S.C. 144469(d), filing the aforementioned paperwork with united States District

Court, effects the removal of this action and requires that this Court take no further action unless

and until this matter is remanded.


4.3 Acres of Land Bestower  by Beverly Ann Clark, through

Salwa Rahman and Nafeesah Hendricks FBO,HOLDERS-IN DUE

 et, al QUIET TITLE AND INJUNCTIONS

NOTICE OF REMOVAL TO FEDERAL COURT


_____ September 6 2024

4.3 Acres of Land Bestower  by Beverly Ann Clark, through
Salwa Rahman and Nafeesah Hendricks FBO,HOLDERS-IN DUE
915 Ireland Williams road
Waskom, Texas 75692
PHONE 903 930 2340
isnumo@gmail.com



FILED

SEP 6 2024

Clerk, U.S. District Court
Texas Eastern

## IN THE  UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. 1332,1441, and 1446,

CROSS- COMPLAINANTS ,4.3 Acres of Land Bestower  by Beverly Ann Clark, through

Salwa Rahman and Nafeesah Hendricks FBO,HOLDERS-IN DUE

Salwa Rahman, hereby remove this civil action from the Superior Court of California, County of

Los Angeles where it is currently pending in case 23AVC00732  and  as related cases due to

two permant injunctions cases 23AVRO00469, 24AVPT00013  to the United States District

Court for The Eastern District of Texas

1. This is a Quiet Title and Federal Agricultural Permits EXHIBIT ll A matter. Attached hereto

is a true copy of the Notice of Removal to Federal  Court.

2. Plaintiff commenced this action on July 12 2023 As of the date of filing this case we remain

in possession . JEDDAH RANCH TRUST has a long term leasehold registered with and through

Department of Agriculture and the County Recorder of Lis Angeles.

Due to family separation and injunctions I am now residing in the State of Texas whereby the

Secretary of that state shall keep my address secreted and mails will be deposited with them

under Domestic Violence Laws.

4.3 Acres of Land Bestower  by Beverly Ann Clark, through
Salwa Rahman and Nafeesah Hendricks FBO,HOLDERS-IN DUE
915 Ireland Williams road
Waskom, Texas 75692
PHONE 903 930 2340
isnumo@gmail.com

September 6 2024

4.3 Acres of Land Bestower  by Beverly Ann Clark, through
Salwa Rahman and Nafeesah Hendricks FBO,HOLDERS-IN DUE
915 Ireland Williams road
Waskom, Texas 75692
PHONE 903 930 2340
isnumo@gmail.com

4.3 ACRES OF LAND, BESTOWER BEVERLY ANN CLARK
THROUGH Nafeesah Hendricks
HOLDER IN DUE COURSE
6501 6TH Avenue
Los Angeles, California 90043
Telephone 310-428-4670
Email nanacomiche@yahoo.com
FBO Holder in Due Course Cross-Complaint

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAR - 4 2024

David W. Slayton, Executive Officer/Clerk of Court

2:24CV734

## SUPERIOR COURT OF CALIFORNIA
### FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| PRIORITY PROPERTIES, LLC a California Corporation<br>vs.<br>    Plaintiff<br>Nafeesah Hendricks, a single woman, and Does 1-10, inclusive<br><br>    Defendants<br><br>_____<br><br>4.3 ACRES OF LAND DELIVERED BY CLARK REALTY, BEVERLY ANN CLARK TO Nafeesah Hendricks For the Benefit Of Holders-in-Due Course.<br>vs.<br>    Cross Complainants<br>PRIORITY PROPERTIES, LLC a California Limited Liability Company, Abdullah Mace moral individual, MACE ABDULLAH ESQ (146027) SURETY BOND et,al<br>Koury Dodson Clark, Successor Trustee of the CLARK FAMILY TRUST Dated September 14, 2006, CLARK IRREVOCABLE TRUST<br>    Cross Defendants | Case No. 23AVCV00732<br>1. QUIET TITLE, 2. SLANDER OF TITLE AGAINST PRIORITY PROPERTIES, LLC<br>3. SUMMARY JUDGEMENT BASED FRAUD ON THE COURT BY Abdullah Mace Cross-Defendant,<br>4. DISCLAIMER of Nafeesah Hendricks Cross-Complainant HOLDER-IN-DUE COURSE, 5. ANIMAL ABUSE PENAL CODE 597, DECLARATION OF JEDDAH RANCH LEASEE,<br><br>Dept. _____<br>Time _____ |

COMES NOW Cross-Complainants 4.3 ACRES OF LAND DELIVERED BY BESTOWER
CLARK REALTY, BEVERLY ANN CLARK TO  Nafeesah Hendricks and Salwa Rahman
For the Benefit of Holders-in-Due Course.

1

## 1.QUIET TITLE

1.To Quiet Title against PRIORITY PROPERTIES ,LLC a newly formed corporation organized and through myself and Abdullah Mace acting as my friend and Attorney which is now a conflict of interest. Cross Defendant Koury Dodson Clark ,Successor Trustee of the CLARK FAMILY TRUST unlawfully transferred my property to his brother, owner of PRIORITY PROPERTIES,LLC.

### Introduction

2. The BESTOWER of the 4.3 acres of land was CLARK REALTY through BEVERLY ANN CLARK . Salwa Rahman produced ten (10 ) of her offspring with her son. Currently there is a Domestic Violence lawsuit held against that person for child abuse and assault. Because of the protection of the children involved and delicate nature of that suit I will refrain from certain testimony not held in evidence and Will Lodge in Exhibits.

This Action is an Unlimited Civil case exceeding Seventy Five Thousand Dollars.

We seek to quiet title against Koury Dodson Clark ,Successor Trustee of the CLARK FAMILY TRUST.

3, Koury Dodson Clark ,Successor Trustee of the CLARK FAMILY TRUST responsibility and the obligation was to pay the real taxes ONLY . This asset(property) was NOT held in my Trust.  Koury Dodson Clark ,Successor Trustee of the CLARK FAMILY TRUST was directed And ordered to protect me and my children from any sales from anyone.

 NO authority to sell my land was authorized. I was instructed to record a rescission by my BESTOWER Beverly Ann Clark in the case of Breach or Neglect by Koury Dodson Clark, Successor Trustee of the CLARK FAMILY TRUST or any other family member or Beneficiary.

4. Koury Dodson Clark ,Successor Trustee of the CLARK FAMILY TRUST did sign a GRANT DEED on November 2,2022 to PRIORITY PROPERTIES,LLC which has

been since discharged from the records of the Los Angeles County Assessor's Office.

NOT a VALID DEED Document Number 20221115875(DISCHARGED) as of September 25,2022.

PRIORITY PROPERTIES,LLC A LIS PENDENS filed on July 17,2023 was also discharged and should be removed by the County Records .

A NOTICE of RESCISSION DEED Document Number 20230242657 was recorded giving Notice that a RESCISSION DEED would follow the NOTICE was discharged because it was missing the actual Rescission Deed that is now recorded as Document Number _____ and recorded on _____

And filed within the county of Los Angeles California.

5. PRIORITY PROPERTIES, LLC is not the OWNER of the property. Mace Abdullah is my lawyer and Cross-Defendants lawyer and has not been forthright in his pleadings, Salwa Rahman told him that a Notice of Rescission Deed had been recorded. He is continually failing to show the Notice of Cancellation occurred. This is fraud on the court. misrepresentation and an injustice. He purposefully meant to commit slander against the Cross- Complainants and its heirs and the land. The Cross-Defendants should be estopped from making any other further different claims other than what they are asserting now, or in the future.

PRIORITY ,LLC must prove on the record by a chain of events that the Cross-Complainants falsely signed PRIORITY PROPERTIES ,LLC signature . That is false and is not the truth. There is NO document that purports that a crime had been committed or that PRIORITY PROPERTIES signature was forged or even ever used. As we stated before their deed was discharged by the County Assessors.

3

## II. SLANDER OF TITLE CAUSE OF ACTION

PRIORITY PROPERTIES, LLC a California Limited Liability Company, Abdullah Mace a Individual ABACUS LAW GROUP recorded a LIS PENDENS against 4.3 ACRES OF LAND held by Salwa Rahman DOCUMENT NUMBER 20230471373

Proof that CROSS-DEFENDANTS No1 and No 2 SLANDERED TITLE belonging to Salwa Rahman and Nafeesah Hendricks.

The Instrument Lis Pendens document is inappropriately recorded, using words and writings that disparage the property's title and damage the property owners has formed the basis for the slander of title claim. The court should judge by damages suffered by the property owner and the degree of malice that motivated the other parties namely PRIORITY PROPERTIES, LLC a California Limited Liability Company, Abdullah Mace Individual, ABACUS LAW GROUP SURETY BOND and Koury Dodson Clark ,Successor Trustee of the CLARK FAMILY TRUST Dated September 14,200.6

Damagest actually exists as described within the Cross-Complaintaints pleadings. We will prove and show that malice by the individuals and entity PRIORITY PROPERTIES, LLC a California Limited Liability Company, Abdullah Mace Individual, ABACUS LAW GROUP SURETY BOND , Koury Dodson Clark ,Successor Trustee of the CLARK FAMILY TRUST Dated September 14,2006 for slandered title.

We have established fraudulent intent on the part of them. Proof that malice is the motive of Cross-Defendants show that that they know disparaging statements are being made with reckless disregard of the truth with falsity. Cross-Defendants No.1 No.2 also was made aware that if property was removed the remedy would be by recording a rescission.

4

# Declarations of Salwa Rahman

I ',Salwa Rahman  declare under penalty of perjury that the Cross-Complaint filed

herein is true and correct. That this complaint is filed to recover property and land

bestowed to me for the benefit of myself ,my offspring which they are  the

bloodline of Beverly Ann Clark.  I am not filing this instant lawsuit to harris ,molest

or intimidate or harm any one.


Dated this day of   _____

Salwa Rahman _____
 4.3 ACRES OF LAND DELIVERED BY BESTOWER
CLARK REALTY through Beverly Ann Clark to
Nafeesah Hendricks and Salwa Rahman
For The Benefit of Holders -in -Due Course.

# Exhibit I a

# DISCLAIMER OF INTEREST
# BY: Nafeesah Hendricks 4-29-23

Nafeesah Hendricks
6501 6th Ave
Los Angeles ,California 90053
Telephone:
Email:

4.3  ACRES OF LAND, more or less, situated in Little Rock ,California of Los Angeles County, State of California, and

## LEGAL DESCRIPTION

PARCEL 1
PARCEL 38 IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES TO INCLUSIVE OF RECORD OF SURVEYS. IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

PARCEL 2

PARCEL 40 IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS SHOWN ON RECOND OF SURVEY FILED IN BOOK 74 PAGES & TO 8 INCLUSIVE OF RECORD OF SURVEYS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY

## DISCLAIMER OF INTEREST

COMES NOW the Nafeesah Hendricks in the  COUNTY OF LOS ANGELES  by and through Herself/his the undersigned,hereby  disclaims any right, title, claim or interest in or to be paid for the  sale or enjoyment of the property described in the LETTER OF INTENT  and Declaration filed herein.l

By: Nafeesah Hendricks

In the  County of Los Angeles

7

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA        )

COUNTY OF _____        )


On _____ before me, _____
        DATE                          INSERT NAME, TITLE OF OFFICER – E.G.., "JANE DOE, NOTARY PUBLIC

personally appeared, _____

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


_____ (SEAL)
        NOTARY PUBLIC SIGNATURE


═══════════ **OPTIONAL INFORMATION** ═══════════

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____  NUMBER OF PAGES _____

SIGNERS(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____  SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
| --- | --- |
|  |  |

**This page is part of your document - DO NOT DISCARD**



# 20230283228



**Pages:**
**0005**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

## 05/02/23 AT 09:40AM

| | | |
|---|---|---|
| FEES: | | 36.00 |
| TAXES: | | 0.00 |
| OTHER: | | 0.00 |
| PAID: | | 36.00 |



**L E A D S H E E T**



202305020700002

00023405531



014049171

**SEQ:**
**01**

DAR - Counter (Upfront Scan)




**THIS FORM IS NOT TO BE DUPLICATED**

E200070

9:

RECORDING REQUESTED BY

Salwa Rahman

AND WHEN RECORDED MAIL DOCUMENT TO:

NAME Salwa Rahman

STREET ADDRESS 9155 E AVE 58

CITY, STATE & ZIP CODE LitteRock CA 93543

---

**SPACE ABOVE FOR RECORDER'S USE ONLY**

## Quitclaim Deed

Title of Document

Pursuant to Assembly Bill 1466 – Restrictive Covenant (GC Code Section 27388.2), effective January 1, 2022, a fee of two dollars ($2) for recording the first page of every instrument, paper, or notice required or permitted by law to be recorded per each single transaction per parcel of real property, except those expressly exempted from payment of recording fees, as authorized by each county's board of supervisors and in accordance with applicable constitutional requirements.

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer subject to the imposition of documentary transfer tax (DTT).

☒ Exempt from fee per GC 27388.1(a)(2) and 27388.2 (b); recorded in connection with a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

**THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION**
**($3.00 Additional Recording Fee Applies)**

10

RECORDING REQUESTED BY

Nafeesah Hendricks

AND WHEN RECORDED MAIL DOCUMENT AND
TAX STATEMENT TO:

Nafeesah Hendricks

NAME

STREET          6501 6th Avenue
ADDRESS

CITY, STATE & Los Angeles California
ZIP CODE
        90043

TITLE ORDER NO. _____

ESCROW NO. _____

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# QUITCLAIM DEED

TRA: _____

APN: ___3044004029___

The undersigned grantor(s) declare(s)
DOCUMENTARY TRANSFER TAX  $ ___0___
☐ computed on full value of property conveyed, or
☐ computed on full value less liens and encumbrances remaining at time of sale.
☐ Unincorporated Area     City of _____

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I (We) _____

**Nafeesah Hendricks, a single woman**

(NAME OF GRANTOR(S))

hereby remise, release and quitclaim to _____ **Salwa Rahman, a single woman** _____

**9155 E AVE S8, LITTLEROCK, LOS ANGELES COUNTY, 93543**

(NAME OF GRANTEE(S))

the following described real property in the City of _____ Littlerock _____, County of _____ Los Angeles _____,
State of _____ California _____.

(Insert Legal Description) *This is a gift and the grantor received nothing in return of conveyance by reason of death, R & T 11930*

PARCEL 1: PARCEL 39, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD
OF SURVEY, THE OFFICE OF THE COUNTY RECORDER OF LOS ANGELES COUNTY.

DATED: *April 29, 2023*      *See EXHIBIT A*

Name _____

Name ___Nafeesah Hendricks___

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not
the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ___Los Angeles___

On _April 29, 2023_ before me, _Angela Irene Mills Notary Republic_, personally appeared

(here insert name and title of the officer)

___Nafeesah Hendricks___

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (SEAL)

MAIL TAX STATEMENT AS DIRECTED ABOVE

EXHIBIT "A"
## LEGAL DESCRIPTION

PARCEL 1:

PARCEL 39, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

PARCEL 40, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

MAY 0 2 2023

REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

# Exhibit I  a

# LETTER OF INTENT

## By: Nafeesah Hendricks 4-29-23

## LETTER OF INTENT

04/29/2023

From Nafeesah Hendricks, A Single Woman of

6501 6th Ave

Los Angeles, California 90043

Dear Salwa Rahman:

This letter (the "LOI") confirms the mutual interest, with regards to the transaction described herein, of the following parties:

("Buyer")    :    Salwa Rahma

("Seller")    :    Nafeesah Hendricks

Buyer and Seller may be referred to individually as the "Party", or collectively, the "Parties".

1.  **Terms.** The principal terms of the transaction contemplated herein(the "Prospective Transaction") would be substantially as follows:

    (a) **Prospective Transaction.** The transaction being contemplated by the Parties is as follows:

        (i)  Seller's interest of property described as:

        Parcel 1:

        Parcel 39 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 Inclusive of Record of Surveys, in the office of the County Recorder of said County.

        Parcel 2:

        Parcel 40 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 Inclusive of Record of Surveys, in the office of the County Recorder of said County.

        ASSESSOR'S PARCEL NUMBER: 3044-004-029
        Commonly known as: 9155 East Avenue S8, Little Rock, CA 93542

    (b) **Consideration.** Should a final agreement be made, the aggregate consideration for the company or interest to be purchased would be a gift in the amount of $0 dollars.

    (c) **Liabilities.**

        (i)  Except for the liabilities, debts, or obligations contained in clause 1(c)(ii) below, the Seller hereby acknowledge(s) that there are no liabilities, debts, or other obligations associated with the Prospective Transaction and agrees to disclose, in writing, any such information before any final agreement is executed.

        (ii) As part of the Prospective Transaction, Buyer would assume the following liabilities, debts, or obligations:

            (1) Buyer will assume all liabilities, debts, damages, and legal obligations as a result of the transfer by quit claim deed. Seller will be forever removed of all liabilities, debts, damages, and legal obligations. Seller will also be forever removed from deed.

2.  **Expenses.**

    (a) Buyer and Seller will pay their respective expenses incident to this letter of intent and the transactions contemplated hereby and thereby.

    (b) Both Parties have represented to each other that no brokers or finders have been employed that would be entitled to a fee by reason of the transaction contemplated by this letter of intent

3.  **Public Announcements.** Neither Party will make any announcement of the Prospective Transaction contemplated by this LOI prior to the execution of the final transaction agreement without the prior written approval of the other Party, which

approval will not be unreasonably withheld or delayed. The foregoing shall not restrict in any respect the Parties ability to communicate information concerning this LOI and the Prospective Transaction contemplated hereby to the Parties and their respective affiliates', officers, directors, employees and professional advisers, and, to the extent relevant, to third parties whose consent is required in connection with the Prospective Transaction contemplated by this LOI.

4. **Confidentiality.** This LOI and any related discussions and correspondence are to be held in strict confidence by the Parties and may not to be disclosed to any party (other than counsel to, and the accountants of, the Parties to the extent reasonably necessary for such persons to render advice in connection with the Prospective Transaction) without the prior written approval of the other Party.

5. **Due Diligence.**

   (a) Buyer may conduct a due diligence inspection of the assets and records related to the Prospective Transaction, including facilities, books and records and any other pertinent documents or information.

   (b) Buyer agrees to maintain the confidentiality of all data and information related to the Prospective Transaction.

   (c) Buyer may commence its due diligence inspection immediately upon the execution of this LOI.

6. **Closing.** Completion of the Prospective Transaction is anticipated to take place on 04/29/2023, following the completion of formal legal documentation.

7. **Valid and Partially-Binding.**

   (a) Except for the provisions contained in clause 7(b) below, which are explicitly agreed by the Parties to be binding upon execution of this LOI, this LOI is not intended as a legally binding commitment by the Buyer, and any obligation on the part of the Buyer is subject to the following conditions precedent: completion of legal documentation satisfactory to the Parties, satisfactory completion of due diligence by the Buyer, and delivery of all closing deliverables described in the definitive agreements.

   (b) The Parties hereby explicitly agree that Sections 3, 4, and 5(b) of this LOI (the "Binding Clauses") are binding obligations of the Parties. The Binding Clauses will survive termination of this LOI.

8. **Governing Law.** This LOI shall be governed by the laws of the STATE OF CALIFORNIA

9. **Counterpoints.** This LOI may be executed in counterparts, including by facsimile, each of which shall be deemed to be an original, but all of which together shall constitute one agreement.

10. **Titles and Headings.** This title and headings used in this LOI are included for convenience and shall not affect the meaning of the LOI.

11. **Severability.** In the event any provision of this LOI is found to be illegal, invalid, or unenforceable, such provision will be severed from this LOI, and will not affect the legality, validity, or enforceability of any other provision contained in this LOI.

14. **Warranty Clause.** Title disputes and any fees or charges are buyers responsibility.

The Parties hereto have executed this LOI on the dates written below:

By: _____  4/29/2023

Nafeesah Hendricks
A Single Woman

By: _____

Salwa Rahman

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA                    )

COUNTY OF _____    )

On _____ before me, _____
DATE                                              INSERT NAME, TITLE OF OFFICER – E.G.., "JANE DOE, NOTARY PUBLIC

personally appeared, _____

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (SEAL)
NOTARY PUBLIC SIGNATURE

## OPTIONAL INFORMATION

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THIS NOTARIZED DOCUMENT.

TITLE OR TYPE OF DOCUMENT _____

DATE OF DOCUMENT _____    NUMBER OF PAGES _____

SIGNERS(S) OTHER THAN NAMED ABOVE _____

SIGNER'S NAME _____    SIGNER'S NAME _____

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
|---|---|
|  |  |

To order supplies, please contact McGlone Insurance Services, Inc. at (916) 484 0804.

Case 2:24-cv-00734-JRG-RSP    Document 1    Filed 09/09/24    Page 21 of 227 PageID #: 21





# Exhibit I b

## LOS ANGELES COUNTY RECORDER
## DOCUMENT 20230242657

NOTICE OF RESCISSION DEED
Salwa Rahman -Nafeesah Hendricks
Rescinded from Beverly Ann Clark
By Special Request with Direction if removed from Trust

## LOS ANGELES COUNTY RECORDER
## DOCUMENT  20180396396373
## GRANT DEED

Kenneth M.Lukas and Susan Lukes Husband and Wife as Community Property
with Right to Survivorship to Salwa Rahman and Nafeesah Hendricks
Signed on March 12,2018 Recorded on April 24,2018

This controversy and value of is over the amount of **Seventy Five**

## Thousand Dollars (75,000.00) Federal Jurisdiction

**Subject Property Location**

| | | | |
|---|---|---|---|
| Property Address | 9155 E AVENUE S8 | | |
| City, State & Zip | LITTLEROCK, CA 93543-1808 | | |
| County | LOS ANGELES COUNTY | Property Use | Single Family Residential |
| Mailing Address | 9155 E AVENUE S8, LITTLEROCK, CA 93543-1808 | Parcel Number | 3044-004-029 |
| Census Tract | 9100.02 | Latitude | 34.550703 |
| Thomas Bros Pg-Grid | | Longitude | -117.959912 |

Legal Description Details  Lot Number: 39,40 Brief Description: R S 74-5-6 LOTS 39 AND 40

| | | | |
|---|---|---|---|
| | | Sale Price | |
| Primary Owner Name(s) | RAHMAN, SALWA | Transfer Date | 04/29/2023 |
| | | Recording Date | 05/02/2023 |
| | | Recorder Doc # | 23-0283226 |
| Vesting | | Book/Page | |

| | | | |
|---|---|---|---|
| | | Sale Price | $369,000 |
| Primary Owner Name(s) | RAHMAN, SALWA; HENDRICKS, NAFEESAH | Sale Date | 03/12/2018 |
| | | Recording Date | 04/24/2018 |
| Vesting | Community Property (Marital Community) with Right of Survivorship | Recorder Doc # | 18-0396373 |
| | | Book/Page | |

No financing details available

RECORDING REQUESTED BY: AND

Salwa Rahman

WHEN RECORDED MAIL TO:

NAME

Salwa Rahman

MAILING ADDRESS

9155 E AVE S8

CITY, STATE and ZIP CODE

LittleRock   California   93543

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

Notice of Rescission Deed

**This page is part of your document - DO NOT DISCARD**





# 20230242657

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

## 04/17/23 AT 10:35AM

Pages:
0008

| | |
|---|---|
| FEES: | 40.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 115.00 |



## LEADSHEET



202304170670011

00023363956



014023407

## SEQ:
## 01

DAR - Counter (Upfront Scan)



**THIS FORM IS NOT TO BE DUPLICATED**

E200070

RECORDING REQUESTED BY

Salwa Rahman & Nafeesah Hendricks

AND WHEN RECORDED MAIL TO:

Salwa Rahman & Nafeesah Hendricks
9155 East Ave S8
Littlerock, California 93543

SPACE ABOVE THIS LINE FOR RECORDERS USE

## NOTICE OF RESCISSION DEED

APN: 3044-004-029

The undersigned Grantor(s) declare(s) under penalty of perjury that the following is true and correct: THERE IS NO CONSIDERATION FOR THIS TRANSFER Documentary transfer tax is $0 Not a sale; no consideration-rescission of prior deed.
11 Computed on full value of property conveyed, or Computed on full value less value of liens and encumbrances remaining at time of sale or transfer.

[X] There is no Documentary transfer tax due. R & T Section 11911

This rescission of a transfer of real property relates back to its formation and dissolves the transfer as though it had never been made. Long v. Newlin (1956) 144 Cal App. 2d 509. Once the original deed is rescinded, the parties are placed in the me position they stood in before the original deed was executed, since the effect of the rescission is to extinguish the original deed. Thus, when the parties record a rescission deed, the assessor's office restores the base ar value of the original transferor as of the date of recordation of such rescission deed.

WHEREAS Salwa Rahman and Nafeesah Hendricks ,who originally had title to 9155 EAST AVENUE S8  APN 3044-004-029 on 4/24/2020 executed  a Grant Deed in favor of Beverly Clark as Grantee and recorded as:
Document Numbers 20200391691,20200391692,20200739779,20221115875 of Official Records in the County Recorder of Los Angeles, County, California (the" original Grant Deed"), a copy of which is attached hereto as Exhibit"A", and incorporated herein by this reference: and WHEREAS, pursuant to California Civil Code Section 1689(a), Salwa Rahman and

1

Nafeesah Hendricks dated 4/24/2018 have agreed to rescind their agreement pertaining to the transfer of the original Grant Deed with the effect of voiding the transfers ad initio as though the Original Grant Deeds signed after this had never been executed and recorded as provided in California.

Including a Power Attorney.    Document No. 20180396372 dated 4/24/2018

Civil Code Section 1688.

PRIORITY PROPERTIES .LLC                          Grant Deed 11/29/2022
5633 OVERHILL DR.                                 Document No.20221115875
LOS ANGELES, CA 90043

THE CLARK FAMILY TRUST Dated September 14,2006    Trust Transfer Deed 7/7/2020
5633 OVERHILL DR.                                 Document No. 20200739779
LOS ANGELES ,CALIFORNIA  90043.

Nafeesah Hendricks a Single Woman to Beverly Clark  a Single Woman   Grant Deed  4/7/2020
6501 6TH Ave                                      Document No. 20200391692
LOS ANGELES ,CALIFORNIA  90043

Salwa Rahman a Single Woman to Beverly Clark a Single Woman  Grant Deed.   4/7/2020
9155 E.Ave S8.                                    Document No 20200391691
LITTLEROCK,CALIFORNIA 93543

Salwa Rahman  a Single Woman and                  Grant Deed 4/24/2018
Nafeesah Hendricks a Single Woman                 Document No. (20180396373)
9155 E. Ave S8
LITTLEROCK ,CALIFORNIA  93543

                                                  Power of Attorney 4/24/2018
Power of Attorney.                                Document No. 20180396372

4/14/2003

Nafeesah Hendricks

4/14/202

Salwa Rahman

2

CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )

COUNTY OF _Los Angeles_ )

On _April 14, 2023_ before me, _Angela Irene Mills_
DATE                                    INSERT NAME, TITLE OF OFFICER -- E.G., "JANE DOE, NOTARY PUBLIC

personally appeared, _Salwa Rahman and_
_Nafeesah Hendricks_ ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Angela Irene Mills_ (SEAL)
NOTARY PUBLIC SIGNATURE

OPTIONAL INFORMATION

THIS OPTIONAL INFORMATION SECTION IS NOT REQUIRED BY LAW BUT MAY BE BENEFICIAL TO PERSONS RELYING ON THE DOCUMENT.

TITLE OR TYPE OF DOCUMENT _Rescission Deed_

DATE OF DOCUMENT _4/14/2023_    NUMBER OF PAGES _3_

SIGNERS(S) OTHER THAN NAMED ABOVE

SIGNER'S NAME _Nafeesah Hendricks_ SIGNER'S NAME _Salwa Rahman_

| RIGHT THUMBPRINT | RIGHT THUMBPRINT |
| --- | --- |

To order supplies, please contact McGlone Insurance Services, Inc. at (916) 484-0804.

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

**STATE OF CALIFORNIA**

} SS

**COUNTY OF** LOS ANGELES

On April 14, 23, Before Me Angela Irene Mills Notary Public , **Notary Public**

(Insert Name of Notary Public and Title)

Personally appeared Salwa Rahman and Nifeeshah Hendricks who proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_(signature)_ (NOTARY SEAL)

Notary Signature

**ILLEGIBLE NOTARY SEAL DECLARATION**

**GOVERNMENT CODE 27361.7**

I certify under penalty of perjury that the notary seal on the document to which this statement is attached reads as follows:

Name of Notary    _Angela Irene Mills_

Date Commission Expires    _Sept. 22, 2023_

Notary Identification Number    _2306414_
(For Notaries commissioned after 1/1/1992)

Manufacturer/Vendor Identification Number    _Brother 2260_
(For Notaries commissioned after 1/1/1992)

Place of Execution of this Declaration    _Los Angeles County_

Date _April 17, 2023_

_____
Signature (Firm name if any)

This is a true and certified copy of the record if it bears the seal, imprinted in purple ink, of the Registrar-Recorder/County Clerk

APR 1 7 2023

REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

Exhibit b

# LOS ANGELES COUNTY·RECORDER
# DOCUMENT 20230242657

## NOTICE OF RESCISSION DEED
Salwa Rahman -Nafeesah Hendricks
Rescinded from Beverly Ann Clark
By Special Request with Direction if removed from Trust

# LOS ANGELES COUNTY RECORDER
# DOCUMENT 20180396396373
## GRANT DEED
Kenneth M.Lukas and Susan Lukes Husband and Wife as Community Property
with Right to Survivorship to Salwa Rahman and Nafeesah Hendricks
Signed on March 12,2018 Recorded on April 24,2018

This controversy and value of is over the amount of **Seventy Five**

**Thousand Dollars** (75,000.00) Federal Jurisdiction

### Subject Property Location

| | | | |
|---|---|---|---|
| Property Address | 9155 E AVENUE 58 | | |
| City, State & Zip | LITTLEROCK, CA 93543-1808 | | |
| County | LOS ANGELES COUNTY | Property Use | Single Family Residential |
| Mailing Address | 9155 E AVENUE 58, LITTLEROCK, CA 93543-1808 | Parcel Number | 3044-004-029 |
| Census Tract | 9100.02 | Latitude | 34.550703 |
| Thomas Bros Pg-Grid | | Longitude | -117.969912 |

Legal Description Details Lot Number: 39,40 Brief Description: R 8 74-5-8 LOTS 39 AND 40

| Primary Owner Name(s) | RAHMAN, SALWA | Sale Price | |
|---|---|---|---|
| | | Transfer Date | 04/29/2023 |
| | | Recording Date | 05/02/2023 |
| Vesting | | Recorder Doc # | 23-0283228 |
| | | Book/Page | |

| Primary Owner Name(s) | RAHMAN, SALWA; HENDRICKS, NAFEESAH | Sale Price | $389,000 |
|---|---|---|---|
| | | Sale Date | 03/12/2018 |
| | | Recording Date | 04/24/2018 |
| Vesting | Community Property (Marital Community) with Right of Survivorship | Recorder Doc # | 18-0396373 |
| | | Book/Page | |

No financing details available

This page is part of your document - DO NOT DISCARD



## 20180396373



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

### 04/24/18 AT 03:04PM

Pages: 0005

| | |
|---|---|
| FEES: | 41.00 |
| TAXES: | 427.90 |
| OTHER: | 0.00 |
| PAID: | 468.90 |



**LEADSHEET**



201804240700017

00015162020



009043854

### SEQ:
### 02

DAR - Counter (Upfront Scan)



## THIS FORM IS NOT TO BE DUPLICATED

E521057



**RECORDING REQUESTED BY:**
Chicago Title Company

**AND WHEN RECORDED MAIL TO:**

Miss Salwa Rahman and Miss Nafeesah Hendricks
9155 East Avenue S8
Littlerock, CA  93543



| | THIS SPACE FOR RECORDER'S USE ONLY: |
|---|---|
| Title Order No.: ~~~~ | Escrow No.: ~~~~ |
| AP#: 3044-004-029    **GRANT DEED** | |

THE UNDERSIGNED GRANTOR(S) DECLARE(S)



### DOCUMENTARY TRANSFER TAX is $427.90

[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[X] Unincorporated area   [ ] City of **AND**

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Kenneth M. Lukas and Susan Lukas, Husband and Wife as Community Property with Right of Survivorship**

hereby GRANT(s) to:

**Salwa Rahman, a Single Woman and Nafeesah Hendricks, a Single Woman as Tenants in Common**

the real property in the  County of Los Angeles, State of California, described as:

PARCEL 1:

PARCEL 39, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:
PARCEL 40, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

DATED: March 12, 2018                           Signature Page attached hereto
                                                          and made a part hereof

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS SHOWN ABOVE:

Title Order No.: 111803186        Escrow No.: 020965-KP        AP#: 3044-004-029

## SIGNATURE PAGE

**Title of Document:  GRANT DEED**

**Date of Document:  April 24, 2018**

_Kenneth M. Lukas_
Kenneth M. Lukas

_Susan Lukas BY KENNETH M LUKAS AS HER ATTORNEY IN FACT_
Susan Lukas BY KENNETH M.LUKAS AS HER ATTORNEY IN FACT

## ACKNOWLEDGMENT

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

STATE OF CALIFORNIA
COUNTY OF _Los Angeles_
On _April 24, 2018_
before me, _Kim L. Pitts_,
A Notary Public personally appeared
_Kenneth M. Lukas_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Kim L. Pitts_

(Seal)

KIM L. PITTS
Commission # 2129517
Notary Public - California
Los Angeles County
My Comm. Expires Nov 5, 2019

ESCROW NO.: 020965-KP    TITLE ORDER NO.: 111803186

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_

On _3-12-2018_ before me, _Kim L. Pitts_,

A Notary Public personally appeared _Kenneth M. Lukas_

_____

_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Kim L. Pitts_

KIM L. PITTS
Commission # 2128517
Notary Public - California
Los Angeles County
My Comm. Expires Nov 5, 2019

(Seal)

 **American Home Shield**

# ORDER CONFIRMATION

Have you visited pro.ahs.com to order an AHS home warranty on-line?

**Real Estate Professional** — Thank you for choosing an American Home Shield warranty for this home. Please keep this document for your records. Review the information below and phone us at 800 735 4663 with any corrections. You may also fax corrections to us at 800 329 2478.

Again, thank you for selecting American Home Shield.

BEVERLY CLARK

CLARK REALTY

5633 OVERHILL DR

LOS ANGELES, CA 90043

THE AMERICAN HOME SHIELD GROUP OF COMPANIES
AMERICAN HOME SHIELD OF CALIFORNIA, INC.

**AGREEMENT NUMBER: 236761932**

IMPORTANT: For service call American Home Shield ONLY at 800 776 4663 or visit https://www.ahs.com/request-service  American Home Shield will not reimburse for services performed without its prior approval.

**Selected Plan: ShieldComplete**

## COVERED PROPERTY AND LISTING INFORMATION

**Address of Covered Property:**

9155 EAST AVE, APT S-8

LITTLEROCK, CA 93543

**Home Seller:**

KENNETH LUKAS

**Listing Date:** 4/25/2018

**Listing Expiration Date:** 4/25/2018

**Real Estate Company:**

CLARK REALTY

5633 OVERHILL DR

LOS ANGELES, CA 90043

**Real Estate Professional Submitting Application:**

BEVERLY CLARK

## CLOSING/ESCROW INFORMATION

**Closing Company (if available):**

PACIFIC TRUST ESCROW INC

39438 TRADE CENTER DR, STE D

LANCASTER, CA 93551

**Closing Agent or Attorney's Name:**

KIM PITTS

**Closing File Number:**

020965

**Proposed Closing Date (if available):**

4/24/2018

**Home Buyer:**

SALWA RAHMAN

DocuSign Envelope ID: ...

# PACIFIC TRUST
## ESCROW, INC.

39436 Trade Center Drive, Suite D
Palmdale, Ca 93551

Phone: (661) 265-0600
Fax: (661) 265-0660

## BUYER'S ESTIMATED SETTLEMENT STATEMENT

| | | | |
|---|---|---|---|
| PROPERTY: | 8165 East Avenue S8<br>Littlerock, CA 93543 | DATE: | April 18, 2018 |
| | | CLOSING/RECORD<br>DATE: | May 4, 2018 |
| BUYER: | Salwa Rahman and Nafeesah<br>Hendricks | ESCROW NO.: | 020985-KP |

| | DEBITS | CREDITS |
|---|---|---|
| **FINANCIAL CONSIDERATION** | | |
| Total Consideration | 359,000.00 | |
| Deposit from B.A. Clark Realty fbo Salwa Rahman | | 5,000.00 |
| **PRORATIONS/ADJUSTMENTS** | | |
| County Taxes at $1,419.49/semi-annually from 05/04/2018 to 07/01/2018 | 449.51 | |
| Seller Credit buyer for early release 4/10 | | 1,000.00 |
| Seller credit for 2nd release if COE by 5/4 | | 1,000.00 |
| **OTHER DEBITS/CREDITS** | | |
| Premium Termite & Pest Control For Termite Report POC (S*) $80.00 | | |
| JT Sanitation For Septic Certification Paid POC (S*) $6,500.00 | | |
| Troy Murphy (Eagle Eye Home Inspection Service) For Home Inspection | 425.00 | |
| Escrow Pad Refundable If Unused | 200.00 | |
| Kenneth Lukas and Susan Lukas for early release of funds | 1,000.00 | |
| Kenneth Lukas and Susan Lukas for early release of funds | 2,000.00 | |
| **TITLE/TAXES/RECORDING CHARGES - Chicago Title Company** | | |
| Title - Sub Escrow Fee | 62.50 | |
| Title - Wire Fee | 30.00 | |
| Title - Recording Service Fee | 25.00 | |
| Recording Grant Deed | 50.00 | |
| Affordable Housing & Job Act Fee CA SB-2 | 225.00 | |
| **ESCROW CHARGES - Pacific Trust Escrow, Inc.** | | |
| Title - Escrow Fee | 1,222.50 | |
| Title - Mail/Overnight/Messenger Fee | 100.00 | |
| Title - Wire Fee | 70.00 | |
| Title - Archive Fee | 25.00 | |
| Funds required | | 357,884.51 |
| **TOTAL** | $ 394,884.51 | $ 394,884.51 |

## THIS IS AN ESTIMATE ONLY AND FIGURES ARE SUBJECT TO CHANGE

_____
Salwa Rahman

Exhibit I C

LOS ANGELES COUNTY RECORDER
DOCUMENT 20200391691
Nafeesah Hendricks to Beverly Ann Clark a widow
Signed on November 5, 2019 Recorded April 7, 2020

This controversy and value of is over the amount of Seventy Five

Thousand Dollars (75,000.00) Federal Jurisdiction

This page is part of your document - DO NOT DISCARD



## 20200391691



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**04/07/20 AT 08:00AM**

Pages:
0004

| FEES: | 38.00 |
|---|---|
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 113.00 |



**L E A D S H E E T**



202004070200063

00018104381



010657649

**SEQ:
01**

SECURE  -  8:00AM



THIS FORM IS NOT TO BE DUPLICATED

235_5080823

**RECORDING REQUESTED BY:**

Orange Coast

**When Recorded Mail Document To:**

Beverly A. Clark
5633 Overhill Drive
Los Angeles, CA 90043

APN: 3044-004-029

This document filed for recording by
Orange Coast Title Company is an
ACCOMMODATION only. It has not
been examined as to its execution
or as to its effect upon the title.

THE UNDERSIGNED GRANTOR(S) DECLARE(S):

SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

**GRANT DEED**

"This is a bonafide gift and the
grantor received nothing in return,
R&T 11911"

DOCUMENTARY TRANSFER TAX is NONE    CITY TAX is NONE
☐ computed on the full value of the property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at the time of sale,
☐ Realty not sold
☒ Unincorporated area                    ☐ City of _____, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, NAFEESAH HENDRICKS, a single woman

hereby GRANT(S) to Beverly A. Clark, a widow

the following described real property in the City of _____, County of Los Angeles, State of California:
As shown in Exhibit "A" attached hereto and made a part hereof, and commonly known as 9155 East Avenue S8, Little Rock California 93542

A COMPLETE LEGAL DESCRIPTION IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE FULLY SET FORTH IN EXHIBIT "A".

DATED: September 18, 2019

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

Nafeesah Hendricks

State of California
County of LOS ANGELES

On NOV. 5, 2019 _____ before me
Patricia Calloway _____, Notary Public,
personally appeared NAFEESAH HENDRICKS
*********************************************

SPACE BELOW RESERVED FOR NOTARY SEAL

who proved to me on the basis of satisfactory evidence to be the person(s)
whose name(s) is/are subscribed to the within instrument and acknowledged to
me that he/she/they executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the person(s), or the
entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California
that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

PATRICIA CALLOWAY
Notary Public - California
Los Angeles County
Commission # 2287065
My Comm. Expires May 28, 2023

Patricia Calloway
Signature

Grant Deed

D20915

*Mail Tax Statements to Return Address Above*

Exhibit "A"

Parcel 1:

Parcel 39 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Surveys, in the office of the County Recorder of said County.

Parcel 2:

Parcel 40 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Surveys, in the office of the County Recorder of said County.

## Government Code 27361.7

I certify under penalty of perjury that the Notary Seal on the document to which this statement is attached reads as follows:

NAME OF THE NOTARY: _Patricia Calloway_

DATE COMMISSION EXPIRES: _05/28/2023_

COMMISSION NUMBER: _2287065_

COUNTY WHERE BOND IS FILED: _Los Angeles_

MANUFACTURE/VENDOR NUMBER: _NNA1_

SIGNATURE: _____     DATE: _4/6/2020_

AT SANTA ANA, CA

I certify under penalty of perjury and the laws of the State of California that the illegible portion of this document to which this statement is attached read as follows:

_" or as its effect upon title "_

_" Undersigned Grantor(s) Declare(s)_

SIGNATURE: _____

DATE: _4/6/2020_

Escrow No.: 020965-KP
Date: March 15, 2018

"EXHIBIT A"
LEGAL DESCRIPTION

PARCEL 1:

PARCEL 39, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

PARCEL 40, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

# Exhibit I d

**LOS ANGELES COUNTY RECORDER**
**DOCUMENT 20200391692**
**Salwas Rahman to Beverly Ann Clark a widow**
Signed on October 3,2019 Recorded  April 7, 2020

 

**This page is part of your document - DO NOT DISCARD**



## 20200391692



**Pages:**
**0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

### 04/07/20 AT 08:00AM

| | |
|---|---|
| FEES: | 35.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 110.00 |



**LEADSHEET**



202004070200063

00018104382



010657649

**SEQ:**
**02**

SECURE - 8:00AM



**THIS FORM IS NOT TO BE DUPLICATED**



235_5080823_

RECORDING REQUESTED BY:

*Orange Coast*

When Recorded Mail Document To:

Beverly A. Clark
5633 Overhill Drive
Los Angeles, CA 90043

APN: 3044-004-029                              SPACE ABOVE THIS LINE IS FOR RECORDER'S USE

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S):
DOCUMENTARY TRANSFER TAX is NONE   CITY TAX is NONE

☐ computed on the full value of the property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at the time of sale,
☒ Realty not sold
☒ Unincorporated area                     ☐ City of _____, and

This document filed for recording by Orange Coast Title Company is an ACCOMMODATION only. It has not been examined as to its execution or as to its effect upon the title.

This is a bonafide gift and the grantor received nothing in return, R&T 11911"

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, Salwa Rahman, a single woman

hereby GRANT(S) to Beverly A. Clark, a widow

the following described real property in the City of _____, County of Los Angeles, State of California:
As shown in Exhibit "A" attached hereto and made a part hereof, and commonly known as 9155 East Avenue S8, Little Rock California 93542

A COMPLETE LEGAL DESCRIPTION IS ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE FULLY SET FORTH IN EXHIBIT "A".

DATED: September 18, 2019

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |

*Salwa Rahman*
Salwa Rahman

State of California
County of LOS ANGELES
On 10.03.2019 _____ before me
NUMAN MUMTAZ _____, Notary Public,
personally appeared   SALWA RAHMAN *******
*****************************************

SPACE BELOW RESERVED FOR NOTARY SEAL

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

*NUMAN MUMTAZ*
Signature


NUMAN MUMTAZ
Notary Public - California
Los Angeles County
Commission # 2157677
My Comm. Expires Jul 19, 2020



Grant Deed                                                                                              020915

Mail Tax Statements to Return Address Above

Exhibit "A"

Parcel 1:

Parcel 39 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Surveys, in the office of the County Recorder of said County.

Parcel 2:

Parcel 40 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Surveys, in the office of the County Recorder of said County.

This is a true and certified copy of the record
if it bears the seal, imprinted in purple ink,
of the Registrar-Recorder/County Clerk

MAR 0 6 2023

REGISTRAR-RECORDER/COUNTY CLERK
LOS ANGELES COUNTY, CALIFORNIA

# Exhibit I e

## LOS ANGELES COUNTY RECORDER
## DOCUMENT  2020739779
## TRANSFER TRUST DEED
Beverly Ann Clark to THE CLARK FAMILY TRUST

Signed on April 22,2020 July 7,2020

This controversy and value of is over  the amount of **Seventy Five**

**Thousand Dollars (75,000.00) Federal Jurisdiction**

 

## This page is part of your document - DO NOT DISCARD



# 20200739779



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**Pages:
0004**

### 07/07/20 AT 09:49AM

| | |
|---|---:|
| FEES: | 38.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 113.00 |

 



### LEADSHEET



### 202007072830013

### 00018433070



### 010876191

### SEQ:
### 01

### DAR - Mail (Intake)



### THIS FORM IS NOT TO BE DUPLICATED

 

E502350

RECORDING REQUESTED BY
Van Leesten Law Corp
AND WHEN RECORDED MAIL DOCUMENT TO:

NAME Van Leesten Law Corp

STREET ADDRESS 6101 W. Centinela Ave, Ste 392

CITY, STATE & ZIP CODE Culver City, CA 90230

18433070

Batch Number: 10876191

**SPACE ABOVE FOR RECORDER'S USE ONLY**

# TRUST TRANSFER DEED

### Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer subject to the imposition of documentary transfer tax (DTT).

☐ Exempt from fee per GC 27388.1 (a) (2); recorded concurrently "in connection with" a transfer of real property that is a residential dwelling to an owner-occupier.

☐ Exempt from fee per GC 27388.1 (a) (1); fee cap of $225.00 reached.

☐ Exempt from the fee per GC 27388.1 (a) (1); not related to real property.

THIS COVER SHEET ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
($3.00 Additional Recording Fee Applies)

RECORDING REQUESTED BY
Van Leesten Law Corp

WHEN RECORDED MAIL THIS DOCUMENT TO:
6101 W. Centinela Avenue
Suite 392
Culver City, CA 90230

APN: 3044-004-029

Space above this line for Recorder's use

## TRUST TRANSFER DEED

**GRANT DEED** (EXCLUDED FROM REAPPRAISAL UNDER PROPOSITION 13, I.E., CALIF. CONST. ART 13A§1 ET.SEQ.)
THE UNDERSIGNED GRANTOR(S) DECLARE(S) UNDER PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT:
THERE IS NO CONSIDERATION FOR THIS TRANSFER.
DOCUMENTARY TRANSFER TAX IS $0 " THIS CONVEYANCE TRANSFERS AN INTEREST INTO OR OUT OF A LIVING R&T 11930"
☐ Computed on full value of property conveyed, or
☐ computed on full value less value of liens or encumbrances remaining at time of sale or transfer
☐ There is no Documentary transfer tax due. (state reason and give Code or Ordinance number)_____
☐ Unincorporated area:       ☐ city of

This is a Trust Transfer under §62 of the Revenue an Taxation Code and Grantor(s) has (have) checked the applicable exclusion:

☐   Transfer to a revocable trust;
☐   Transfer to a short term trust not exceeding 12 years with trustor holding the revision;
☐   Transfer to a trust where the trustor or th turstor's spouse is the sole beneficiary;
☐   Change of trustee holding title;
☐   Transfer from trust to trustor's spouse where prior transfer to trust was excluded form reappraisal and fro the valuable consideration, receipt of which his acknowledge.
☐   Other:

**GRANTOR(S):  BEVERLY A. CLARK, A WIDOW**

hereby GRANT(S) TO: BEVERLY A. CLARK, SUCCESSOR TRUSTEE OF THE CLARK FAMILY TRUST dated SEPTEMBER 14, 2006

the following described real property in the County of Los Angeles State of California:
Parcel 1:

Parcel 39 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Surveys, in the office of the County Recorder of said County.

Parcel 2:

Parcel 40 of Record Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Survey, in the office of the County Recorder of said County.

ASSESSOR'S PARCEL NUMBER:    3044-004-029

Commonly known as: 9155 East Avenue S8, Little Rock, CA 93542

Dated:

_____
Beverly A. Clark

MAIL TAX STATEMENTS TO:
THE CLARK FAMILY TRUST dated SEPTEMBER 14, 2006
5209 Maymont Drive, Los Angeles, Calif. 90043

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _LOS ANGELES_

On _APRIL 22, 2020_ before me, _SHAUNTE D. TAYLOR, NOTARY PUBLIC_
(insert Name of Notary Public and Title)

personally appeared _BEVERLY A. CLARK_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Shaunte O. Taylor_          (Seal)



SHAUNTE D. TAYLOR
Notary Public - California
Los Angeles County
Commission # 2225360
My Comm. Expires Jan 7, 2022

0001 rev 20160518

# Exhibit ll
## SLANDER OF TITLE
## LIS PENDENS

### LOS ANGELES COUNTY RECORDER
### DOCUMENT 20230471373

## Slandered on 7-17-2023
## and
## Recorded on 7-18-2023

## DIRECTLY CAUSED BY:
## SLANDERERS
## PRIORITY PROPERTIES,LLC a California Limited Liability Company, Abdullah Mace a Individual, ABACUS LAW GROUP et,al

Mace Abdullah, Esq.  146027
Abacus Law Group
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
(626) 204-4016 T
(626) 204-4017 F
Mace@4californialaw.com

SUPERIOR COURT OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES, ANTELOPE VALLEY DISTRICT

| PRIORITY PROPERTIES, LLC, a California Limited Liability Company, | ) ) ) | Case No.: 23AVCV00732 |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF PENDENCY OF ACTION |
| vs. | ) ) | |
| NAFEESAH HENDRICKS, an individual, SALWA RAHMAN, an individual, | ) ) ) ) | |
| Defendants. | ) ) ) | |

NOTICE IS GIVEN that the above-captioned action was commenced on July 12, 2023, in the above-captioned court by Priority Properties, LLC, a California Limited Liability Company, plaintiff, against Nafeesah Hendricks, an individual, Salwa Rahman, an individual, defendants; the action is now pending in the above court.

The above-captioned action alleges a real property claim affecting certain real property that is situated in Los Angeles County, California, and that is described as follows:

9155 E. Ave S8, Littlerock, County of Los Angeles, CA, 93543, and more particularly described as follows:

APN: 3044-004-029

NOTICE OF PENDENCY OF ACTION - 1

PARCEL 1:

PARCEL 39, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

PARCEL 2:

PARCEL 40, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON RECORD OF SURVEY FILED IN BOOK 74 PAGES 5 TO 8 INCLUSIVE OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Dated: July 17, 2023                                  ABACUS LAW GROUP

Mace Abdullah, Esq.
Attorney for Plaintiff,
Priority Properties, LLC

(Notary Acknowledgement Attached)

---

NOTICE OF PENDENCY OF ACTION - 2

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    **CIVIL CODE § 1189**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                          )

County of __Los Angeles__                   )

On __July 17, 2023__ before me, __David L. Ransom Jr, Notary Public__,

       *Date*                               *Here Insert Name and Title of the Officer*

personally appeared __Mace Abdullah__

                                     *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

                        *Signature of Notary Public*

> DAVID L. RANSOM JR.
> Notary Public · California
> Los Angeles County
> Commission # 2378060
> My Comm. Expires Nov 3, 2025

*Place Notary Seal Above*

──────────────── **OPTIONAL** ────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Notice Of Pendency of Action__

Document Date: _____    Number of Pages: __2__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____          Signer's Name: _____
☐ Corporate Officer — Title(s): _____          ☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General               ☐ Partner — ☐ Limited  ☐ General
☐ Individual        ☐ Attorney in Fact          ☐ Individual        ☐ Attorney in Fact
☐ Trustee          ☐ Guardian or Conservator    ☐ Trustee          ☐ Guardian or Conservator
☐ Other: _____               ☐ Other: _____
Signer Is Representing: _____          Signer Is Representing: _____

©2016 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)    Item #5907

STATE OF CALIFORNIA          )
                             )        ss
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1055 E. Colorado Blvd., 5th Floor, Pasadena, California, 91106-2371.

On July 17, 2023, I served the following document described as: **NOTICE OF PENDENCY OF ACTION PURSUANT TO CCP § 405.20 (LIS PENDENS)** in this matter and effected service in the following manner: on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as shown below.

[] FACSIMILE TRANSMISSION. I transmitted via telecopier machine the document(s) to the offices of the addressees, to the telecopier numbers listed herein, from number (626) 204-4017.

[] PERSONAL DELIVERY. By having copies of the document(s) personally delivered to the designated addressee; leaving, during usual business hours (or between 8 a.m. and 6 p.m.), copies in the office or residence of the party served and with a person apparently in charge (or at least 18 years of age), and thereafter mailing via first class mail, postage prepaid, copies to the party serve at the place where the copies were left.

[X] MAILING. By placing an original or a copy, as appropriate for the party involved and document described, in separate envelopes, with postage fully prepaid, **CERTIFIED MAIL/RETURN RECEIPT REQUESTED** sealed and prepaid such envelope addressed as stated below, with certified fees thereon and return receipt requested, and placed it in the United States Postal Service located in Los Angeles, California. An envelope was addressed to each addressee as follows:

| Nafeesah Hendricks | Salwa Rahman | Priority Properties, LLC |
|---|---|---|
| 6501 6th Avenue | 9155 E. Ave. S8 | 5633 Overhill Dr. |
| Los Angeles, CA 90043 | Littlerock, CA 93543 | Los Angeles, CA 90043 |

[X] **CALIFORNIA**   I declare under the penalty of perjury that the above is true and correct.

[] **FEDERAL**   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on July 17, at Pasadena, California.

_____
Naji Ali Abdullah

**NOTICE OF PENDENCY OF ACTION - 3**

Order: MT209322
2023-471373 LIS 07-18-2023

Requested By: rama.krishna, Printed: 7/25/2023 11:43 PM

# Exhibit ll
## SLANDER OF TITLE
## LIS PENDENS

LOS ANGELES COUNTY RECORDER
DOCUMENT 20230471373

## Slandered on 7-17-2023
## and

## Recorded on 7-18-2023

And other private /public places against
Cross- Complainants No1 and No2
Filing of The Instant Case **23AVCB00732**
against Nafeesah Hendricks ,a single
woman,Salwa Rahman, a single woman,and
Does 1-10, inclusive.
DIRECTLY CAUSED BY:

**SLANDERERS**

**PRIORITY PROPERTIES,LLC a
CaliforniaLimited Liability Company,
Abdullah Mace a Individual, ABACUS LAW
GROUP et,al**

Mace Abdullah, Esq. (146027)
Abacus Law Group
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
(626) 204-4016 T (626) 204-4017 F
mace@4californialaw.com
Attorneys for Kevin D. Clark

Electronically FILED by
Superior Court of California,
County of Los Angeles
7/12/2023 4:41 PM
David W. Slayton,
Executive Officer/Clerk of Court,
By M. Rojas, Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES, CENTRAL DISTRICT

|  |  |
|---|---|
| Priority Properties, LLC, a California Limited Liability Company,<br><br>                    Plaintiff,<br><br>vs<br><br>Nafeesah Hendricks, a single woman, Salwa Rahman, a single woman,<br><br>                    Defendants. | Case No.: 23AVCV00732<br><br>COMPLAINT FOR:<br><br>1. CANCELLATION OF DEED;<br><br>2. QUIET TITLE TO REAL PROPERTY |

Plaintiff alleges:

I

## STANDING, JURISDICTION, AND VENUE

1.     Plaintiff, Priority Properties, LLC, is, and at all times herein mentioned was, a California Limited Liability Company, duly and lawfully doing business in the State of California with its principal place of business in the County of Los Angeles, and owner of the

COMPLAINT FOR CANCELLATION OF DEED AND QUIET TITLE - 1

real property herein located at 9155 E. Ave S8, Littlerock, County of Los Angeles, CA, 93543 (hereinafter "subject property").

2. Defendant, Nafeesah Hendricks (hereinafter "Hendricks"), is, and at all times mentioned in this complaint was, a natural person, with her residence in the County of Los Angeles, purporting to have an interest in, and title to, the subject property, which she conveyed via quit claim deed on May 2, 2023, as a gift to Salwa Rahman (hereinafter "Rahman").

3. Defendant Rahman, is, and at all times mentioned in this complaint was, a natural person, with her residence in the County of Los Angeles, purporting to have a quit claim deed to the subject property, as conveyed to her from Hendricks on May 2, 2023, as a gift.

## II

## BACKGROUND

4. Based upon a deed search on the subject property, plaintiff has discovered that there is in existence a certain written instrument that purports to be a quit claim deed on the subject property located in the County of Los Angeles, described in the deed. The form and contents of the purported deed are as set out in the copy of it that is attached hereto as **Exhibit A** and made a part of this complaint. Plaintiff is informed, and thereupon believes that the purported quit claim deed is in the possession of, or under the control of one or both of the named defendants, Hendricks and/or Rahman.

5. Plaintiff is the holder of a grant deed that is antecedent to the purported quit claim deed in Paragraph 4. Plaintiff's grant deed is from The Clark Family Trust dated November 2, 2022, to plaintiff for the benefit of Kevin Clark, an heir of said trust.

6. Plaintiff did not on November 2, 2022, or at any other time, make, sign, or acknowledge the purported quit claim deed or authorize any person or persons to do so. Plaintiff is, and at all times mentioned was, the owner of the subject property purported to be conveyed by the purported quit claim deed, by right of inheritance to its sole member and manager, Kevin Clark.

COMPLAINT FOR CANCELLATION OF DEED AND QUIET TITLE - 2

7. On May 2, 2023, the purported quit claim deed was recorded in the Official Records of the County of Los Angeles, recorded document number 20230283228. Plaintiff is informed, and thereupon believes, that defendants plan a private sale of the subject property, and accordingly has a reasonable apprehension that if left outstanding the instrument may cause serious injury to plaintiff, to wit, lose the subject property to a purchaser from the named defendants for value and without notice of the deed's invalidity.

8. Plaintiff is informed and believes and thereon alleges that each of the named defendants claim some right, title, estate, lien, or interest in the subject property adverse to plaintiff's title; that each of them is responsible in some manner for the (threatened) sale of the subject property; and that their claims are without merit, and each of them, constitute a cloud on plaintiff's title to that property.

<div align="center">

III

**SPECIFIC ALLEGATIONS**

**FIRST CAUSE OF ACTION AGAINST HENDRICKS AND RAHMAN**

**CANCELLATION OF DEED**

</div>

9. Plaintiff incorporates paragraphs 1 through 8 herein above, as if set forth verbatim, as to the entirety of this section. On or about April 8, 2023, plaintiff was dispossessed of the above-described subject property by defendant Rahman, pursuant to a Temporary Restraining Order, case number 23AVRO00469. Said defendant subsequently was conveyed the subject property by defendant Hendricks via the purported quit claim deed, claiming title to the subject property. As a result of such dispossession, plaintiff was deprived of access the premises of the subject property, its personal property thereon, including but not limited to tools, animals, and animal trailer. Plaintiff is informed, and thereupon believe that Rahman intends to sell plaintiff's personal property; thus, causing loss of revenue and/or valuable assets of $75,000, or as otherwise proved at trial.

<div align="center">

COMPLAINT FOR CANCELLATION OF DEED AND QUIET TITLE - 3

</div>

sign, or acknowledge any deed to Hendricks or authorize any person or persons to do so. Plaintiff is, and at all times mentioned herein, was the owner of the subject property via the grant deed, by right of inheritance, to its sole member and manager of Priority Properties, LLC, Kevin Clark.

14. The above-described grant deed conveyed the subject property in fee simple to plaintiff dated November 2, 2022, and recorded in the Official Records of the County of Los Angeles on November 29, 2023, as document number 20221115875. The aforementioned grant deed to plaintiff is attached hereto as **Exhibit B** and made a part of this complaint.

15. Plaintiff seeks to quiet title against the claims of defendants Hendricks and Rahman, who claim some right, title, estate, lien, or interest in and to the lands of plaintiff as described in this complaint, based on the purported quit claim deed described in Paragraph 4. Defendants' claim(s) are without any right whatsoever and those defendants have no right, title, estate, lien, or interest whatsoever in the above-described subject property, or any part of that property.

17. Plaintiff seeks to quiet title as of July 11, 2023.

WHEREFORE, plaintiff prays judgment against defendants as follows:

On the **FIRST CAUSE OF ACTION**:

1. For a declaration that the purported deed is void;

2. That defendant(s) deliver the purported deed forthwith to the clerk of the court for cancellation;

3. For damages in the sum of $75,000, or as otherwise proved at trial;

4. For exemplary or punitive damages in the sum of $250,000, or as otherwise determined by the court;

On the **SECOND CAUSE OF ACTION**:

5. For a judgment that plaintiff is the owner in fee simple of the subject property and that defendants have no interest in the subject property adverse to the plaintiff;

On all **CAUSES OF ACTION**:

6. For costs of suit herein incurred; and

COMPLAINT FOR CANCELLATION OF DEED AND QUIET TITLE - 5

7. For such other further relief as the court may deem proper.

Dated: July 11, 2023

Mace Abdullah, Esq.
Attorney for Priority Properties, LLC

COMPLAINT FOR CANCELLATION OF DEED AND QUIET TITLE - 6

## VERIFICATION

I, Kevin Clark, am the Sole Manager of Priority Properties, LLC, a California Limited Liability Company, the plaintiff in the above-entitled action. I am authorized to make this verification for and on its behalf of Priority Properties, LLC, and I make this verification for that reason. I have read the foregoing complaint and know the contents of the complaint. The same is true of my own knowledge, except as to those matters that are therein alleged on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this day, July 11, 2023, in Little Rock, CA

Kevin Clark, Sole Manager
Priority Properties, LLC

EXHIBIT A

RECORDING REQUESTED BY:
Koury Clark

Parcel No. 3044-004-029

AND WHEN RECORDED MAIL TO:

PRIORITY PROPERTIES LLC
% 5633 OVERHILL DRIVE
LOS ANGELES, CA 90043

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED
"This conveyance transfers an interest out of a Living Trust, R & T 11930"

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $0 and CITY $0
- ☒ computed on full value of property conveyed, or
- ☐ computed on full value less liens or encumbrances remaining at the time of sale.
- ☒ unincorporated area:   ☐ City of Little Rock, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, KOURY DODSON CLARK, SUCCESSOR TRUSTEE OF THE CLARK FAMILY TRUST DATED SEPTEMBER 14, 2006

hereby GRANT(S) to   PRIORITY PROPERTIES LLC, A California Limited Liability Company

the following described real property in the County of Los Angeles, State of California:
COMPLETE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF MARKED EXHIBIT A

More commonly known as: 9155 East Avenue S8, Little Rock, CA 93542

Date    November 2, 2022

The Clark Family Trust dated September 14, 2006

By: Koury Dodson Clark, Successor Trustee

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF   California
COUNTY OF   Los Angeles

On   Nov. 2, 2022   before me,   Melonee Lee Ellis
a notary public personally appeared   Koury Dodson Clark
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   This area for official notarial seal.

MELONEE LEE ELLIS
Notary Public - California
Los Angeles County
Commission # 2371466
My Comm. Expires Aug 19, 2025

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

EXHIBIT A

Parcel 1:

Parcel 39 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Surveys, in the office of the County Recorder of said County.

Parcel 2:

Parcel 40 of Record Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Survey, in the office of the County Recorder of said County.

ASSESSOR'S PARCEL NUMBER:    3044-004-029

Commonly known as: 9155 East Avenue 58, Little Rock, CA 93542

iamo/Downloads/Property%20wish%20list%20updated.pdf

Suggested Sites    Lenovo

## Document properties

Read alou

| Property  Koury |
|---|
| 4806 4th Ave |
| 4824 Coliseum S |
| 6355 Green Vall |
| 515 Hazel |

### Description

| | |
|---|---|
| File name: | Property wish list updated.pdf |
| File size: | 95.3 KB |
| Title: | Not available |
| Author: | Isnumo Clark |
| Subject: | Not available |
| Keywords: | Not available |
| Created on: | 3/27/2022, 11:34:03 AM |
| Modified on: | 3/27/2022, 11:34:03 AM |
| Creator: | Microsoft® Word for Microsoft 365 |

3/27/2022, 11:34:0

| Property  kevin |
|---|
| 2808 Hillcrest Dr |
| 4428 Slauson Av |
| Little Rock |

### Advanced

| | |
|---|---|
| PDF producer: | Microsoft® Word for Microsoft 365 |
| PDF version: | 1.7 |
| Location: | C:/Users/diamo/Downloads/Property wi... |
| Page count: | 1 |
| Page size: | 11.33 × 14.67 in (portrait) |
| Fast web view: | No |

Close

Search

| Property    Kimberly | Net Value | Property Value | Units |
|---|---|---|---|
| 2516 48th St. | $ 607,891 | $940,000 | 4 |
| 4830 Coliseum St | $1,049,111 | $1,480,000 | 8 |
| Santa Fe | $400,000 | $ 400,000 | 1 |
| Victoria Pl | $199,500 | $199,500 | |
| | $2,253,502 | $3,019,500 | 14 |

| Property   Koury | Net Value | Property Value | Units |
|---|---|---|---|
| 4806 4th Ave | $ 615,774 | $940,000 | 4 |
| 4824 Coliseum St | $683,902 | $1,480,000 | 8 |
| 6355 Green Valley | $277,785 | $600,000 | 1 |
| 515 Hazel | $354,860 | $500,000 | 1 |
| | $1,932,321 | $3,490,000 | 14 |

| Property  kevin | Net Value | Property Value | Units |
|---|---|---|---|
| 2808 Hillcrest Dr. | $329,390 | $1,225,000 | 13 |
| 4428 Slauson Ave. | $1,450,000 | $1,450,000 | 12 |
| Little Rock | $450,000 | $450,000 | 1 |
| | | | |
| | | | |
| | $2,229,390 | $3,125,000 | 26 |

s/diamo/Downloads/Property%20wish%20list%20.pdf

Suggested Sites    Lenovo

## Document properties

### Description

| | |
|---|---|
| File name: | Property wish list .pdf |
| File size: | 94.7 KB |
| Title: | Not available |
| Author: | Isnumo Clark |
| Subject: | Not available |
| Keywords: | Not available |
| Created on: | 3/26/2022, 4:20:43 PM |
| Modified on: | 3/26/2022, 4:20:43 PM |
| Creator: | Microsoft® Word for Microsoft 365 |

### Advanced

| | |
|---|---|
| PDF producer: | Microsoft® Word for Microsoft 365 |
| PDF version: | 1.7 |
| Location: | C:/Users/diamo/Downloads/Property wi... |
| Page count: | 1 |
| Page size: | 11.33 × 14.67 in (portrait) |
| Fast web view: | No |

Close

Read alou

| Property | Kim | | lue |
|---|---|---|---|
| 2516 48th St. | | | |
| 4830 Coliseum S | | | |
| Santa Fe | | | |
| | | | |
| | | | |

| Property | Koury | | lue |
|---|---|---|---|
| 4806 4th Ave | | | |
| 4824 Coliseum S | | | |
| 6355 Green Vall | | | |
| 515 Hazel | | | |

| Property | kevin | | lue |
|---|---|---|---|
| 2808 Hillcrest D | | | |

Q Search

| Property    Kimberly | Net Value | Property Value | Units |
|---|---|---|---|
| 2516 48th St. | $ 607,891 | $940,000 | 4 |
| 4830 Coliseum St | $1,049,111 | $1,480,000 | 8 |
| Santa Fe | $400,000 | $ 400,000 | 1 |
| | | | |
| | $2,057,002 | $2,820,000 | 13 |

| Property  Koury | Net Value | Property Value | Units |
|---|---|---|---|
| 4806 4th Ave | $ 615,774 | $940,000 | 4 |
| 4824 Coliseum St | $683,902 | $1,480,000 | 8 |
| 6355 Green Valley | $277,785 | $600,000 | 1 |
| 515 Hazel | $354,860 | $500,000 | 1 |
| | $1,932,321 | $3,490,000 | 14 |

| Property  kevin | Net Value | Property Value | Units |
|---|---|---|---|
| 2808 Hillcrest Dr. | $329,390 | $1,225,000 | 13 |
| 4428 Slauson Ave. | $1,450,000 | $1,450,000 | 12 |
| Little Rock | $450,000 | $450,000 | 1 |
| | | | |
| | | | |
| | $2,229,390 | $3,125,000 | 26 |

# Exhibit II a

# LEASEHOLD
# JEDDAH RANCH
# AGRICULTURE /LICENSES /PERMITS

## LESSOR

Salwa Rahman

## LEASEE

## JEDDAH RANCH ,LLC

## CREDITOR

This page is part of your document - DO NOT DISCARD



**20230666236**



Recorded/Filed In Official Records
Recorder's Office, Los Angeles County,
California

**10/02/23 AT 02:42PM**

Pages:
0018

| | |
|---|---|
| FEES: | 68.00 |
| TAXES: | 0.55 |
| OTHER: | 0.00 |
| PAID: | 68.55 |



**LEADSHEET**



202310021890009

00023828299



Salwa Rahman Trustee

WHEN RECORDED MAIL TO

Salwa Rahman

9155 E AVE S8

LittleRock, CA. 93543



10/02/2023

*20230666236*

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

## TITLE(S)

Lease Agreement with option to purchase

# STANDARD RESIDENTIAL LEASE AGREEMENT
## WITH AN OPTION TO PURCHASE

**I. THE PARTIES.** This residential lease agreement ("Agreement"), dated September 26 2018, by and between:

**LANDLORD:** The Landlord is an individual known as Salwa Rahman of 9155 E Ave S8, Littlerock , California, 93543, hereinafter known as the "Landlord", and

**TENANT(S):** A business entity known as Jeddah Ranch Trust, hereinafter known as the "Tenant(s)", agree to the following:

**II. OCCUPANT(S).** The Premises described in Section III is to be occupied strictly as a residential +commer dwelling by the Tenant(s) and the following Nine (9) Occupants to reside on the Premises in addition to the Tenant(s) mentioned above: Nur Abdur-Rahman, Muhammed Clark, Yahya Clark, Layan Clark, Ayyub Clark, Safaa Clark, Yaqoub Clark and Iyah Clark, and Hayaam Clark (collectively, the "Occupant(s)").

**III. LEASED PREMISES.** The Landlord hereby rents to the Tenant(s), subject to the terms and conditions of this Agreement, Ranch with a property and mailing address of 9155 E Ave S8, Littlerock , California, 93543, consisting of 2 bathroom(s) and 3 bedroom(s) (the "Premises"). The Landlord shall send the Tenant(s) any notices to the Premises aforesaid mailing address.

**IV. PURPOSE.** The Tenant(s) and any Occupant(s) may only use the Premises as a residential + commercial dwelling. It may not be used for storage, manufacturing of any type of food or product, professional service(s), or for any commercial use, unless otherwise stated in this Agreement.

**V. FURNISHINGS.** The Premises is furnished with the following:

Bedroom Set, Dining Room Set, Kitchen Set (Including Pots, Pans, Glasses, Mugs, Dishes, etc.), Living Room Set, Rugs and Carpets (Not Wall-to-Wall), Shelving Unit, all of which shall be on the Premises upon the move-in date of the Tenant(s) ("Furnishings").

Any damage caused to the Furnishings from negligence, carelessness, accidents, or abuse shall be the responsibility of the Tenant(s).

**VI. APPLIANCES.** The Landlord shall provide the following appliances:

Air Conditioner Equipment, Boiler(s), Dishwasher, Dryer (for laundry), Fan(s), Furnace, Garbage Disposal, Heat Pump(s), Hot Water Heater, HVAC Equipment, Lighting Fixtures, Microwave, Outdoor Grill, Oven, Refrigerator, Smoke Detector(s), Stove, Thermostats and Controls, Washer (for laundry), and Water purifier systems all of which shall be on the Premises and functional upon the move-in date of the Tenant(s) ("Appliances and Fixtures").

Any damage caused to the Appliances and Fixtures from negligence, carelessness, accidents, or abuse shall be the responsibility of the Tenant(s).

**VII. LEASE TERM.** The term of this Agreement shall be a fixed-period arrangement beginning on September 26 2018 and ending on September 26 2117 ("Lease Term"). The Tenant(s) shall have the option to continue occupying the Premises, under the same terms and conditions of this Agreement, but under an at-will, month-to-month arrangement. The Landlord or Tenant(s) shall both retain the option to terminate said month-to-month tenancy if the Landlord or Tenant(s) notifies the other party within at least thirty (30) days or the minimum notice period authorized by state law, whichever is longer. For the Tenant(s) to continue under said month-to-month tenancy at the expiration of the Lease Term, the Landlord must be notified within sixty (60) days before the end of the Lease Term.

**VIII. RENT.** Tenant(s) shall pay the Landlord a monthly rent of $300.00 ("Rent"). The Rent will be due on the Fifteenth (15th) of every month ("Rent Due Date"), and Rent shall be paid via the following instructions:

Cash,paypal,bank transfer,livestock,stocks,labor trade.

**IX. NON-SUFFICIENT FUNDS (NSF CHECKS).** If the Tenant(s) attempts to pay Rent with a check, electronic transaction, or through any other means authorized by this Agreement, that fails to clear the transaction of Rent funds due to non-sufficient funds ("NSF"), there shall be no fee.

**X. LATE FEE.** If the Tenant(s) fails to pay Rent on the Rent Due Date, there shall be no fee assessed. A notice to pay or quit shall be submitted to the Tenant(s) for the requested payment.

**XI. FIRST (1ST) MONTH'S RENT.** First (1st) month's Rent payment shall be due by the Tenant(s) upon the execution of this Agreement.

**XII. PRE-PAYMENT.** The Landlord shall require the Tenant(s), at the execution of this Agreement, to pre-pay Rent for the following period:

Tenant(s) is required to pay Rent in the amount of $300.00 for the dates ranging from September 25 2018 - October 31 2018.

**XIII. PRORATION PERIOD.** The Tenant(s) will not move into the Premises before the start of the Lease Term.

**XIV. SECURITY DEPOSIT.** A security deposit in the amount of $300.00, which is equal to one month's Rent, shall be required from the Tenant(s) at the execution of this Agreement for the faithful performance of all its terms and conditions ("Security Deposit"). The Security Deposit shall be returned to the Tenant(s) within 30 days after this Agreement has terminated. The Security Deposit shall be returned in full, and in the manner prescribed by state and local laws, upon the end or termination of the Lease Term, unless the Landlord intends on imposing a claim on the Security Deposit for any damages. The Security Deposit shall not be credited towards Rent unless the Landlord gives their written consent.

**XV. POSSESSION.** Tenant(s) shall make reasonable efforts to examine the condition of the Premises before taking possession. Once the Tenant(s) takes possession of the Premises, the Tenant(s) acknowledges the Premises is in acceptable order and consents to take possession of the Premises in its current condition unless otherwise stated herein. Failure of the Landlord to deliver possession of the Premises to the Tenant(s) at the start of the Lease Term shall terminate this Agreement at the option of the Tenant(s). Furthermore, under such failure to deliver possession by the Landlord, and if the Tenant(s) opts to cancel this Agreement, any Security Deposit required under Section XIV of this

Agreement shall be returned to the Tenant(s) along with any other pre-paid Rent and fees, including any fees paid by the Tenant(s) in connection with the application process before the execution of this Agreement.

**XVI. OPTION TO PURCHASE.** The Tenant(s) shall have the option to purchase the Premises, along with any renewal periods or extensions, for $1.00 at any time during the duration of the Lease Term ("Option to Purchase"). The Tenant(s) may exercise the Option to Purchase by furnishing a written notice to the Landlord along with a deposit of $1.00. The terms and conditions of the purchase shall be recorded on a separate purchase and sale agreement that is to be drafted and negotiated, in "good faith," by the Landlord and Tenant(s).

If the Landlord and Tenant(s) cannot produce a signed purchase and sale agreement within a reasonable time period, then the deposit shall be refunded to the Tenant(s) and this Agreement shall continue under its terms and conditions.

If the Option to Purchase is exercised by the Tenant(s), all Rent that is paid to the Landlord shall remain separate from any and all deposits, consideration, or payments, made to the Landlord in connection to the purchase of the Premises.

The Tenant(s) shall be withheld from recording the Option to Purchase unless the Tenant(s) has the written consent from the Landlord.

**XVII. ACCESS.** Upon the start of the Proration Period or the Lease Term, whichever is earlier, the Landlord agrees to give access to the Tenant(s) in the form of keys, fobs, cards, or any type of keyless security entry device needed to enter the Premises and any designated common areas. Duplicate copies of the access forms hereof may be authorized only under the consent of the Landlord, and, if any replacements are needed, the Landlord may provide them for a reasonable fee. At the end of this Agreement, any keys, fobs, cards, or keyless entry devices provided to the Tenant(s) shall be returned to the Landlord or a fee will be billed directly to the Tenant(s) or deducted from the Security Deposit.

**XVIII. MOVE-IN INSPECTION.** Before the Tenant(s) accepts possession as described in Section XV of this Agreement, or shortly thereafter if agreed upon, the Landlord and Tenant(s) shall not perform an inspection of the Premises.

**XIX. SUBLETTING.** The Tenant(s) shall have the right to sublet the Premises or any part thereof without the prior written consent of the Landlord. The Tenant(s) will be responsible for all actions and liabilities of the sublessee, including but not limited to any damage to the Premises, nonpayment of Rent, and eviction procedures. In the event of an eviction, the Tenant(s) shall be responsible for all court filing fees, legal representation, and any other fees associated with removing the sublessee.

**XX. ABANDONMENT.** If the Tenant(s) abandons or otherwise vacates the Premises for a period equal to the minimum period set by state law or seven (7) days, whichever is less, the Landlord shall have the right to terminate this Agreement immediately and remove all personal belongings, including any personal property of the Tenant(s), from the Premises in the manner prescribed by state and local laws.

**XXI. ASSIGNMENT.** The Tenant(s) shall NOT assign or otherwise transfer the residential lease interest described in this Agreement without first obtaining the written consent of the Landlord. Written consent from the Landlord for one assignment shall not authorize consent for any subsequent

Page 3

assignments, and in such case, the Tenant(s) must seek consent from the Landlord for subsequent assignments.

**XXII. PARKING.** The Landlord shall provide the Tenant(s) 5 Parking Spaces.

The Landlord shall not charge a fee for the 5 Parking Spaces.

**XXIII. RIGHT OF ENTRY.** The Landlord shall have the right to enter the Premises during normal working hours by providing notice in accordance with the minimum state requirements in order to conduct inspections, make necessary repairs, alterations or improvements, supply services as previously agreed, and for any other reasonable purposes. The Landlord may exhibit the Premises to prospective purchasers, mortgagees, or lessees upon reasonable notice to the Tenant(s).

**XXIV. SALE OF PROPERTY.** If the Premises is sold, the Tenant(s) is to be notified of the new owner and the new property manager, if any, and their contact details for repairs and maintenance shall be forwarded to the Tenant(s). If the Premises is conveyed to another party, the new owner shall not have the right to terminate this Agreement and it shall continue under the terms and conditions agreed upon by the Landlord and Tenant(s).

**XXV. UTILITIES.** The Landlord agrees to pay for the following utilities and services:

Cable, Electricity, Heating Oil, Internet and WiFi, Lawn Care, Natural Gas, Home Phones or Landlines (Not Through Internet), Renter's Insurance, Sewage, Snow Removal, Trash Removal, Water, all of which shall be provided by the Landlord ("Utilities and Services"). All other utilities and services will be the responsibility of the Tenant(s).

**XXVI. MAINTENANCE, REPAIRS, OR ALTERATIONS.** The Tenant(s) at all times shall, at their own expense unless otherwise stated in this Agreement, maintain the Premises in a clean and sanitary manner, and shall surrender the same at termination hereof, in as good condition as received, normal wear and tear excepted. The Tenant(s) may not make any alterations to the Premises without the written consent of the Landlord. The Landlord shall be responsible for structural repairs to defects in the interior and exterior of the Premises.

The Landlord shall place fresh batteries in all battery-operated smoke detectors before the Tenant(s) moves into the Premises. After the initial placement of the fresh batteries, it is the responsibility of the Tenant(s) to replace batteries if and when needed. Additionally, a monthly cursory inspection may be required for all fire extinguishers to make sure they are fully operational and charged.

**XXVII. EARLY TERMINATION.** The Tenant(s) may be allowed to cancel this Agreement under the following conditions:
The Tenant(s) must provide at least 30 days' notice, during which any scheduled Rent payment shall be paid in accordance with this Agreement.

**XXVIII. PETS.** The Tenant(s) shall be allowed to have:

An unlimited amount of pets on the Premises consisting of Birds, Cats, Dogs, Farm Animals, Fish, Hamsters, Livestock, Rabbits, Reptiles, and Ostriches, Goats ,Lamas ,EXOTIC CREATURES and with no other types or number of pets being allowed on the Premises or common areas ("Pet(s)"). The Tenant(s) shall not be required to pay a fee for any Pet(s) allowed on the Premises. The Tenant(s) is responsible for all damages the Pet(s) cause to the Premises, regardless of the ownership of the Pet(s),

and agrees to remedy such damage to the Premises and restore its original condition at their sole expense. There shall be no limit on the weight of the Pet(s). Pet(s) may be any size and number of pounds.

**XXIX. WASTE.** The Tenant(s) agrees not to commit waste on the Premises, maintain, or permit to be maintained, a nuisance thereon, or use, or permit the Premises to be used, in an unlawful manner.

**XXX. NOISE.** The Tenant(s) agrees to abide by any and all local, county, and state noise ordinances.

**XXXI. GUESTS.** There shall be no other persons living on the Premises other than any authorized Tenant(s) and Occupant(s). Guests of the Tenant(s) are allowed to visit and stay on the Premises for a period of no more than 100 days, unless the Landlord approves otherwise ("Guest(s)").

**XXXII. SMOKING POLICY.** Smoking on the Premises is prohibited on the entire Premises, including any common areas and adjoining properties.

**XXXIII. COMPLIANCE WITH LAW.** For the entire duration of the Lease Term, the Tenant(s) agrees to comply with any present and future laws, ordinances, orders, rules, regulations, and requirements of the federal, state, county, city, and municipal governments or any of their departments, bureaus, boards, commissions, and officials thereof with respect to the Premises, or the use or occupancy thereof, whether said compliance shall be ordered or directed to or against the Tenant(s), the Landlord, or both.

**XXXIV. DEFAULT.** If the Tenant(s) fails to comply with any of the financial, material, or miscellaneous provisions of this Agreement, or any present rules and regulations of the tenancy under this Agreement in general that may be hereafter prescribed by the Landlord, or materially fails to comply with any duties imposed on the Tenant(s) by statute, regulations, ordinances, orders, or any other mandates imposed by federal, state, and local governments, within the timeframe after delivery of a written notice to quit by the Landlord specifying noncompliance with this Agreement and indicating the intention of the Landlord to terminate the Agreement by reason thereof, the Landlord may terminate this Agreement. If the Tenant(s) fails to pay Rent upon the Rent Due Date, and the default continues for the timeframe specified in the written notice to quit thereafter, the Landlord may, at their option, declare the entire balance (compiling all months applicable to this Agreement) of Rent payable hereunder to be immediately due. The Landlord may exercise any and all rights and remedies available to the Landlord at law or in equity, and the Landlord may terminate this Agreement immediately by exercising the rights and remedies thereof.

The Tenant(s) shall be in default if any of the following applies: (a) Tenant(s) does not pay Rent on the Rent Due Date and after the state- or locally-mandated grace period, if any, or if the Tenant(s) fails to pay any other dues owed in accordance with respective local and state laws and this Agreement; (b) Tenant(s), Occupant(s), or any Guest(s) thereof, violate the terms and conditions of this Agreement, or any local ordinances, fire-safety or health codes, or violate any criminal laws, regardless of whether arrest or conviction occurs; (c) Tenant(s) abandons the Premises as described in Section XX of this Agreement; (d) Tenant(s) gives incorrect or false information in their rental application, if any; (e) Tenant(s), Occupant(s), or Guest(s) thereof, is arrested, convicted, or given deferred adjudication for a criminal offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (f) any illegal drugs or paraphernalia are found in the Premises or on the person of the Tenant(s), Occupant(s), or Guest(s) thereof, while on the Premises; and (g) as otherwise allowed by local, state, and federal law.

**XXXV. MULTIPLE TENANT(S) OR OCCUPANT(S).** Each individual that is considered a Tenant(s) or Occupant(s) in this Agreement is jointly and individually liable for all of this Agreement's obligations, including but not limited to Rent monies. If any Tenant(s), Occupant(s), or guests thereof, violates this Agreement, the Tenant(s) is considered to have violated this Agreement. Landlord's requests and notices to the Tenant(s) or any of the Occupant(s) of legal age constitutes notice to the Tenant(s). Notices and requests from the Tenant(s), or anyone of the Occupant(s), including repair requests and entry permissions, constitutes notice from the Tenant(s). In eviction suits, the Tenant(s) is considered the agent of the Premises for the service of process.

**XXXVI. DISPUTES.** If a dispute arises during or after the Lease Term between the Landlord and Tenant(s), they shall agree to hold negotiations amongst themselves in "good faith" before any litigation.

**XXXVII. SEVERABILITY.** If any provision of this Agreement or the application thereof shall, for any reason and to any extent, be invalid or unenforceable, neither the remainder of this Agreement, nor the application of the provision to other persons, entities, or circumstances shall be affected thereby, but instead, shall be enforced to the maximum extent permitted by law.

**XXXVIII. SURRENDER OF PREMISES.** The Tenant(s) has surrendered the Premises when (a) the move-out date has passed and no persons are living in the Premises within the Landlord's reasonable judgment, or (b) access to the Premises has been turned to Landlord, whichever of (a) or (b) comes first. Upon the expiration of the Lease Term, the Tenant(s) shall surrender the Premises in better or equal condition as it was at the commencement of this Agreement, albeit with reasonable use, wear-and-tear, and damages caused by the natural elements excepted.

**XXXIX. RETALIATION.** The Landlord is prohibited from making any type of retaliatory acts against the Tenant(s), including, but not limited to, restricting access to the Premises, decreasing or canceling Utilities and Services, failure to repair Appliances and Fixtures, or any other deliberate acts that could be considered unjustified and retaliatory against the Tenant(s).

**XL. WAIVER.** The Landlord's waiver of a breach of any covenant or duty imposed on the Tenant(s) under this Agreement shall not constitute, or be construed as, a waiver of a breach of any other covenant or duty imposed on the Tenant(s), or of any subsequent breach of the same covenant or duty. No provision, covenant, or clause of this Agreement shall be considered waived unless such a waiver is expressed in writing as a formal amendment to this Agreement and executed by the Tenant(s) and Landlord.

**XLI. EQUAL OPPORTUNITY.** The Landlord shall make reasonable accommodations in rules, policies, practices, and services under this Agreement for Tenant(s) or Occupant(s) with a proven record of a physical or mental "handicap" as defined in 42 U.S.C.A. §§ 3604-3607 ("Handicaps"), provided such accommodations are reasonably within the Landlord's financial and practical means. The Landlord may issue consent to the Tenant(s) to make reasonable modifications to the Premises, at the Tenant(s) expense, to afford the Tenant(s) or any Occupant(s) with Handicaps the full enjoyment of the Premises. Any Handicaps of the Tenant(s) or Occupant(s) should be disclosed and presented to the Landlord, in writing, in order to seek the most appropriate route for providing any accommodations to the Premises. Landlord shall not discriminate against the Tenant(s) with Handicaps during the course of the Lease Term or in the rental application process. Further, the Landlord shall not discriminate against the Tenant(s) during the Lease Term or in the rental application process based on race, color, national origin, religion, sex, familial status, or any other status protected by law.

Page 6

**XLII. HAZARDOUS MATERIALS.** The Tenant(s) agrees not to possess any type of personal property that could be considered a fire hazard on the Premises, such as a substance with highly flammable or explosive characteristics. Items prohibited from being brought into the Premises, other than for everyday cooking or those needed for operating an appliance, includes, but is not limited to, compressed gas, gasoline, fuel, propane, kerosene, motor oil, fireworks, or any other similar item or related substance in the form of a liquid, solid, or gas.

**XLIII. WATERBEDS.** The Tenant(s) is permitted to furnish the Premises with waterbeds.

**XLIV. INDEMNIFICATION.** The Landlord shall not be liable for any damage or injury to the Tenant(s), Occupant(s), any Guest(s), or any other persons, nor shall Landlord be liable for any damage to any property that occurs on the Premises, its common areas, or any part thereof, and the Tenant(s) agrees to hold the Landlord harmless from any claims or damages unless caused solely by the Landlord's negligence. It is therefore recommended Tenant(s), at their expense, purchase renter's insurance.

**XLV. COVENANTS.** The covenants and conditions herein contained shall apply to and bind the heirs, legal representatives, and assigns of the parties hereto, and all covenants are to be construed as conditions of this Agreement.

**XLVI. NOTICES.** Any notice sent from the Landlord or the Tenant(s) to the other party shall be addressed to the underneath mailing addresses.

**Landlord's Mailing Address and Contact Information:**

Salwa Rahman
9155 E Ave S8, Littlerock , California, 93543
Phone Number: (661) 666-0587 Email: Isnumo@gmail.com

**Tenant's(s') Mailing Address:**

Jeddah Ranch Trust, ATTN. Salwa Rahman
9155 E Ave S8, Littlerock , California, 93543

**Landlord's Agent / Property Manager:** The Landlord authorizes the person or entity described below to act on their behalf in regards to the Premises for any repair, maintenance, or compliant other than a breach of this Agreement:

The individual, known as Nafeesah Hendricks of 6501 6Th Avenue, Los Angeles, California, 90043, must be contacted via phone at (310) 428-4670 or by e-mail at nafeesah.potts@lacity.org.

**XLVII. PREMISES DEEMED UNINHABITABLE.** If the Premises is deemed uninhabitable due to damages beyond reasonable repair, the Tenant(s) shall be able to terminate this Agreement by written notice to the Landlord. If said damage was caused by negligence of the Tenant(s), Occupant(s), or their Guest(s), the Tenant(s) shall be liable to the Landlord for all pertinent repairs and for the loss of income due to restoring the Premises back to a livable condition in addition to any other losses that can be proved by the Landlord.

**XLVIII. SERVICEMEMBERS CIVIL RELIEF ACT.** In the event the Tenant(s) is currently, or hereafter becomes, a member of the United States Armed Forces on extended active duty and hereafter the Tenant(s) receives permanent change of station (PCS) orders to depart from the area where the Premises is located, or is relieved from active duty, retires or separates from the military, is ordered into military housing, or receives deployment orders, then in any of these events, the Tenant(s) may terminate this Agreement by giving thirty (30) days' written notice to the Landlord. The Tenant(s) shall also furnish unto the Landlord a copy of the official orders, or a letter signed by the commanding officer of the Tenant(s), reflecting the change that warrants termination of this Agreement under this clause. The Tenant(s) shall pay prorated Rent for any days in which the Tenant(s) occupies the Premises past the beginning of the Lease Term. Further, any Security Deposit shall be returned, deducted, or otherwise retained in accordance with Section XIV of this Agreement.

**XLIX. LEAD-BASED PAINT.** The Premises was not constructed before 1978 and therefore does not contain lead-based paint.

**L. DISCLOSURES.** The following disclosures are required under California law:

**a.) AB 1482 Just Cause and Rent Limits.** California law limits the amount your rent can be increased. See Section 1947.12 of the Civil Code for more information. California law also provides that after all of the tenants have continuously and lawfully occupied the property for 12 months or more or at least one of the tenants has continuously and lawfully occupied the property for 24 months or more, a landlord must provide a statement of cause in any notice to terminate a tenancy. See Section 1946.2 of the Civil Code for more information.

**b.) Bedbug Addendum.** The Tenant(s) acknowledges that the Landlord has provided a separate Bedbug Addendum that acknowledges no bedbugs exist on the Premises.

**c.) Carbon Monoxide Detector Compliance.** Fossil fuel based appliances are not found on the Premises.

**d.) Demolition.** If the Landlord has received permission from their respective municipal office to demolish the Premises, such permits have been disclosed to the Tenant(s).

**e.) Death on the Premises.** In accordance with State law, it is required to disclose if a death has occurred on the Premises in the last 3 years. The Landlord acknowledges that no deaths have occurred.

**f.) Flood Hazard Area.** The Landlord, to the best of their knowledge, does not believe the Premises currently is in a Flood Hazard Area in accordance with California law.

**g.) Megan's Law Disclosure.** Notice: Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

**h.) Mold Disclosure.** The Tenant(s) acknowledges that the Landlord has provided a separate Mold Disclosure that acknowledges the health risks of mold.

**i.) Pest Control.** If any remediation has been conducted on the Premises by any pest control services, a copy of an inspection report provided by the pest control company must be given to the Tenant(s).

j.) **Methamphetamine or Fentanyl Contamination Disclosure.** The Landlord hereby acknowledges and confirms the Premises have NOT been contaminated by any methamphetamine or fentanyl lab activity, nor are the Premises in remediation due to such contamination. Landlord has no suspicion or knowledge of any such contamination.

**LI. GOVERNING LAW.** This Agreement shall be subject to and governed by the laws of the State of California.

**LII. AGENCY RELATIONSHIP.** Neither the Landlord nor the Tenant(s) utilized the services of a real estate agency or a real estate agent to negotiate, draft, or execute this Agreement.

**LIII. ADDITIONAL TERMS AND CONDITIONS.** In addition to all the terms, conditions, covenants, and provisions of this Agreement, the Landlord and Tenant(s) agree to the following: Leasehold Only To Be Recorded At The County Recorder for purposes of Securtity and Protection of Owner Salwa Rahman and Nafeesah Hendricks in case of interference from any unseen future Trust Transactions as HOLDERS AND AGENT.

**LIV. ENTIRE AGREEMENT.** This Agreement contains all the terms, conditions, covenants, and provisions agreed on by the Landlord, Tenant(s), and any other relevant party to this Agreement, relating to its subject matter, including any attachments or addendums. This Agreement replaces any and all previous discussions, understandings, and oral agreements. The Landlord and Tenant(s) agree to this Agreement and shall be bound until the end of the Lease Term.

The parties have agreed and duly executed this Agreement on September 26 2018.

Landlord's Signature: _____
Salwa Rahman

Tenant's Signature: _____ Trustee
Salwa Rahman as Trustee of Jeddah Ranch Trust

# AMOUNT ($) DUE AT SIGNING

Security Deposit: $300.00

First (1st) Month's Rent: $300.00

Pre-Payment of Rent: $300.00

See Attached EXhibits:
A. Fictitious Business Name Statement
B. Sellers Permit

Ex. A

YOUR RETURN MAILING ADDRESS

NAME: SALWA RAHMAN

ADDRESS: 9155 E AVENUE S8

CITY: LITTLEROCK    STATE: CA    ZIP CODE: 93543

2023210642

|||||||||||||||||||||||||||||

| FILED | EXPIRES |
|---|---|
| Sep 26 2023 | Sep 26 2028 |

Dean C. Logan, Registrar-Recorder/County Clerk

Electronically signed by MENDORIA STEPHENS

# FICTITIOUS BUSINESS NAME STATEMENT

## The following person(s) is (are) doing business as:

1. THE GREEN NURSE
2. JEDDAH RANCH

9155 EAST AVE S8

Fictitious Business Name(s)

Street address of principal place of business    Mailing address if different

| City | State | Zip | COUNTY | City | State | Zip |
|---|---|---|---|---|---|---|
| LITTLEROCK | CA | 93543 | LA COUNTY | | | |

Articles of Incorporation or Organization Number (if applicable): AI #ON

### REGISTERED OWNER(S):

1. SALWA RAHMAN

Full Name/Corp/LLC (P.O. Box not accepted) If Corp/LLC must be registered in CA

9155 EAST AVE S8

Residence Address (If Corp. or LLC enter the physical address of the Corp./LLC)

| City | State | Zip |
|---|---|---|
| LITTLEROCK | CA | 93543 |
| CA | | |

If Corporation or LLC - Print State of Incorporation/Organization

2. DANIELLE BENTCHICH

Full Name/Corp/LLC (P.O. Box not accepted)

9155 EAST AVE S8

Residence Address

| City | State | Zip |
|---|---|---|
| LITTLEROCK | CA | 93543 |
| CA | | |

If Corporation or LLC - Print State of Incorporation/Organization

### IF MORE THAN TWO REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

### THIS BUSINESS IS CONDUCTED BY: (Check one)

[ ] an Individual    [ ] a General Partnership    [ ] a Limited Partnership    [ ] a Limited Liability Company

[ ] an Unincorporated Association other than a Partnership    [ ] a Corporation    [X] a Trust    [ ] Copartners

[ ] a Married Couple    [ ] Joint Venture    [ ] State or Local Registered Domestic Partners    [ ] a Limited Liability Partnership

The date registrant commenced to transact business under the fictitious business name or names listed above on    09/2018

(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT/CORP/LLC NAME (PRINT)  SALWA RAHMAN    TITLE  TRUSTEE

REGISTRANT SIGNATURE _____    IF CORP OR LLC, PRINT NAME _____

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.

This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTICIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

*I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.*

BY:  MENDORIA STEPHENS _____ , Deputy

Rev. 04/2021    P.O. BOX 1208, NORWALK, CA 90651-1208    *DEAN C. LOGAN, LOS ANGELES COUNTY CLERK*

YOUR RETURN MAILING ADDRESS

EX. A

NAME: SALWA RAHMAN

ADDRESS: 9155 E AVENUE S8

CITY: LITTLEROCK                    STATE: CA      ZIP CODE: 93543

2023210642

FILED                  EXPIRES
Sep 26 2023           Sep 26 2028
Dean C. Logan, Registrar-Recorder/County Clerk
Electronically signed by MENDORIA STEPHENS

# FICTITIOUS BUSINESS NAME STATEMENT

The following person(s) is (are) doing business as:

1.  THE GREEN NURSE                                  2.  JEDDAH RANCH

Fictitious Business Name(s)

9155 EAST AVE S8

Street address of principal place of business | Mailing address if different

LITTLEROCK        CA        93543      LA COUNTY |

| City | State | Zip | COUNTY | City | | State | Zip |

Articles of Incorporation or Organization Number (if applicable): AI #ON

REGISTERED OWNER(S):

1.  SALWA RAHMAN                                     2.  DANIELLE BENTCHICH

Full Name/Corp/LLC (P.O. Box not accepted) If Corp/LLC must be registered in CA | Full Name/Corp/LLC (P.O. Box not accepted)

9155 EAST AVE S8                                    9155 EAST AVE S8

Residence Address (If Corp. or LLC enter the physical address of the Corp./LLC) | Residence Address

LITTLEROCK        CA        93543      LITTLEROCK              CA        93543

City     State   Zip                City                State   Zip
CA                                  CA

If Corporation or LLC - Print State of Incorporation/Organization | If Corporation or LLC - Print State of Incorporation/Organization

IF MORE THAN TWO REGISTRANTS, ATTACH ADDITIONAL SHEET SHOWING OWNER INFORMATION

## THIS BUSINESS IS CONDUCTED BY: (Check one)

☐ an Individual  ☐ a General Partnership  ☐ a Limited Partnership  ☐ a Limited Liability Company
☐ an Unincorporated Association other than a Partnership  ☐ a Corporation  ☒ a Trust  ☐ Copartners
☐ a Married Couple  ☐ Joint Venture  ☐ State or Local Registered Domestic Partners  ☐ a Limited Liability Partnership

The date registrant commenced to transact business under the fictitious business name or names listed above on        09/2018

(Insert N/A above if you haven't started to transact business)

I declare that all information in this statement is true and correct.
(A registrant who declares as true any material matter pursuant to Section 17913 of the Business and Professions Code that the registrant knows to be false is guilty of a misdemeanor punishable by a fine not to exceed one thousand dollars ($1,000).)

REGISTRANT/CORP/LLC NAME (PRINT) SALWA RAHMAN                    TITLE  TRUSTEE

REGISTRANT SIGNATURE _____   IF CORP OR LLC, PRINT NAME _____

If corporation, also print corporate title of officer. If LLC, also print title of officer or manager.
This statement was filed with the County Clerk of LOS ANGELES on the date indicated by the filed stamp in the upper right corner.

NOTICE - IN ACCORDANCE WITH SUBDIVISION (a) OF SECTION 17920, A FICTITIOUS NAME STATEMENT GENERALLY EXPIRES AT THE END OF FIVE YEARS FROM THE DATE ON WHICH IT WAS FILED IN THE OFFICE OF THE COUNTY CLERK, EXCEPT, AS PROVIDED IN SUBDIVISION (b) OF SECTION 17920, WHERE IT EXPIRES 40 DAYS AFTER ANY CHANGE IN THE FACTS SET FORTH IN THE STATEMENT PURSUANT TO SECTION 17913 OTHER THAN A CHANGE IN THE RESIDENCE ADDRESS OF A REGISTERED OWNER. A NEW FICTITIOUS BUSINESS NAME STATEMENT MUST BE FILED BEFORE THE EXPIRATION. EFFECTIVE JANUARY 1, 2014, THE FICTICIOUS BUSINESS NAME STATEMENT MUST BE ACCOMPANIED BY THE AFFIDAVIT OF IDENTITY FORM.

THE FILING OF THIS STATEMENT DOES NOT OF ITSELF AUTHORIZE THE USE IN THIS STATE OF A FICTITIOUS BUSINESS NAME IN VIOLATION OF THE RIGHTS OF ANOTHER UNDER FEDERAL, STATE, OR COMMON LAW (SEE SECTION 14411 ET SEQ., BUSINESS AND PROFESSIONS CODE).

I HEREBY CERTIFY THAT THIS COPY IS A CORRECT COPY OF THE ORIGINAL STATEMENT ON FILE IN MY OFFICE.

BY:  MENDORIA STEPHENS _____ , Deputy

Rev. 04/2021        P.O. BOX 1208, NORWALK, CA 90651-1208        DEAN C. LOGAN, LOS ANGELES COUNTY CLERK

*Ex. A*

Dean C. Logan
Los Angeles County Registrar / Recorder
12400 Imperial Highway, Norwalk, CA
(800)201-8999

Lancaster District Office

LANCASTER DISTRICT OFFICE

OUNTY
ORDER/COUNTY CLERK

Cashier: M. STEPHENS

*2023092606660007*

Tuesday, September 26, 2023 9:46 AM

/ — FICTITIOUS BUSINESS NAME STATEMENT

nt by **MAIL** or through a **THIRD PARTY**, the registered owner **MUST** bring ance with Section 17913 of the California Business and Professions Code, e a Fictitious Business Name Statement.

| Item(s) | | |
|---|---|---|
| Fee | Qty | Total |
| RENEWAL FICTITIOUS NAME | 1 | $26.00 |
| 2023210642 | | |
| ADDITIONAL OWNER NAME FEE 1 | | $5.00 |
| 2023210642 | | |
| ADDITIONAL BUSINESS NAME 1 | | $5.00 |
| 2023210642 | | |
| **Total** | | **$36.00** |

Total Documents:        1

Customer payment(s):

Cash                    $36.00

| | |
|---|---|
| CA | 93543 |
| State/Country | Zip Code |

pany, a limited partnership, or a limited liability partnership, the county cretary of State indicating the current existence and good standing of that

r Third Party Requests Only***

**Notary Public for all Mail and Third Party Submissions**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _____ )
                            ) ss
County of _____ )

Subscribed and sworn to (or affirmed) before me on this_____day of_____, 20_____, by

_____, proved to me on the basis of satisfactory evidence to be the

person(s) who appeared before me.

_____
Signature

**FOR OFFICE USE ONLY: ***To be completed by Deputy County Clerk for in-person filings only***

ID #: 4P439637    Exp. Date: 9/24/2027 Deputy Signature:

EX. B

## CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION

## SELLER'S PERMIT

March 20, 2020

ACCOUNT NUMBER

247490432 - 00001

JEDDAH RANCH
SALWA RAHMAN
9155 E AVENUE S8
SUN VILLAGE CA  93543-1808

Office of Control:
Santa Clarita Office

*NOTICE TO PERMITTEE:*
*You are required to obey all*
*Federal and State laws that*
*regulate or control your*
*business. This permit does*
*not allow you to do*
*otherwise.*

IS HEREBY AUTHORIZED PURSUANT TO SALES AND USE TAX LAW TO ENGAGE IN THE BUSINESS OF SELLING TANGIBLE
PERSONAL PROPERTY AT THE ABOVE LOCATION. THIS PERMIT IS VALID ONLY AT THE ABOVE ADDRESS.

THIS PERMIT IS VALID UNTIL REVOKED OR CANCELED AND IS NOT TRANSFERABLE. IF YOU SELL YOUR BUSINESS OR DROP OUT
OF A PARTNERSHIP, NOTIFY US OR YOU COULD BE RESPONSIBLE FOR SALES AND USE TAXES OWED BY THE NEW OPERATOR
OF THE BUSINESS.

*Not valid at any other address*

For general tax questions, please call our Customer Service Center at 1-800-400-7115 (TTY:711).
For information on your rights, contact the Taxpayers' Rights Advocate Office at 1-888-324-2798 or 1-916-324-2798.

CDTFA-442-R REV. 18 (6-18)

## A MESSAGE TO OUR NEW PERMIT HOLDER

As a seller, you have rights and responsibilities under the Sales and Use Tax Law. In order to assist you in your endeavor
and to better understand the law, we offer the following sources of help:

- Visiting our website at *www.cdtfa.ca.gov*
- Visiting an office
- Attending a Basic Sales and Use Tax Law class offered at one of our offices
- Sending your questions in writing to any one of our offices
- Calling our toll-free Customer Service Center at 1-800-400-7115 (TTY:711)

As a seller, you have the right to issue resale certificates for merchandise that you intend to resell. You also have the
responsibility of not misusing resale certificates. While the sales tax is imposed upon the retailer,

- You have the right to seek reimbursement of the tax from your customer
- You are responsible for filing and paying your sales and use tax returns timely
- You have the right to be treated in a fair and equitable manner by the employees of the California Department of Tax and Fee
  Administration (CDTFA)
- You are responsible for following the regulations set forth by the CDTFA

As a seller, you are expected to maintain the normal books and records of a prudent businessperson. You are required to maintain these books
and records for no less than four years, and make them available for inspection by a CDTFA representative when requested. You are also required
to know and charge the correct sales or use tax rate, including any local and district taxes. The tax rate applicable to your sales or use may not
necessarily correspond to the tax rate of your business address displayed on this permit. You are also expected to notify us if you are buying,
selling, adding a location, or discontinuing your business, adding or dropping a partner, officer, or member, or when you are moving any or all of
your business locations. If it becomes necessary to surrender this permit, you should only do so by mailing it to a CDTFA office, or giving it to a
CDTFA representative.

If you would like to know more about your rights as a taxpayer, or if you are unable to resolve an issue with CDTFA, please contact the Taxpayers'
Rights Advocate Office for help by calling toll-free, 1-888-324-2798 or 1-916-324-2798. Their fax number is 1-916-323-3319.

Please post this permit at the address for which it was issued and at a location visible to your customers.

California Department of Tax and Fee Administration

Business Tax and Fee Division

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_ )

On _October 2ⁿᵈ, 2023_ before me, George Christopher Thomas, Notary Public
<div style="text-align:center">(insert name and title of the officer)</div>

personally appeared _Salwa Rahman_ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

GEORGE CHRISTOPHER THOMAS
Notary Public - California
Ventura County
Commission # 2403618
My Comm. Expires May 27, 2026

Signature _George Christopher Thomas_      (Seal)



google.com/search?q=j...

 jeddah ranch

All    Maps    Images    News    Videos    Shopr

# JEDDAH RANCH

5.0 ★★★★★ (7)

Ranch in Sun Village, California

Open



Overview    Reviews    Photos    About

            

CALL    CHAT    DIRECTIONS    WEBSITE

 9155 E Ave S-8, Sun Village, CA 93543, United States





google.com/search?q=je    24



Overview        Reviews        Photos        About

https://m.facebook.com › jeddahranch

# Jeddah Ranch Sun Village – Home | Facebook

Jeddah Ranch Sun Village · 9155 E AVE S8, 93543 Sun Village. Get Directions · Rating · 5. (6 reviews) · 42 people checked in here · ...

5.0 ★ ★ ★ ★ ★ (6)



 https://jeddahranch.com

# JEDDAH RANCH

family friendly ranch offering beginner and advanced horseback riding lessons ... Jeddah Ranch "MEATING" the meat man himself @nusr_et , great food ...



Instagram app · *Installed*

 Jeddah Ranch California –

Case 2:24-cv-00734-JRG-RSP    Document 1    Filed 09/09/24    Page 95 of 227 PageID #: 95

California (@jeddahranch)



tact

Send a message

# Reviews

## Google review summary    ❓

5.0 ★★★★★ (7)

    "Very nice **place** the **family** is so friendly"

    "**Wonder place**, have beautiful horses and plenty of shade to relax."

"MashaAllah the **management** is amazing."

More Google reviews

# STANDARD RESIDENTIAL LEASE AGREEMENT

## WITH AN OPTION TO PURCHASE

**I. THE PARTIES.** This residential lease agreement ("Agreement"), dated September 25 2018, by and between:

**LANDLORD**: The Landlord is an individual known as Salwa Rahman of 9155 E Ave S8, Littlerock , California, 93543, hereinafter known as the "Landlord", and

**TENANT(S)**: A business entity known as Jeddah Ranch School Trust, hereinafter known as the "Tenant(s)", agree to the following:

**II. OCCUPANT(S).** The Premises described in Section III is to be occupied strictly as a residential dwelling by the Tenant(s) and no other individuals ("Occupant(s)").

**III. LEASED PREMISES.** The Landlord hereby rents to the Tenant(s), subject to the terms and conditions of this Agreement, Ranch with a property and mailing address of 9155 E Ave S8, Littlerock , California, 93543, consisting of 2 bathroom(s) and 3 bedroom(s) (the "Premises"). The Landlord shall send the Tenant(s) any notices to the Premises aforesaid mailing address.

**IV. PURPOSE.** The Tenant(s) and any Occupant(s) may only use the Premises as a residential dwelling. It may not be used for storage, manufacturing of any type of food or product, professional service(s), or for any commercial use, unless otherwise stated in this Agreement.

**V. FURNISHINGS.** The Premises is not furnished.

**VI. APPLIANCES.** The Landlord shall provide the following appliances:

Air Conditioner Equipment, Boiler(s), Dishwasher, Dryer (for laundry), Fan(s), Furnace, Garbage Disposal, Heat Pump(s), Hot Water Heater, HVAC Equipment, Lighting Fixtures, Microwave, Outdoor Grill, Oven, Refrigerator, Smoke Detector(s), Stove, Thermostats and Controls, Washer (for laundry), and Water purifier systems all of which shall be on the Premises and functional upon the move-in date of the Tenant(s) ("Appliances and Fixtures").

Any damage caused to the Appliances and Fixtures from negligence, carelessness, accidents, or abuse shall be the responsibility of the Tenant(s).

**VII. LEASE TERM.** The term of this Agreement shall be a fixed-period arrangement beginning on September 25 2018 and ending on September 24 2065 ("Lease Term"). The Tenant(s) shall have the option to continue occupying the Premises, under the same terms and conditions of this Agreement, but under an at-will, month-to-month arrangement. The Landlord or Tenant(s) shall both retain the option to terminate said month-to-month tenancy if the Landlord or Tenant(s) notifies the other party within at least thirty (30) days or the minimum notice period authorized by state law, whichever is longer. For the Tenant(s) to continue under said month-to-month tenancy at the expiration of the Lease Term, the Landlord must be notified within sixty (60) days before the end of the Lease Term.

Page 1

**VIII. RENT.** Tenant(s) shall pay the Landlord a monthly rent of $2,800.00 ("Rent"). The Rent will be due on the Fifteenth (15th) of every month ("Rent Due Date"), and Rent shall be paid by sending payment to the Landlord's aforementioned mailing address.

**IX. NON-SUFFICIENT FUNDS (NSF CHECKS).** If the Tenant(s) attempts to pay Rent with a check, electronic transaction, or through any other means authorized by this Agreement, that fails to clear the transaction of Rent funds due to non-sufficient funds ("NSF"), there shall be no fee.

**X. LATE FEE.** If the Tenant(s) fails to pay Rent on the Rent Due Date, there shall be no fee assessed. A notice to pay or quit shall be submitted to the Tenant(s) for the requested payment.

**XI. FIRST (1ST) MONTH'S RENT.** First (1st) month's Rent payment shall be due by the Tenant(s) upon the execution of this Agreement.

**XII. PRE-PAYMENT.** The Landlord shall require the Tenant(s), at the execution of this Agreement, to pre-pay Rent for the following period:

Tenant(s) is required to pay Rent in the amount of $168,000.00 for the dates ranging from September 25 2018 - October 31 2018.

**XIII. PRORATION PERIOD.** The Tenant(s) will not move into the Premises before the start of the Lease Term.

**XIV. SECURITY DEPOSIT.** A security deposit in the amount of $2,800.00, which is equal to one month's Rent, shall be required from the Tenant(s) at the execution of this Agreement for the faithful performance of all its terms and conditions ("Security Deposit"). The Security Deposit shall be returned to the Tenant(s) within 30 days after this Agreement has terminated. The Security Deposit shall be returned in full, and in the manner prescribed by state and local laws, upon the end or termination of the Lease Term, unless the Landlord intends on imposing a claim on the Security Deposit for any damages. The Security Deposit shall not be credited towards Rent unless the Landlord gives their written consent.

**XV. POSSESSION.** Tenant(s) shall make reasonable efforts to examine the condition of the Premises before taking possession. Once the Tenant(s) takes possession of the Premises, the Tenant(s) acknowledges the Premises is in acceptable order and consents to take possession of the Premises in its current condition unless otherwise stated herein. Failure of the Landlord to deliver possession of the Premises to the Tenant(s) at the start of the Lease Term shall terminate this Agreement at the option of the Tenant(s). Furthermore, under such failure to deliver possession by the Landlord, and if the Tenant(s) opts to cancel this Agreement, any Security Deposit required under Section XIV of this Agreement shall be returned to the Tenant(s) along with any other pre-paid Rent and fees, including any fees paid by the Tenant(s) in connection with the application process before the execution of this Agreement.

**XVI. OPTION TO PURCHASE.** The Tenant(s) shall have the option to purchase the Premises, along with any renewal periods or extensions, for $1.00 at any time during the duration of the Lease Term ("Option to Purchase"). The Tenant(s) may exercise the Option to Purchase by furnishing a written notice to the Landlord along with a deposit of $1.00. The terms and conditions of the purchase shall be recorded on a separate purchase and sale agreement that is to be drafted and negotiated, in "good faith," by the Landlord and Tenant(s).

If the Landlord and Tenant(s) cannot produce a signed purchase and sale agreement within a reasonable time period, then the deposit shall be refunded to the Tenant(s) and this Agreement shall continue under its terms and conditions.

If the Option to Purchase is exercised by the Tenant(s), all Rent that is paid to the Landlord shall remain separate from any and all deposits, consideration, or payments, made to the Landlord in connection to the purchase of the Premises.

The Tenant(s) shall be withheld from recording the Option to Purchase unless the Tenant(s) has the written consent from the Landlord.

XVII. ACCESS. Upon the start of the Proration Period or the Lease Term, whichever is earlier, the Landlord agrees to give access to the Tenant(s) in the form of keys, fobs, cards, or any type of keyless security entry device needed to enter the Premises and any designated common areas. Duplicate copies of the access forms hereof may be authorized only under the consent of the Landlord, and, if any replacements are needed, the Landlord may provide them for a reasonable fee. At the end of this Agreement, any keys, fobs, cards, or keyless entry devices provided to the Tenant(s) shall be returned to the Landlord or a fee will be billed directly to the Tenant(s) or deducted from the Security Deposit.

XVIII. MOVE-IN INSPECTION. Before the Tenant(s) accepts possession as described in Section XV of this Agreement, or shortly thereafter if agreed upon, the Landlord and Tenant(s) shall not perform an inspection of the Premises.

XIX. SUBLETTING. The Tenant(s) shall have the right to sublet the Premises or any part thereof without the prior written consent of the Landlord. The Tenant(s) will be responsible for all actions and liabilities of the sublessee, including but not limited to any damage to the Premises, nonpayment of Rent, and eviction procedures. In the event of an eviction, the Tenant(s) shall be responsible for all court filing fees, legal representation, and any other fees associated with removing the sublessee.

XX. ABANDONMENT. If the Tenant(s) abandons or otherwise vacates the Premises for a period equal to the minimum period set by state law or seven (7) days, whichever is less, the Landlord shall have the right to terminate this Agreement immediately and remove all personal belongings, including any personal property of the Tenant(s), from the Premises in the manner prescribed by state and local laws.

XXI. ASSIGNMENT. The Tenant(s) shall NOT assign or otherwise transfer the residential lease interest described in this Agreement without first obtaining the written consent of the Landlord. Written consent from the Landlord for one assignment shall not authorize consent for any subsequent assignments, and in such case, the Tenant(s) must seek consent from the Landlord for subsequent assignments.

XXII. PARKING. The Landlord shall provide the Tenant(s) 5 Parking Spaces.

The Landlord shall not charge a fee for the 5 Parking Spaces.

XXIII. RIGHT OF ENTRY. The Landlord shall have the right to enter the Premises during normal working hours by providing notice in accordance with the minimum state requirements in order to conduct inspections, make necessary repairs, alterations or improvements, supply services as previously agreed, and for any other reasonable purposes. The Landlord may exhibit the Premises to prospective purchasers, mortgagees, or lessees upon reasonable notice to the Tenant(s).

**XXIV. SALE OF PROPERTY.** If the Premises is sold, the Tenant(s) is to be notified of the new owner and the new property manager, if any, and their contact details for repairs and maintenance shall be forwarded to the Tenant(s). If the Premises is conveyed to another party, the new owner shall not have the right to terminate this Agreement and it shall continue under the terms and conditions agreed upon by the Landlord and Tenant(s).

**XXV. UTILITIES.** The Landlord agrees to pay for the following utilities and services:

Cable, Electricity, Heating Oil, Internet and WiFi, Lawn Care, Natural Gas, Home Phones or Landlines (Not Through Internet), Sewage, Snow Removal, Water, all of which shall be provided by the Landlord ("Utilities and Services"). All other utilities and services will be the responsibility of the Tenant(s).

**XXVI. MAINTENANCE, REPAIRS, OR ALTERATIONS.** The Tenant(s) at all times shall, at their own expense unless otherwise stated in this Agreement, maintain the Premises in a clean and sanitary manner, and shall surrender the same at termination hereof, in as good condition as received, normal wear and tear excepted. The Tenant(s) may not make any alterations to the Premises without the written consent of the Landlord. The Landlord shall be responsible for structural repairs to defects in the interior and exterior of the Premises.

The Landlord shall place fresh batteries in all battery-operated smoke detectors before the Tenant(s) moves into the Premises. After the initial placement of the fresh batteries, it is the responsibility of the Tenant(s) to replace batteries if and when needed. Additionally, a monthly cursory inspection may be required for all fire extinguishers to make sure they are fully operational and charged.

**XXVII. EARLY TERMINATION.** The Tenant(s) may be allowed to cancel this Agreement under the following conditions:
The Tenant(s) must provide at least 30 days' notice, during which any scheduled Rent payment shall be paid in accordance with this Agreement.

**XXVIII. PETS.** The Tenant(s) shall be allowed to have:

An unlimited amount of pets on the Premises consisting of Birds, Cats, Dogs, Farm Animals, Fish, Hamsters, Livestock, Rabbits, Reptiles, and Ostriches, Goats ,Lamas ,EXOTIC CREATURES and with no other types or number of pets being allowed on the Premises or common areas ("Pet(s)"). The Tenant(s) shall not be required to pay a fee for any Pet(s) allowed on the Premises. The Tenant(s) is responsible for all damages the Pet(s) cause to the Premises, regardless of the ownership of the Pet(s), and agrees to remedy such damage to the Premises and restore its original condition at their sole expense. There shall be no limit on the weight of the Pet(s). Pet(s) may be any size and number of pounds.

**XXIX. WASTE.** The Tenant(s) agrees not to commit waste on the Premises, maintain, or permit to be maintained, a nuisance thereon, or use, or permit the Premises to be used, in an unlawful manner.

**XXX. NOISE.** The Tenant(s) agrees to abide by any and all local, county, and state noise ordinances.

**XXXI. GUESTS.** There shall be no other persons living on the Premises other than any authorized Tenant(s) and Occupant(s). Guests of the Tenant(s) are allowed to visit and stay on the Premises for a period of no more than 10 days, unless the Landlord approves otherwise ("Guest(s)").

**XXXII. SMOKING POLICY.** Smoking on the Premises is prohibited on the entire Premises, including any common areas and adjoining properties.

**XXXIII. COMPLIANCE WITH LAW.** For the entire duration of the Lease Term, the Tenant(s) agrees to comply with any present and future laws, ordinances, orders, rules, regulations, and requirements of the federal, state, county, city, and municipal governments or any of their departments, bureaus, boards, commissions, and officials thereof with respect to the Premises, or the use or occupancy thereof, whether said compliance shall be ordered or directed to or against the Tenant(s), the Landlord, or both.

**XXXIV. DEFAULT.** If the Tenant(s) fails to comply with any of the financial, material, or miscellaneous provisions of this Agreement, or any present rules and regulations of the tenancy under this Agreement in general that may be hereafter prescribed by the Landlord, or materially fails to comply with any duties imposed on the Tenant(s) by statute, regulations, ordinances, orders, or any other mandates imposed by federal, state, and local governments, within the timeframe after delivery of a written notice to quit by the Landlord specifying noncompliance with this Agreement and indicating the intention of the Landlord to terminate the Agreement by reason thereof, the Landlord may terminate this Agreement. If the Tenant(s) fails to pay Rent upon the Rent Due Date, and the default continues for the timeframe specified in the written notice to quit thereafter, the Landlord may, at their option, declare the entire balance (compiling all months applicable to this Agreement) of Rent payable hereunder to be immediately due. The Landlord may exercise any and all rights and remedies available to the Landlord at law or in equity, and the Landlord may terminate this Agreement immediately by exercising the rights and remedies thereof.

The Tenant(s) shall be in default if any of the following applies: (a) Tenant(s) does not pay Rent on the Rent Due Date and after the state- or locally-mandated grace period, if any, or if the Tenant(s) fails to pay any other dues owed in accordance with respective local and state laws and this Agreement; (b) Tenant(s), Occupant(s), or any Guest(s) thereof, violate the terms and conditions of this Agreement, or any local ordinances, fire-safety or health codes, or violate any criminal laws, regardless of whether arrest or conviction occurs; (c) Tenant(s) abandons the Premises as described in Section XX of this Agreement; (d) Tenant(s) gives incorrect or false information in their rental application, if any; (e) Tenant(s), Occupant(s), or Guest(s) thereof, is arrested, convicted, or given deferred adjudication for a criminal offense involving actual or potential physical harm to a person, or involving possession, manufacture, or delivery of a controlled substance, marijuana, or drug paraphernalia under state statute; (f) any illegal drugs or paraphernalia are found in the Premises or on the person of the Tenant(s), Occupant(s), or Guest(s) thereof, while on the Premises; and (g) as otherwise allowed by local, state, and federal law.

**XXXV. MULTIPLE TENANT(S) OR OCCUPANT(S).** Each individual that is considered a Tenant(s) or Occupant(s) in this Agreement is jointly and individually liable for all of this Agreement's obligations, including but not limited to Rent monies. If any Tenant(s), Occupant(s), or guests thereof, violates this Agreement, the Tenant(s) is considered to have violated this Agreement. Landlord's requests and notices to the Tenant(s) or any of the Occupant(s) of legal age constitutes notice to the Tenant(s). Notices and requests from the Tenant(s), or anyone of the Occupant(s), including repair requests and entry permissions, constitutes notice from the Tenant(s). In eviction suits, the Tenant(s) is considered the agent of the Premises for the service of process.

**XXXVI. DISPUTES.** If a dispute arises during or after the Lease Term between the Landlord and Tenant(s), they shall agree to hold negotiations amongst themselves in "good faith" before any litigation.

**XXXVII. SEVERABILITY.** If any provision of this Agreement or the application thereof shall, for any reason and to any extent, be invalid or unenforceable, neither the remainder of this Agreement, nor the application of the provision to other persons, entities, or circumstances shall be affected thereby, but instead, shall be enforced to the maximum extent permitted by law.

**XXXVIII. SURRENDER OF PREMISES.** The Tenant(s) has surrendered the Premises when (a) the move-out date has passed and no persons are living in the Premises within the Landlord's reasonable judgment, or (b) access to the Premises has been turned to Landlord, whichever of (a) or (b) comes first. Upon the expiration of the Lease Term, the Tenant(s) shall surrender the Premises in better or equal condition as it was at the commencement of this Agreement, albeit with reasonable use, wear-and-tear, and damages caused by the natural elements excepted.

**XXXIX. RETALIATION.** The Landlord is prohibited from making any type of retaliatory acts against the Tenant(s), including, but not limited to, restricting access to the Premises, decreasing or canceling Utilities and Services, failure to repair Appliances and Fixtures, or any other deliberate acts that could be considered unjustified and retaliatory against the Tenant(s).

**XL. WAIVER.** The Landlord's waiver of a breach of any covenant or duty imposed on the Tenant(s) under this Agreement shall not constitute, or be construed as, a waiver of a breach of any other covenant or duty imposed on the Tenant(s), or of any subsequent breach of the same covenant or duty. No provision, covenant, or clause of this Agreement shall be considered waived unless such a waiver is expressed in writing as a formal amendment to this Agreement and executed by the Tenant(s) and Landlord.

**XLI. EQUAL OPPORTUNITY.** The Landlord shall make reasonable accommodations in rules, policies, practices, and services under this Agreement for Tenant(s) or Occupant(s) with a proven record of a physical or mental "handicap" as defined in 42 U.S.C.A. §§ 3604-3607 ("Handicaps"), provided such accommodations are reasonably within the Landlord's financial and practical means. The Landlord may issue consent to the Tenant(s) to make reasonable modifications to the Premises, at the Tenant(s) expense, to afford the Tenant(s) or any Occupant(s) with Handicaps the full enjoyment of the Premises. Any Handicaps of the Tenant(s) or Occupant(s) should be disclosed and presented to the Landlord, in writing, in order to seek the most appropriate route for providing any accommodations to the Premises. Landlord shall not discriminate against the Tenant(s) with Handicaps during the course of the Lease Term or in the rental application process. Further, the Landlord shall not discriminate against the Tenant(s) during the Lease Term or in the rental application process based on race, color, national origin, religion, sex, familial status, or any other status protected by law.

**XLII. HAZARDOUS MATERIALS.** The Tenant(s) agrees not to possess any type of personal property that could be considered a fire hazard on the Premises, such as a substance with highly flammable or explosive characteristics. Items prohibited from being brought into the Premises, other than for everyday cooking or those needed for operating an appliance, includes, but is not limited to, compressed gas, gasoline, fuel, propane, kerosene, motor oil, fireworks, or any other similar item or related substance in the form of a liquid, solid, or gas.

**XLIII. WATERBEDS.** The Tenant(s) is permitted to furnish the Premises with waterbeds.

**XLIV. INDEMNIFICATION.** The Landlord shall not be liable for any damage or injury to the Tenant(s), Occupant(s), any Guest(s), or any other persons, nor shall Landlord be liable for any damage to any property that occurs on the Premises, its common areas, or any part thereof, and the Tenant(s)

agrees to hold the Landlord harmless from any claims or damages unless caused solely by the Landlord's negligence. It is therefore recommended Tenant(s), at their expense, purchase renter's insurance.

**XLV. COVENANTS.** The covenants and conditions herein contained shall apply to and bind the heirs, legal representatives, and assigns of the parties hereto, and all covenants are to be construed as conditions of this Agreement.

**XLVI. NOTICES.** Any notice sent from the Landlord or the Tenant(s) to the other party shall be addressed to the underneath mailing addresses.

Landlord's Mailing Address and Contact Information:

Salwa Rahman
9155 E Ave S8, Littlerock , California, 93543
Phone Number: (661) 666-0587 Email: Isnumo@gmail.com

Tenant's(s') Mailing Address:

Jeddah Ranch School Trust, ATTN. Salwa Rahman Dba JEDDAH RANCH
9155 E Ave S8, Littlerock , California, 93543

Landlord's Agent / Property Manager: The Landlord authorizes the person or entity described below to act on their behalf in regards to the Premises for any repair, maintenance, or compliant other than a breach of this Agreement:

The individual, known as Nafeesah Hendricks of 6501 6Th Avenue, Los Angeles, California, 90043, must be contacted via phone at (310) 428-4670 or by e-mail at nafeesah.potts@lacity.org.

**XLVII. PREMISES DEEMED UNINHABITABLE.** If the Premises is deemed uninhabitable due to damages beyond reasonable repair, the Tenant(s) shall be able to terminate this Agreement by written notice to the Landlord. If said damage was caused by negligence of the Tenant(s), Occupant(s), or their Guest(s), the Tenant(s) shall be liable to the Landlord for all pertinent repairs and for the loss of income due to restoring the Premises back to a livable condition in addition to any other losses that can be proved by the Landlord.

**XLVIII. SERVICEMEMBERS CIVIL RELIEF ACT.** In the event the Tenant(s) is currently, or hereafter becomes, a member of the United States Armed Forces on extended active duty and hereafter the Tenant(s) receives permanent change of station (PCS) orders to depart from the area where the Premises is located, or is relieved from active duty, retires or separates from the military, is ordered into military housing, or receives deployment orders, then in any of these events, the Tenant(s) may terminate this Agreement by giving thirty (30) days' written notice to the Landlord. The Tenant(s) shall also furnish unto the Landlord a copy of the official orders, or a letter signed by the commanding officer of the Tenant(s), reflecting the change that warrants termination of this Agreement under this clause. The Tenant(s) shall pay prorated Rent for any days in which the Tenant(s) occupies the Premises past the beginning of the Lease Term. Further, any Security Deposit shall be returned, deducted, or otherwise retained in accordance with Section XIV of this Agreement.

**XLIX. LEAD-BASED PAINT.** The Premises was not constructed before 1978 and therefore does not contain lead-based paint.

Page 7

**L. DISCLOSURES.** The following disclosures are required under California law:

**a.) AB 1482 Just Cause and Rent Limits.** California law limits the amount your rent can be increased. See Section 1947.12 of the Civil Code for more information. California law also provides that after all of the tenants have continuously and lawfully occupied the property for 12 months or more or at least one of the tenants has continuously and lawfully occupied the property for 24 months or more, a landlord must provide a statement of cause in any notice to terminate a tenancy. See Section 1946.2 of the Civil Code for more information.

**b.) Bedbug Addendum.** The Tenant(s) acknowledges that the Landlord has provided a separate Bedbug Addendum that acknowledges no bedbugs exist on the Premises.

**c.) Carbon Monoxide Detector Compliance.** Fossil fuel based appliances are not found on the Premises.

**d.) Demolition.** If the Landlord has received permission from their respective municipal office to demolish the Premises, such permits have been disclosed to the Tenant(s).

**e.) Death on the Premises.** In accordance with State law, it is required to disclose if a death has occurred on the Premises in the last 3 years. The Landlord acknowledges that no deaths have occurred.

**f.) Flood Hazard Area.** The Landlord, to the best of their knowledge, does not believe the Premises currently is in a Flood Hazard Area in accordance with California law.

**g.) Megan's Law Disclosure.** Notice: Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.

**h.) Mold Disclosure.** The Tenant(s) acknowledges that the Landlord has provided a separate Mold Disclosure that acknowledges the health risks of mold.

**i.) Pest Control.** If any remediation has been conducted on the Premises by any pest control services, a copy of an inspection report provided by the pest control company must be given to the Tenant(s).

**j.) Methamphetamine or Fentanyl Contamination Disclosure.** The Landlord hereby acknowledges and confirms the Premises have NOT been contaminated by any methamphetamine or fentanyl lab activity, nor are the Premises in remediation due to such contamination. Landlord has no suspicion or knowledge of any such contamination.

**LI. GOVERNING LAW.** This Agreement shall be subject to and governed by the laws of the State of California.

**LII. AGENCY RELATIONSHIP.** Neither the Landlord nor the Tenant(s) utilized the services of a real estate agency or a real estate agent to negotiate, draft, or execute this Agreement.

**LIII. ADDITIONAL TERMS AND CONDITIONS.** In addition to all the terms, conditions, covenants, and provisions of this Agreement, the Landlord and Tenant(s) agree to the following:

Leasehold Only To Be Recorded At The County Recorder for purposes of Securtity and Protection of Owner Salwa Rahman and Nafeesah Hendricks in case of interference from any unseen future Trust Transactions as HOLDERS AND AGENT.

**LIV. ENTIRE AGREEMENT.** This Agreement contains all the terms, conditions, covenants, and provisions agreed on by the Landlord, Tenant(s), and any other relevant party to this Agreement, relating to its subject matter, including any attachments or addendums. This Agreement replaces any and all previous discussions, understandings, and oral agreements. The Landlord and Tenant(s) agree to this Agreement and shall be bound until the end of the Lease Term.

The parties have agreed and duly executed this Agreement on September 25 2018.

Landlord's Signature: _____ wop
Salwa Rahman

Tenant's Signature: JR & Jeddah Ranch School Trust wop
Salwa Rahman Dba JEDDAH RANCH as Owner of Jeddah Ranch School Trust

# AMOUNT ($) DUE AT SIGNING

Security Deposit: $2,800.00

First (1st) Month's Rent: $2,800.00

Pre-Payment of Rent: $168,000.00

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles )

On Oct 19, 2019 before me, Angela Irene Mills Notary Republic
(insert name and title of the officer)

personally appeared Salwa Rahman
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Angela Irene Mills_    (Seal)

# UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITIONAL PROGRAM PERMIT

## JEDDAH RANCH ,LLC

 **U.S. Department of Agriculture - Food and Nutrition Service**

## SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM PERMIT

**FNS NUMBER: 0805656**                    **Authorization Effective Date:** 03/29/2022

**Store Name:** Jeddah Ranch Llc
**Location Address:** 9155 E Avenue S8             **Mailing Address:** 9155 E Avenue S8
                     Littlerock, CA 93543-1808                         Littlerock, CA 93543-1808

**Owner/Officer Name(s):** Salwa Rahman

This permit certifies that the owner(s)/officer(s) and business location listed above are hereby granted approval to accept and redeem Supplemental Nutrition Assistance Program (SNAP) benefits on the condition that the acceptance and redemption of all SNAP benefits shall be in accordance with the rules and regulations governing the SNAP.

**THIS PERMIT IS VALID ONLY FOR THE OWNER(S)/OFFICER(S) LISTED AND OPERATING AT THE LOCATION ABOVE**

Any changes in the ownership, location, or name of business, and/or civil or criminal conviction of the owner(s)/officer(s) or loss of other business licenses due to violations may void this permit. **FAILURE TO REPORT SUCH CHANGES IMMEDIATELY TO USDA MAY RESULT IN SUBSTANTIAL FINES AND ADMINISTRATIVE SANCTIONS.** Call 1-877-823-4369 to report changes.

Keep this permit for your records; **do not post** it in the store. If the store moves, is sold/closed or wishes to voluntarily withdraw from SNAP, contact USDA at 1-877-823-4369.

Date of Issue: 03/29/2022

# CALIFORNIA SECRETARY OF STATE BUSINESS FILINGS

# JEDDAH RANCH ,LLC

## BY: Salwa Rahman

 **California Secretary of State**
**Electronic Filing**



# LLC Registration – Articles of Organization

Entity Name:    **Jeddah Ranch LLC**

Entity (File) Number:    **202204010563**
File Date:    **02/07/2022**
Entity Type:    **Domestic LLC**
Jurisdiction:    **California**

Detailed Filing Information

1. Entity Name:                                              Jeddah Ranch LLC

2. Business Addresses:
   a. Initial Street Address of
      Designated Office in California:              9155 E Avenue S8
                                                    Littlerock, California 93543
                                                    United States

   b. Initial Mailing Address:                      9155 E Avenue S8
                                                    Littlerock, California 93543
                                                    United States

3. Agent for Service of Process:                    Salwa  rahman
                                                    9155 E Avenue S8
                                                    Littlerock California  93543
                                                    United States

4. Management Structure:                            All LLC Member(s)

5. Purpose Statement:                               The purpose of the limited liability
                                                    company is to engage in any lawful act
                                                    or activity for which a limited liability
                                                    company may be organized under the
                                                    California Revised Uniform Limited
                                                    Liability Company Act.

Electronic Signature:

The organizer affirms the information contained herein is true and correct.

Organizer:                                          Salwa Rahman

# INTERNAL REVENUE TAXES

# By Salwa Rahman

# JEDDAH RANCH ,LLC

# 2019 -FORM 3514

| TAXABLE YEAR | | FORM |
|---|---|---|
| **2019** | **California Earned Income Tax Credit** | **3514** |

Attach to your California Form 540, Form 540 2EZ or Form 540NR

| Name(s) as shown on tax return | SSN |
|---|---|
| SALWA RAHMAN | 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 |

## Before you begin:

If you claim the EITC even though you know you are not eligible, you may not be allowed to take the credit for up to 10 years.

If you are claiming the California Earned Income Tax Credit (EITC), you must provide your date of birth (DOB), and spouse's/RDP's DOB if filing jointly, on your California Form 540, Form 540 2EZ, or Form 540NR.

If you qualify for the California EITC you may also qualify for the Young Child Tax Credit, (YCTC). See instructions for additional information.

Follow Step 1 through Step 9 in the instructions to determine if you meet the requirements, to complete this form, and to figure the amount of the credit(s).

### Part I    Qualifying Information See   Specific   Instructions.

1 a Has the Internal Revenue Service (IRS) previously disallowed your federal Earned Income Credit (EIC)? . . . . . . . . . ○ ☐ Yes ☒ No

 b Has the Franchise Tax Board (FTB) previously disallowed your California EITC?. . . . . . . . . . . . . . . . . . . . . . . ○ ☐ Yes ☒ No

2  Federal AGI (federal Form 1040 or 1040- SR, line 8b) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 2  **15,004** 00

3  Federal EIC (federal Form 1040 or 1040- SR, line 18a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● 3  **6,557** 00

### Part II    Investment Income Information

4  Investment Income. See instructions for Step 2 - Investment Income. . . . . . . . . . . . . . . . . . . . . . . . . . . ● 4  00

### Part III   Qualifying Child Information

You must complete Part I and Part II before filling out Part III. If you are not claiming a qualifying child, skip Part III and go to Step 4 in the instructions.

| Qualifying Child Information | Child 1 | Child 2 | Child 3 |
|---|---|---|---|
| 5  First name. . . . . . . . . . . . . . . . . . . ○ | YAQOUB | ○ IYAH | ○ SAFAA |
| 6  Last name  . . . . . . . . . . . . . . . . . . ○ | CLARK | ○ CLARK | ○ CLARK |
| 7  SSN . . . . . . . . . . . . . . . . . . . . . . . ● | 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 | ● 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 | ● 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 |
| 8  Date of birth (mm/dd/yyyy). If born after 2000 and the child is younger than you (or your spouse/RDP, if filing jointly), skip line 9a and line 9b; go to line 10 . . . . . . . . . . . . . . . . . . ○ | 03/22/2015 | ○ 09/17/2013 | ○ 05/18/2011 |
| 9  a   Was the child under age 24 at the end of 2019, a student, and younger than you (or your spouse/RDP, if filing jointly)? If yes, go to line 10. If no, go to line 9b. See instructions. . . . . . . . ○ | ☐ Yes ☒ No | ○ ☐ Yes ☒ No | ○ ☐ Yes ☒ No |
|  b   Was the child permanently and totally disabled during any part of 2019? If yes, go to line 10. If no, stop here. The child is not a qualifying child . . . . . . . . . . . . . ○ | ☐ Yes ☒ No | ○ ☐ Yes ☒ No | ○ ☐ Yes ☒ No |
| 10  Child's relationship to you. See instructions . . . . . . . . . . . . . . . . ○ | SON | ○ DAUGHTER | ○ DAUGHTER |
| 11  Number of days child lived with you in California during 2019. Do not enter more than 365 days. See instructions. . . . . . . . . . . . . . . ○ | 365 | ○ 365 | ○ 365 |

| | Child 1 | Child 2 | Child 3 |
|---|---|---|---|
| 12 a Child's physical address during 2019 (number, street, and apt. no./ste. no.). See instructions. . . . ○ | 9155 EAST AVE | 9155 EAST AVE | 9155 EAST AVE |
| b City. . . . . . . . . . . . . . . . . . . . . ○ | LITTLEROCK | LITTLEROCK | LITTLEROCK |
| c State. . . . . . . . . . . . . . . . . . . . ○ | CA | CA | CA |
| d ZIP code. . . . . . . . . . . . . . . . . ○ | 93543 | 93543 | 93543 |

## Part IV   California Earned Income

13  Wages, salaries, tips, and other employee compensation, subject to California withholding. See instructions . . . . . . ● **13** |_____|.00

14  IHSS payments. See instructions. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ○ **14** |_____|.00

15  Prison inmate wages and/or pension or annuity from a nonqualified deferred compensation plan or a nongovernmental IRC Section 457 plan. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ○ **15** |_____|.00

16  Subtract line 14 and line 15 from line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● **16** |_____|.00

17  Nontaxable combat pay. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ○ **17** |_____|.00

18  Business income or (loss). Enter amount from Worksheet 3, line 5. See instructions . . . . . . . . . . . . . . . . . . . . . ○ **18** | 15,004|.00

    a   Business name. . . . . . . . . . . . . . . . . ○  JEDDAH RANCH

    b   Business address . . . . . . . . . . . . . . . ○  9155 EAST AVE S8

       City, state, and ZIP code . . . . . . . . . ○  LITTLEROCK CA 93543

    c   Business license number  . . . . . . . . ○  |_____|

    d   SEIN  . . . . . . . . . . . . . . . . . . . . . . . ○  |_____|

    e   Business code. . . . . . . . . . . . . . . . . ○  |115210|

19  California Earned Income. Add line 16, line 17, and line 18. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● **19** | 15,004|.00

## Part V    California Earned Income Tax Credit  (Complete Step 6 in the instructions.)

20  California EITC. Enter amount from California Earned Income Tax Credit Worksheet, Part III, line 6. This amount should also be entered on Form 540, line 75; or Form 540 2EZ, line 23 . . . . . . . . . . . . . . . . . . . . . . ● **20** | 481|.00

# Exhibit II b

# BILLS /VIOLATIONS/ AND ENCUMBRANCES TO BE PAID

# SOUTHERN CALIFORNIA EDISON  BILL

## Years
## 2018 to 2023

## By: Salwa Rahman



## SOUTHERN CALIFORNIA EDISON
An EDISON INTERNATIONAL Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

RAHMAN, SALWA / Page 1 of 6

| | |
|---|---|
| **Customer Account** 700447388902 | **Date bill prepared** 03/31/23 |

9155 E AVENUE S8
LITTLEROCK, CA 93543-1808

# Amount due $3,027.69

## PAST DUE

## Your account summary

| | |
|---|---|
| Previous Balance | $5,028.16 |
| Payment Received 03/03/23 | -$2,847.00 |
| Payment arrangement balance | $2,181.16 |
| Your new charges | $837.19 |
| Late payment charge | $8.94 |
| UUT Consolidated Charges | $0.40 |
| **Total amount you owe** | **$3,027.69** |

*In order to pay your total payment arrangement balance of $2,181.16 on time, you will need to pay:*
*• $1,934.04 by 04/24/23*
*• $247.12 by 04/25/23*
*Your total new charges of $846.53 are due by 04/20/23.*
*Your payment arrangement will be cancelled if we do not receive your payments by 5 p.m. on the dates specified and your service may be disconnected without further notice. If you are not able to pay your bill, call SCE at 1-800-950-2356 to discuss how we can help. You may qualify for bill payment options, including a 12-month payment plan, and financial programs available to assist you such as SCE's CARE and FERA programs, that can help to reduce your bill. We can also connect you with community agencies that can provide additional assistance to you, and you may also qualify for SCE's Energy Savings Assistance (ESA) program which is an energy efficiency program for income-qualified residential customers. To pay in person, call 1-800-747-8908 for locations.*

---

(14-574)     Tear here     If you want to pay in person, call 1-800-747-8908 for locations.     Tear here

## SOUTHERN CALIFORNIA EDISON
An EDISON INTERNATIONAL® Company

Customer account 700447388902

| | |
|---|---|
| Payment arrangement amount | $2,181.16 |
| New charges - pay by 04/20/23 | $846.53 |
| **Total amount you owe** | **$3,027.69** |
| Amount enclosed | $ |

STMT 03312023 P1

RAHMAN, SALWA
9155 E AVENUE S8
LITTLEROCK CA   93543-1808

P.O. BOX 600
ROSEMEAD, CA  91771-0002

700447388902 1000441 000218116000084653000302769



**SOUTHERN CALIFORNIA**
# EDISON®
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**RAHMAN, SALWA / Page 1 of 6**

---

**Customer Account**
700447388902

**Date bill prepared**
10/01/22

# Amount due $2,714.46

9155 E AVENUE S8
LITTLEROCK, CA 93543-1808

# PAST DUE

## Your account summary

| | |
|---|---|
| Previous Balance | $2,318.27 |
| Payment Received 09/24/22 | -$1,674.54 |
| Payment Received 09/30/22 | -$318.27 |
| Returned check | $687.27 |
| Past due/payment arrangement amount | $1,012.73 |
| Your new charges | $706.94 |
| Late payment charge | $1.45 |
| Payment Adjustment | $987.27 |
| Returned Check Charge | $6.00 |
| UUT Consolidated Charges | $0.07 |
| **Total amount you owe** | **$2,714.46** |

*In order to pay your total payment arrangement balance of $1,331.00 on time, you will need to pay:*
- *$120.99 by 09/30/22*
- *$120.99 by 10/31/22*
- *$120.99 by 11/30/22*
- *$120.99 by 01/02/23*
- *$847.04 by agreed upon future dates*

*Your past due charges of $0.00 are due by 10/20/22.*

*Your total new charges of $1,701.73 are due by 10/20/22.*

*If we do not receive your payments by 5 p.m. on the dates specified your service may be disconnected without further notice. If you are not able to pay your bill, call SCE at 1-800-950-2356 to discuss how we can help. You may qualify for bill payment options, including a 12-month payment plan, and financial programs available to assist you such as SCE's CARE and FERA programs, which can help to reduce your bill. We can also connect you with community agencies that can provide additional assistance to you, and you may also qualify for SCE's Energy Savings Assistance (ESA) program for income-qualified residential customers. To pay in person, call 1-800-747-8908 for locations.*

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)        Tear here                                                                                    Tear here



**SOUTHERN CALIFORNIA**
**EDISON®**
An EDISON INTERNATIONAL® Company

Customer account 700447388902
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| | |
|---|---|
| Payment arrangement amount | $1,012.73 |
| New charges - pay by 10/20/22 | $1,701.73 |
| **Total amount you owe** | **$2,714.46** |

Amount enclosed          $

STMT 10012022 P1

RAHMAN, SALWA
9155 E AVENUE S8
LITTLEROCK CA  93543-1808

P.O. BOX 600
ROSEMEAD, CA  91771-0002

700447388902  0000531  0001012730001701730002714446



**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

RAHMAN, SALWA / Page 1 of 6

| Customer Account | Date bill prepared |
|---|---|
| 700447388902 | 10/02/21 |

9155 E AVENUE S8
LITTLEROCK, CA 93543-1808

## Amount due $253.33
## Due by 10/22/21

## Your account summary

| | |
|---|---|
| Previous Balance | $521.78 |
| Payment Received 10/01/21 | -$802.01 |
| Credit balance | -$280.23 |
| Your new charges | $533.56 |
| **Total amount you owe by 10/22/21** | **$253.33** |

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| 8002189704 | 9155 E AVENUE S8 LITTLEROCK, CA | 08/27/21 to 09/27/21 | D-CARE (SCE) | $346.37 |
| 8002189704 | 9155 E AVENUE S8 LITTLEROCK, CA | 08/27/21 to 09/27/21 | DOMESTIC | $187.19 |

**$533.56**

---

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.

(14-574)     Tear here                                                                 Tear here

**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL Company

Customer account 700447388902
Please write this number on the memo line
of your check. Make your check payable to
Southern California Edison.

| Amount due by 10/22/21 | $253.33 |
|---|---|
| Amount enclosed | $ |

STMT 10022021 P1

RAHMAN, SALWA
9155 E AVENUE S8
LITTLEROCK CA   93543-1808

P.O. BOX 600
ROSEMEAD, CA  91771-0002

700447388902 0000531 00000000000002533000025333



**SOUTHERN CALIFORNIA EDISON**
An EDISON INTERNATIONAL® Company

For billing and service inquiries
1-800-684-8123
www.sce.com

# Your electricity bill

**RAHMAN, SALWA / Page 1 of 14**

| | |
|---|---|
| **Customer Account** 2-40-718-0165 | **Date bill prepared** 12/04/20 |

9155 E AVENUE S8
LITTLEROCK, CA 93543-1808

## Amount due $805.46

# PAST DUE

## Your account summary

| | |
|---|---|
| Previous Balance | $840.21 |
| Payment Received 11/19/20 | -$469.18 |
| Past due amount | $371.03 |
| Your new charges | $434.43 |
| **Total amount you owe** | **$805.46** |

> *Your bill includes a past due balance. To avoid disconnection of your utility service, please pay the past due amount of $371.03 on or before 12/23/20. For assistance or to make a payment, please call Customer Service at 1-800-950-2356. If you are having difficulty paying your bill by the due date, please contact us to discuss an extension that will work with your income schedule. For more information on programs that can help you pay your bill, go to www.sce.com/billhelper.*

## Summary of your billing detail

| Service account | Service address | Billing period | Your rate | New charges |
|---|---|---|---|---|
| 3-048-0717-89 | 9155 E AVENUE S8 LITTLEROCK, CA | 10/29/20 to 12/01/20 | D-CARE (SCE) | $271.18 |
| 3-050-1442-10 | 9155 E AVENUE S8 LITTLEROCK, CA | 10/29/20 to 12/01/20 | DOMESTIC | $163.25 |
| | | | | $434.43 |

---

(14-574)     Tear here

Please return the payment stub below with your payment and make your check payable to Southern California Edison.
If you want to pay in person, call 1-800-747-8908 for locations, or you can pay online at www.sce.com.     Tear here



**SOUTHERN CALIFORNIA EDISON®**
An EDISON INTERNATIONAL® Company

**Customer account 2-40-718-0165**
Please write this number on the memo line of your check. Make your check payable to Southern California Edison.

| | |
|---|---|
| Past due charges - pay by 12/23/20 | $371.03 |
| New charges - pay by 12/23/20 | $434.43 |
| **Total amount you owe** | **$805.46** |
| Amount enclosed | $ |

STMT 12042020 P4

RAHMAN, SALWA.
9155 E AVENUE S8
LITTLEROCK, CA 93543-1808

P.O. BOX 600
ROSEMEAD, CA 91771-0001

40 718 0165 00000009 00003710300004344300080546

# UNITED STATES DEPARTMENT OF AGRICULTURE FOOD AND NUTRITIONAL PROGRAM PERMIT

# JEDDAH RANCH ,LLC



**U.S. Department of Agriculture - Food and Nutrition Service**

## SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM PERMIT

**FNS NUMBER:** 0805656                    **Authorization Effective Date:** 03/29/2022

**Store Name:** Jeddah Ranch Llc

**Location Address:** 9155 E Avenue S8                    **Mailing Address:** 9155 E Avenue S8
Littlerock, CA 93543-1808                    Littlerock, CA 93543-1808

**Owner/Officer Name(s):** Salwa Rahman

This permit certifies that the owner(s)/officer(s) and business location listed above are hereby granted approval to accept and redeem Supplemental Nutrition Assistance Program (SNAP) benefits on the condition that the acceptance and redemption of all SNAP benefits shall be in accordance with the rules and regulations governing the SNAP.

**THIS PERMIT IS VALID ONLY FOR THE OWNER(S)/OFFICER(S) LISTED AND OPERATING AT THE LOCATION ABOVE**

Any changes in the ownership, location, or name of business, and/or civil or criminal conviction of the owner(s)/officer(s) or loss of other business licenses due to violations may void this permit. **FAILURE TO REPORT SUCH CHANGES IMMEDIATELY TO USDA MAY RESULT IN SUBSTANTIAL FINES AND ADMINISTRATIVE SANCTIONS.** Call 1-877-823-4369 to report changes.

Keep this permit for your records; **do not post** it in the store. If the store moves, is sold/closed or wishes to voluntarily withdraw from SNAP, contact USDA at 1-877-823-4369.

Date of Issue: 03/29/2022

# INTERNAL REVENUE TAXES

# By Salwa Rahman

# JEDDAH RANCH ,LLC

# 2019 -FORM 3514

TAXABLE YEAR

**2019**   California Earned Income Tax Credit

FORM

**3514**

Attach to your California Form 540, Form 540 2EZ or Form 540NR

| Name(s) as shown on tax return | SSN |
|---|---|
| SALWA  RAHMAN | 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 |

**Before you begin:**

If you claim the EITC even though you know you are not eligible, you may not be allowed to take the credit for up to 10 years.

If you are claiming the California Earned Income Tax Credit (EITC), you must provide your date of birth (DOB), and spouse's/RDP's DOB if filing jointly, on your California Form 540, Form 540 2EZ, or Form 540NR.

If you qualify for the California EITC you may also qualify for the Young Child Tax Credit, (YCTC). See instructions for additional information.

Follow Step 1 through Step 9 in the instructions to determine if you meet the requirements, to complete this form, and to figure the amount of the credit(s).

**Part I    Qualifying Information See   Specific   Instructions.**

1 a Has the Internal Revenue Service (IRS) previously disallowed your federal Earned Income Credit (EIC)?.........○  ☐ Yes  ☒ No

  b Has the Franchise Tax Board (FTB) previously disallowed your California EITC?...........................○  ☐ Yes  ☒ No

2  Federal AGI (federal Form 1040 or 1040- SR, line 8b).................................● 2  15,004 .00

3  Federal EIC (federal Form 1040 or 1040- SR, line 18a)................................● 3  6,557 .00

**Part II    Investment Income Information**

4  Investment Income. See instructions for Step 2 - Investment Income.......................● 4  .00

**Part III   Qualifying Child Information**

You must complete Part I and Part II before filling out Part III. If you are not claiming a qualifying child, skip Part III and go to Step 4 in the instructions.

| Qualifying Child Information | | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| 5 | First name.....................○ | YAQOUB | IYAH | SAFAA |
| 6 | Last name ....................○ | CLARK | CLARK | CLARK |
| 7 | SSN.......................● | 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 | 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 | 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 |
| 8 | Date of birth (mm/dd/yyyy). If born after 2000 and the child is younger than you (or your spouse/RDP, if filing jointly), skip line 9a and line 9b; go to line 10 ..................○ | 03/22/2015 | 09/17/2013 | 05/18/2011 |
| 9 a | Was the child under age 24 at the end of 2019, a student, and younger than you (or your spouse/RDP, if filing jointly)? If yes, go to line 10. If no, go to line 9b. See instructions........○ | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| b | Was the child permanently and totally disabled during any part of 2019? If yes, go to line 10. If no, stop here. The child is not a qualifying child .............○ | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| 10 | Child's relationship to you. See instructions ...............○ | SON | DAUGHTER | DAUGHTER |
| 11 | Number of days child lived with you in California during 2019. Do not enter more than 365 days. See instructions................○ | 365 | 365 | 365 |

|  |  | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| 12 a | Child's physical address during 2019 (number, street, and apt. no./ste. no.). See Instructions. . . . ○ | 9155 EAST AVE | 9155 EAST AVE | 9155 EAST AVE |
| b | City. . . . . . . . . . . . . . . . . . . . . . . . ○ | LITTLEROCK | LITTLEROCK | LITTLEROCK |
| c | State. . . . . . . . . . . . . . . . . . . . . . ○ | CA | CA | CA |
| d | ZIP code. . . . . . . . . . . . . . . . . . ○ | 93543 | 93543 | 93543 |

## Part IV  California Earned Income

13  Wages, salaries, tips, and other employee compensation, subject to California withholding. See Instructions . . . . . . ● **13** |                      | .00

14  IHSS payments. See Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ○ **14** |                      | .00

15  Prison Inmate wages and/or pension or annuity from a nonqualified deferred compensation plan or a
nongovernmental IRC Section 457 plan. See Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ○ **15** |                      | .00

16  Subtract line 14 and line 15 from line 13 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● **16** |                      | .00

17  Nontaxable combat pay. See Instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ○ **17** |                      | .00

18  Business income or (loss). Enter amount from Worksheet 3, line 5. See Instructions . . . . . . . . . . . . . . . . . . . . . . ○ **18** | 15,004 | .00

a  Business name . . . . . . . . . . . . . . . . ○ | JEDDAH RANCH |

b  Business address . . . . . . . . . . . . . . ○ | 9155 EAST AVE S8 |

City, state, and ZIP code . . . . . . . . . ○ | LITTLEROCK CA 93543 |

c  Business license number . . . . . . . . ○ |  |

d  SEIN . . . . . . . . . . . . . . . . . . . . . . . . ○ |  |

e  Business code. . . . . . . . . . . . . . . . . ○ | 115210 |

19  California Earned Income. Add line 16, line 17, and line 18. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ● **19** | 15,004 | .00

## Part V  California Earned Income Tax Credit  (Complete Step 6 in the instructions.)

20  California EITC. Enter amount from California Earned Income Tax Credit Worksheet, Part III, line 6.
This amount should also be entered on Form 540, line 75; or Form 540 2EZ, line 23 . . . . . . . . . . . . . . . . . . . . . . ● **20** | 481 | .00

# LITTLEROCK CREEK IRRIGATION DISTRICT WATER BILL

## By: Salwa Rahman

## Years
## 2018 to 2023

# LOS ANGELES COUNTY

# DEPARTMENT OF REGIONAL

# PLANNING NOTICE OF VIOLATION

# NOVEMBER 16-2022

## BY: Salwa Rahman
## JEDDAH RANCH ,LLC
## BEVERLY CLARK A TR CLARK
## FAMILY TRUST

## FARMING  CLOSED

## COMPLIANCE  MADE FORTHWITH



LA COUNTY
**PLANNING**

AMY J. BODEK, AICP
Director,
Regional Planning

DENNIS SLAVIN
Chief Deputy Director,
Regional Planning

# NOTICE OF VIOLATION

November 16, 2022

**Case Number:**
RPCE2022003623

**APN:**
3044004029

CLARK, BEVERLY A TR CLARK FAMILY TRUST
5209 MAYMONT DR
LOS ANGELES CA 90043

**Zone:**
A-2-1

**Investigating Planner:**
Ricardo Meza

## Code Enforcement Case Number: RPCE2022003623

**Email:**
rmeza@planning.lacounty.gov

Dear Property Owner/Tenant:

An inspection was conducted at 9155 E Avenue S8, Littlerock, CA 93543 and it disclosed the following violation(s):

**Phone Number:**
661-723-3652

1.  **Unpermitted Use**

    A land use that is not permitted in this zone is being maintained on the premises (Los Angeles County Zoning Code: 22.02.030(B); 22.16.010; 22.16.020; 22.16.030)

    Livestock sales/animal breeding and raising are being conducted on a parcel with less than the required area and without approval from the Department of Regional Planning.

2.  **Unpermitted Use**

    A land use that is not permitted in this zone is being maintained on the premises (Los Angeles County Zoning Code: 22.02.030(B); 22.16.010; 22.16.020; 22.16.030)

    A horse-riding academy is being conducted on a parcel with less than the required area and without approval from the Department of Regional Planning.

Ref: RPCE2022003623

Page 1 of 2




3. Unpermitted Use

A land use that is not permitted in this zone is being maintained on the premises (Los Angeles County Zoning Code: 22.02.030(B); 22.16.010; 22.16.020; 22.16.030)

Meat processing/packing and/or slaughtering of animals is being conducted or maintained on the premises.

4. Land Use Without DRP Permit

A land use is being maintained on the premises without approval from the Department of Regional Planning (Los Angeles County Zoning Code: 22.02.030(B); 22.16.010; 22.16.020; 22.16.030)

A menagerie/zoo is being maintained on the premises without approval from the Department of Regional Planning.

5. Banner

Banners are displayed on the premises (Los Angeles County Zoning Code: 22.114.020(A); 22.114.040(F))

One or more banner signs are being maintained on the premises.

These are not permitted uses in zone A-2-1 and are in violation of the provisions of the Los Angeles County Zoning Ordinance (Title 22) Section(s) listed above.

Please consider this an order to comply with the provisions of the zoning ordinance by December 16, 2022. Failure to correct the violation(s) found at 9155 E Avenue S8, Littlerock, CA 93543 may result in the imposition of a noncompliance fee of $889.00 and the collection of further administrative and collection fees totaling approximately $3,112.00. Continued noncompliance may also cause this matter to be referred to the District Attorney at any time with the request that a criminal complaint be filed if compliance is not achieved. Conviction can result in a penalty of up to six months in jail and/or a $1,000.00 fine, each day in violation constituting a separate offense.

For any other inquiries please contact the investigating planner directly as noted by the contact information listed in the righthand column on page 1. Locate your local field office at planning.lacounty.gov/locations for additional LA County Planning information.

Sincerely,

Amy J. Bodek, AICP
Director,
Regional Planning

Oscar A. Gomez
Supervising Regional Planner
Zoning Enforcement North

Ref: RPCE2022003623

Page 2 of 2


LOS ANGELES COUNTY DEPARTMENT OF REGIONAL PLANNING



320 West Temple Street, Los Angeles, CA 90012 • 213-974-6411 • TDD: 213-617-2292
@LACDRP • planning.lacounty.gov

# Exhibit II c
# CREDITORS CLAIMS

FOUR(4)  CREDITORS CLAIMS

PROBATE 22STPB03387

Salwa Rahman through JEDDAH RANCH ,LLC

In the amount of Five Millions Dollars  $5,00,000.00

FILED ON  _____

PROBATE  22STPB03387

ASSIGNEE Nafeesah Hendricks

For Salwa Rahman and JEDDAH RANCH ,LLC

In the amount of  Six Hundred Thousand Dollars

$600,000.00

FILED ON 8-15-2023

UNIFORM COMMERCIAL CODE

FINANCING STATEMENTS   20230473763 FILED 7-19-2023

BALANCE DUE 3,000.00

CSC 801 Adiai Stevenson Drive ,Springfield, PERFERRED

CREDIT ,INC

RAINSOFT WATER TREATMENT SYSTEM.

SERIALNUMBER(S) 1440112

UNIFORM COMMERCIAL CODE

FINANCING STATEMENTS

BALANCE DUE Five Millions Six Hundred Thousand  Dollars

JEDDAH RANCH ,LLC

Salwa Rahman 9155 E Ave S8 Little Rock ,California

# EXHIBIT II d

# 1of 4




**This page is part of your document - DO NOT DISCARD**

## 20230473763





Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/19/23 AT 08:45AM**

**Pages:
0004**

| | |
|---|---|
| FEES: | 29.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 104.00 |



**LEADSHEET**



202307192830036

**00023614525**



014176290

**SEQ:
01**

**DAR - Mail (Intake)**



**THIS FORM IS NOT TO BE DUPLICATED**



RECORDING REQUESTED BY

**Corporation Service Company**

AND WHEN RECORDED MAIL DOCUMENT TO:

**Corporation Service Company**
P.O. Box 2969
Springfield, IL 62708



23614525

Batch Number: 14176290

SPACE ABOVE FOR RECORDER'S USE ONLY

## FIXTURE FILING

### Title of Document

Pursuant to Senate Bill 2 – Building Homes and Jobs Act (GC Code Section 27388.1), effective January 1, 2018, a fee of seventy-five dollars ($75.00) shall be paid at the time of recording of every real estate instrument, paper, or notice required or permitted by law to be recorded, except those expressly exempted from payment of recording fees, per each single transaction per parcel of real property. The fee imposed by this section shall not exceed two hundred twenty-five dollars ($225.00).

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
CSC    1-800-858-5294

B. E-MAIL CONTACT AT FILER (optional)
SPRFiling@cscglobal.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

2598 68738
CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

Filed In: California
(Los Angeles)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| RAHMAN | SALWA | | | |

| 1c. MAILING ADDRESS 9155 E AVENUE S8 | CITY LITTLEROCK | STATE CA | POSTAL CODE 93543 | COUNTRY USA |
|---|---|---|---|---|

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Preferred Credit, Inc | | | | |
|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS 628 Roosevelt Road Suite #100 | CITY Saint Cloud | STATE MN | POSTAL CODE 56301 | COUNTRY USA |
|---|---|---|---|---|

4. COLLATERAL: This financing statement covers the following collateral.
Purchase money security interest in...

RAINSOFT WATER TREATMENT SYSTEM
SERIAL NUMBER(S): 1440112

All collateral described herein falls within the scope of Article 9.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: D2034680 RAHMAN

2598 68738

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
|---|
| |

OR

| 9b. INDIVIDUAL'S SURNAME |
|---|
| RAHMAN |

| FIRST PERSONAL NAME |
|---|
| SALWA |

| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|
| | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME  Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME |
|---|
| |

OR

| 10b. INDIVIDUAL'S SURNAME |
|---|
| |

| INDIVIDUAL'S FIRST PERSONAL NAME |
|---|
| |

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME |
|---|
| |

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☑ This FINANCING STATEMENT is to be filed [for record] [or recorded] in the REAL ESTATE RECORDS (if applicable)   14. This FINANCING STATEMENT:

☐ covers timber to be cut   ☐ covers as-extracted collateral   ☑ is filed as a fixture filing

# EXHIBIT II d

# 2 of 4

DE-172

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Nafeesah Hendricks In Pro Per<br>6501 6th Avenue<br>Los Angeles, California 90043<br>nanacomiche@yahoo.com | 310-428-4670 | |

ATTORNEY FOR *(Name):* Nafeesah Hendricks In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Los Angeles
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS: 111 North Hill Street
CITY AND ZIP CODE: Los Angeles 90012
BRANCH NAME: Stanley Mosk Courthouse

ESTATE OF *(Name):*
Beverly A Clark Estate, The Clark Family Trust dated September 14, 2006

DECEDENT

| CREDITOR'S CLAIM | CASE NUMBER:<br>22STPB03387 |
|---|---|

You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) sixty days after the date the *Notice of Administration* was given to the creditor, if notice was given as provided in Probate Code section 9051. You must also mail or deliver a copy of this claim to the personal representative and his or her attorney. A proof of service is on the reverse.
WARNING: Your claim will in most instances be invalid if you do not properly complete this form, file it on time with the court, and mail or deliver a copy to the personal representative and his or her attorney.

1.  Total amount of the claim: $600,000.00
2.  Claimant *(name):* Nafeesah Hendricks
    a. [X] an individual
    b. [ ] an individual or entity doing business under the fictitious name of *(specify):*

    c. [ ] a partnership. The person signing has authority to sign on behalf of the partnership.
    d. [ ] a corporation. The person signing has authority to sign on behalf of the corporation.
    e. [ ] other *(specify):*
3.  Address of claimant *(specify):* 6501 6th Avenue, Los Angeles, California 90043

4.  Claimant is [X] the creditor [ ] a person acting on behalf of creditor *(state reason):*
    Claimant/Creditor Nafeesah Hendricks In Pro Per directly affected by dissolution of trust.

5.  [ ] Claimant is [X] the personal representative [ ] the attorney for the personal representative.
6.  I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are [ ] on reverse [X] attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: August 15, 2023

Nafeesah Hendricks
_____
(TYPE OR PRINT NAME AND TITLE)

▶  _____
(SIGNATURE OF CLAIMANT)

## INSTRUCTIONS TO CLAIMANT

A.  On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B.  If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C.  If the claim is secured by a note or other written instrument, the original or a copy must be attached *(state why original is unavailable.)* If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. *(See Prob. Code, § 9152.)*
D.  Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E.  Mail or deliver a copy to the personal representative and his or her attorney. Complete the *Proof of Mailing or Personal Delivery* on the reverse.
F.  The personal representative or his or her attorney will notify you when your claim is allowed or rejected.
G.  Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.

(Continued on reverse)

Form Approved by the<br>Judicial Council of California<br>DE-172 [Rev. January 1, 1998]

CREDITOR'S CLAIM
(Probate)

Probate Code, §§ 9000 et seq., 9153

| ESTATE OF (Name): Beverly A Clark Estate, The Clark Family Trust dated September 14, 2006 DECEDENT | CASE NUMBER: 22STPB03387 |

## FACTS SUPPORTING THE CREDITOR'S CLAIM
[X] See attachment (If space is insufficient)

| Date of Item | Item and supporting facts | Amount claimed |
|---|---|---|
| Nov 2022-2042 | Loss of 20 years of housing security by removing home located at 9155 E Ave S8, Littlerock California 93543 from The Clark Family Trust dated September 14, 2006 that guaranteed housing until the youngest child of Salwa Rahman reached age 21 as written in trust by Beverly A. Clark and conditions for transfer from Salwa Rahman and Nafeesah Hendricks. The monthly market rate of housing set at $2500 for 20 years totals $600,000.00. | 600,000.00 |
| | TOTAL: $ | 600,000.00 |

## PROOF OF [X] MAILING [ ] PERSONAL DELIVERY   TO PERSONAL REPRESENTATIVE
(Be sure to mail or take the original to the court clerk's office for filing)

1. I am the creditor or a person acting on behalf of the creditor. At the time of mailing or delivery I was at least 18 years of age.
2. My residence or business address is (specify):
3. I mailed or personally delivered a copy of this Creditor's Claim to the personal representative as follows (check either a or b below):
   a. [X] Mail. I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [ ] deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [X] placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed first-class as follows:
         (a) Name of personal representative served:
         (b) Address on envelope:
         (c) Date of mailing:
         (d) Place of mailing (city and state):
   b. [ ] Personal delivery. I personally delivered a copy of the claim to the personal representative as follows:
      (1) Name of personal representative served:
      (2) Address where delivered:
      (3) Date of mailing:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 15, 2023

Nafeesah Hendricks
_____
(TYPE OR PRINT NAME OF CLAIMANT)

▶ _____
(SIGNATURE OF CLAIMANT)

DE-172 [Rev. January 1, 1998]                    CREDITOR'S CLAIM                    Page two
                                                    (Probate)

# EXHIBIT II d

# 3 of 4

Nafeesah Hendricks In Pro Per

6501 6th Avenue

Los Angeles, CA 90043

310-428-4670

nanacomiche@yahoo.com

## SUPERIOR COURT STATE OF

## CALIFORIA COUNTY OF LOS ANGELES

Case No. 21STPB03387

### PETITION TO FILE A CREDITORS LATE CLAIM

We are requesting the probate court to accept a late claim by the CREDITOR Nafeesah Hendricks In Pro Per, its claims and liens of the BEVERLY A. CLARK ESTATE and CLARK FAMILY TRUST dated September 14, 2006.

The CREDITOR had no knowledge of the facts giving rise to the existence of the Claim more than thirty days before the time for filing a Claim and the petition is filed within 60 days after the CREDITOR has knowledge of both the following of the facts reasonably giving rise to the existence of the claim and administration of the estate.

Nafeesah Hendricks In Pro Per; PETITION TO FILE A CREDITORS LATE CLAIM

DE-172

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):*    TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|
| Salwa Rahman and Jeddah Ranch    661666-0587<br>*IN Behalf of Its Benoficineres of BEVERLY A. CLARK ESTATE*<br>9155 E Ave S8<br>LittleRock,California  93543<br><br>salwa@jeddahranch.com<br>  ATTORNEY FOR *(Name):* | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
  STREET ADDRESS: 111 North Hill Street
  MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles
  BRANCH NAME: Stanley Mosk Courthouse

ESTATE OF *(Name):*
BEVERLY A. CLARK *ESTATE*
                                                                          DECEDENT

| CREDITOR'S CLAIM | CASE NUMBER:<br>22STPB03387 |
|---|---|

You must file this claim with the court clerk at the court address above before the LATER of (a) four months after the date letters (authority to act for the estate) were first issued to the personal representative, or (b) sixty days after the date the *Notice of Administration* was given to the creditor, if notice was given as provided in Probate Code section 9051. You must also mail or deliver a copy of this claim to the personal representative and his or her attorney. A proof of service is on the reverse.
**WARNING:** Your claim will in most instances be invalid if you do not properly complete this form, file it on time with the court, and mail or deliver a copy to the personal representative and his or her attorney.

1. Total amount of the claim:  $
2. Claimant *(name):* Salwa Rahman and JEDDAH RANCH In Behalf of Benificiaries of BEVERLY A.CLARK ESTATE
    a. [x] an individual
    b. [ ] an individual or entity doing business under the fictitious name of *(specify):*

    c. [ ] a partnership. The person signing has authority to sign on behalf of the partnership.
    d. [ ] a corporation. The person signing has authority to sign on behalf of the corporation.
    e. [ ] other *(specify):* A TRUST
3. Address of claimant *(specify):* 9155 Eaast Ave S8 Little Rock,California 93543

4. Claimant is [x] the creditor [ ] a person acting on behalf of creditor *(state reason):*
    Creditor of beneficiary Kevin D.Clark PRIORITY PROPERTIES INC,PRIORITY 1 PROPERTIES LLC,PRIORITY 2 PROPERTIES,

5. [✓] Claimant is [x] the personal representative [ ] the attorney for the personal representative.
6. I am authorized to make this claim which is just and due or may become due. All payments on or offsets to the claim have been credited. Facts supporting the claim are    [ ] on reverse  [✓] attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: April 25 2023
Salwa Rahman and JEDDAH RANCH In Behalf of *Benificiaries*
                  (TYPE OR PRINT NAME AND TITLE)  *OF BEVERLY A CLARK ESTATE*    (SIGNATURE OF CLAIMANT)

**INSTRUCTIONS TO CLAIMANT**

A.  On the reverse, itemize the claim and show the date the service was rendered or the debt incurred. Describe the item or service in detail, and indicate the amount claimed for each item. Do not include debts incurred after the date of death, except funeral claims.
B.  If the claim is not due or contingent, or the amount is not yet ascertainable, state the facts supporting the claim.
C.  If the claim is secured by a note or other written instrument, the original or a copy must be attached *(state why original is unavailable.)* If secured by mortgage, deed of trust, or other lien on property that is of record, it is sufficient to describe the security and refer to the date or volume and page, and county where recorded. *(See Prob. Code, § 9152.)*
D.  Mail or take this original claim to the court clerk's office for filing. If mailed, use certified mail, with return receipt requested.
E.  Mail or deliver a copy to the personal representative and his or her attorney. Complete the *Proof of Mailing or Personal Delivery* on the reverse.
F.  The personal representative or his or her attorney will notify you when your claim is allowed or rejected.
G.  Claims against the estate by the personal representative and the attorney for the personal representative must be filed within the claim period allowed in Probate Code section 9100. See the notice box above.
                                                        (Continued on reverse)

| Form Approved by the<br>Judicial Council of California<br>DE-172 [Rev. January 1, 1998] | CREDITOR'S CLAIM<br>(Probate) | Probate Code, §§ 9000 et seq., 9153 |
|---|---|---|

| ESTATE OF *(Name):* BEVERLY A. CLARK ESTATE | DECEDENT | CASE NUMBER: 21STPB03367 |
| --- | --- | --- |

## FACTS SUPPORTING THE CREDITOR'S CLAIM
[ X ] See attachment *(if space is insufficient)*

| Date of item | Item and supporting facts | Amount claimed |
| --- | --- | --- |
| May 2016-April 2023 | Tutoring | $1,920,000 |
| May 2016-April 2023 | Fuel+Transportation | $93,000.00 |
| May 2016-April 2023 | Food Supplies | $240,000 |
| May 2016-April 2023 | Daycare | $1,752,000 |
| May2016-April 2023 | Car Insurance | $24,000 |
| May 2016-April 2023 | Filter Water System | $11,880 |
| May 2016-April 2023 | Catering | $1,615,000 |
| | Creditors Beneficiaries | |
| | Muhammad Clark | $10.000.00 |
| | Yahya Clark | $10.000.00 |
| | Layan Clark | $10.000.00 |
| | Ayyub Clark | $10.000.00 |
| | Safaa Clark | $10.000.00 |
| | Iyah Clark | $10.000.00 |
| | Hayaam Clark | $10.000.00 |
| | Hannah Clark | $10.000.00 |
| | Jinnah Clark | $10.000.00 |
| | | $10.000.00 |
| | | $10.000.00 |
| | | TOTAL: $ 5,765,880.00 |

PROOF OF [ X ] MAILING [ ] PERSONAL DELIVERY    TO PERSONAL REPRESENTATIVE
*(Be sure to mail or take the original to the court clerk's office for filing)*

1. I am the creditor or a person acting on behalf of the creditor. At the time of mailing or delivery I was at least 18 years of age.
2. My residence or business address is *(specify):* 9155 E ave S6 Litterock
3. I mailed or personally delivered a copy of this *Creditor's Claim* to the personal representative as follows *(check either a or b below):*
   a. [ X ] Mail. I am a resident of or employed in the county where the mailing occurred.
      (1) I enclosed a copy in an envelope AND
         (a) [ ] deposited the sealed envelope with the United States Postal Service with the postage fully prepaid.
         (b) [ X ] placed the envelope for collection and mailing on the date and at the place shown in items below following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.
      (2) The envelope was addressed and mailed first-class as follows:
         (a) Name of personal representative served:
         (b) Address on envelope:
         (c) Date of mailing:
         (d) Place of mailing *(city and state):*
   b. [ ] Personal delivery. I personally delivered a copy of the claim to the personal representative as follows:
      (1) Name of personal representative served:
      (2) Address where delivered:
      (3) Date of mailing:
      (4) Time delivered:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 25 2023

JEDDAH RANCH In Behalf of Beneficiaries
_____
(TYPE OR PRINT NAME OF CLAIMANT)

▶ *(signature)*
SIGNATURE OF CLAIMANT

DE-172 [Rev. January 1,1998]       **CREDITOR'S CLAIM**       Page two
                                         (Probate)

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]

| Property    Kimberly | Net Value | Property Value | Units |
|---|---|---|---|
| 2516 48th St. | $ 607,891 | $940,000 | 4 |
| 4830 Coliseum St | $1,049,111 | $1,480,000 | 8 |
| Santa Fe | $400,000 | $ 400,000 | 1 |
| Victoria Pl | $199,500 | $199,500 | |
| | $2,253,502 | $3,019,500 | 14 |

| Property   Koury | Net Value | Property Value | Units |
|---|---|---|---|
| 4806 4th Ave | $ 615,774 | $940,000 | 4 |
| 4824 Coliseum St | $683,902 | $1,480,000 | 8 |
| 6355 Green Valley | $277,785 | $600,000 | 1 |
| 515 Hazel | $354,860 | $500,000 | 1 |
| | $1,932,321 | $3,490,000 | 14 |

| Property  kevin | Net Value | Property Value | Units |
|---|---|---|---|
| 2808 Hillcrest Dr. | $329,390 | $1,225,000 | 13 |
| 4428 Slauson Ave. | $1,450,000 | $1,450,000 | 12 |
| Little Rock | $450,000 | $450,000 | 1 |
| | | | |
| | | | |
| | $2,229,390 | $3,125,000 | 26 |



# Invoice

**JEDDAH RANCH**
9155 East Ave s8
Littlerock CALIFORNIA 93543
US

6616660587
Salwa@jeddahranch.com
EIN#851772075 ; 6616660587

**BILL TO**
CLARK FAMILY TRUST/Beverly Clark/Kevin Clark/PRIORITY 1
PROPERTIES LLC,PRIORTY 2 PROPERTIES LLC,PRIORITY
PROPERTIES,LLC
5633 Overhill Drive
Los Angeles CA 90043
US
3232940094

| | | |
|---|---|---|
| Invoice # | | 6 |
| Date | | Apr 18, 2016 |
| Due date | | Apr 18, 2023 |

| Item | Quantity | Price | Amount |
|---|---|---|---|
| Tutoring<br>$25 an hour, 4 hours a week x 8 years | 1 | $1,920,000.00 | $1,920,000.00 |
| Fuel<br>8 years pass due | 1 | $93,000.00 | $93,000.00 |
| Food supplies<br>8 years | 1 | $240,000.00 | $240,000.00 |
| Daycare<br>Care of 10 minors | 1 | $1,752,000.00 | $1,752,000.00 |
| Car insurance<br>Car insurance for ford 2012 e350 for 8 years | 1 | $24,000.00 | $24,000.00 |
| House water<br>Home filter system, Clark family home | 1 | $11,880.00 | $11,880.00 |
| Catering<br>Discounted rate. 8 years of catering | 1 | $1,615,000.00 | $1,615,000.00 |
| Beneficiary Muhammad Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Yahya Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Layan Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Ayyub Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Safaa Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Iyah Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Yaqoub Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Hayaam Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Hana Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Jinnah Clark | 1 | $10,000.00 | $10,000.00 |
| Beneficiary Unknown | 1 | $10,000.00 | $10,000.00 |

Amount Due

$5,765,880.00

this bill is overdue, promise to pay time has expired.

By signing this document, the customer agrees to the services and conditions described in this document.

JEDDAH RANCH

Apr 26, 2023

Salwa Rahman  and **JEDDAH RANCH**
In behalf of its Beneficiaries of
**BEVERLY A.CLARK ESTATE**

9155 East Ave S8
LITTLE ROCK ,CALIFORNIA 93543
661-666-0587
salwa@jeddahranch.com

## SUPERIOR COURT  STATE OF

## CALIFORIA COUNTY OF LOS ANGELES

Case No 22STPB03387

## PETITION TO FILE A CREDITORS LATE CLAIM

We are requesting the probate court to accept a late claim by the **CREDITOR**

Salwa Rahman and **JEDDAH RANCH** a Trust, its  claims and liens  in behalf its

Beneficiaries of the **BEVERLY A.CLARK ESTATE** and **CLARK FAMILY**

**TRUST** known  beneficiary Kevin D.Clark, through his legal entities

namely **PRIORITY 1 PROPERTIES LLC, 202252711564, PRIORITY 2**

**PROPERTIES LLC, 202252412624 ,  PRIORITY PROPERTIES INC,**

**202252412606.**

The **CREDITOR** had no knowledge of the facts giving rise to the existence of the
Claim more than thirty days before the time for filing a Claim and the petition is
filed within 60 days after the **CREDITOR** has knowledge of  both the followin
of the facts reasonably giving rise to the existence of the claim and administration
of the estate.

Salwa Rahman and **JEDDAH RANCH** in Behalf of its Beneficiaries ;

PETITION TO FILE A CREDITORS LATE CLAIM

This page is part of your document - DO NOT DISCARD



# 20221115875



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**11/29/22 AT 03:53PM**

Pages:
0003

| | |
|---|---|
| FEES: | 27.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 102.00 |



**LEADSHEET**



202211293270020

00022987632



013799149

**SEQ:
03**

DAR - Counter (Upfront Scan)

**THIS FORM IS NOT TO BE DUPLICATED**

RECORDING REQUESTED BY:
Koury Clark

Parcel No. 3044-004-029

AND WHEN RECORDED MAIL TO:

PRIORITY PROPERTIES LLC
℅ 5633 OVERHILL DRIVE
LOS ANGELES, CA 90043

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**GRANT DEED**
"This conveyance transfers an interest out of a Living Trust, R & T 11930"

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $0 and CITY $0
- ☒ computed on full value of property conveyed, or
- ☐ computed on full value less liens or encumbrances remaining at the time of sale.
- ☒ unincorporated area:          ☐ City of Little Rock, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, KOURY DODSON CLARK, SUCCESSOR TRUSTEE OF THE CLARK FAMILY TRUST DATED SEPTEMBER 14, 2006

hereby GRANT(S) to     PRIORITY PROPERTIES LLC, A California Limited Liability Company

the following described real property in the County of Los Angeles, State of California:
COMPLETE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF MARKED EXHIBIT A

More commonly known as: 9155 East Avenue S8, Little Rock, CA 93542

Date     November 2, 2022

The Clark Family Trust dated September 14, 2006

By: Koury Dodson Clark, Successor Trustee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF     California
COUNTY OF     Los Angeles

On     Nov. 2, 2022     before me,     Melonee Lee Ellis     ,
a notary public personally appeared     Koury Dodson Clark
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature                         This area for official notarial seal.

MELONEE LEE ELLIS
Notary Public - California
Los Angeles County
Commission # 2371466
My Comm. Expires Aug 19, 2023

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

# EXHIBIT A

Parcel 1:

Parcel 39 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Surveys, in the office of the County Recorder of said County.

Parcel 2:

Parcel 40 of Record Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Survey, in the office of the County Recorder of said County.

ASSESSOR'S PARCEL NUMBER:     3044-004-029

Commonly known as: 9155 East Avenue S8, Little Rock, CA 93542

# EXHIBIT II d

# 4 of 4

# EXHIBIT III

# OTHER CLAIMS OF  HELD BY

# CREDITOR   OF JEDDAH RANCH

# DEBTORS
# KEVIN CLARK ,PRIORITY PROPERTIES,LLC ,DIAMOND CON

 

BA20231080002



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20231080002 |
| Date Filed: 7/7/2023 |

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | Priority Properties LLC |
| Entity No. | 202252412609 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 5633 OVERHILL DR. LOS ANGELES, CA 90043 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 5633 OVERHILL DR. LOS ANGELES, CA 90043 |
| Attention | kevin Doyle clark |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| Kevin Clark | 5633 OVERHILL DR LOS ANGELES, CA 90043 |

**Agent for Service of Process**

| | |
| --- | --- |
| Agent Name | Kevin Doyle Clark |
| Agent Address | 5633 OVERHILL DR LOS ANGELES, CA 90043 |

**Type of Business**

| | |
| --- | --- |
| Type of Business | Hold legal title to real properties. |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| None Entered | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

| | |
| --- | --- |
| *Kevin Clark* | 07/07/2023 |
| Signature | Date |

B1931-2508 07/07/2023 3:35 PM Received by California Secretary of State




202252412609

## STATE OF CALIFORNIA
*Office of the Secretary of State*
## ARTICLES OF ORGANIZATION
## CA LIMITED LIABILITY COMPANY
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: 202252412609
Date Filed: 12/10/2022

| Limited Liability Company Name | |
|---|---|
| Limited Liability Company Name | Priority Properties LLC |

| Initial Street Address of Principal Office of LLC | |
|---|---|
| Principal Address | 5633 OVERHILL DR.<br>LOS ANGELES, CA 90043 |

| Initial Mailing Address of LLC | |
|---|---|
| Mailing Address | 5633 OVERHILL DR.<br>LOS ANGELES, CA 90043 |
| Attention | kevin Doyle clark |

| Agent for Service of Process | |
|---|---|
| Agent Name | kevin Doyle clark |
| Agent Address | 5633 OVERHILL DR.<br>LOS ANGELES, CA 90043 |

**Purpose Statement**

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

| Management Structure | |
|---|---|
| The LLC will be managed by | One Manager |
| Future File Date | 12/10/2022 |

Additional information and signatures set forth on attached pages, if any, are incorporated herein by reference and made part of this filing.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Kevin Doyle Clark*
Organizer Signature

09/12/2022
Date

B1091-3071 09/12/2022 6:45 AM Received by California Secretary of State

**Aplus Superior Sanitation, Inc.**
P.O. BOX 238
ACTON, CA 93510
(661) 269-0283
aplus@asuperiorsanitation.com

# Statement

Kevin Clark
9155 E Avenue S-8
Littlerock, CA 93543

| **Date** | Apr 3, 2023 |
|---|---|
| **Balance Due** | $810.00 |

| Customer ID | Pay Online ID | Billing Period |
|---|---|---|
| KEVINCLARK | yyJyZcv | Jul 25, 2022 - Apr 3, 2023 |

## SITE: KEVIN CLARK, 9155 E AVENUE S-8, LITTLEROCK, CA 93543

| Invoice Date | Invoice # | Due Date | P.O. # | Rental # | Pay Online ID | Total | Payments | Balance |
|---|---|---|---|---|---|---|---|---|
| 7/25/2022 | I506204 | 8/8/2022 | | R5852 | UWpV7HAo | $80.00 | ($20.00) | $60.00 |
| 8/22/2022 | I506358 | 9/5/2022 | | R5852 | nBShXQIv | $80.00 | $0.00 | $80.00 |
| 9/19/2022 | I506511 | 10/3/2022 | | R5852 | 1G79UeHy | $80.00 | $0.00 | $80.00 |
| 10/17/2022 | I506647 | 10/31/2022 | | R5852 | MzxyXxO8 | $80.00 | $0.00 | $80.00 |
| 11/14/2022 | I506792 | 11/28/2022 | | R5852 | KcIkvyfz | $80.00 | $0.00 | $80.00 |
| 12/12/2022 | I506911 | 12/26/2022 | | R5852 | 6wLozbrq | $80.00 | $0.00 | $80.00 |
| 1/9/2023 | I507070 | 1/23/2023 | | R5852 | OcxdhFhv | $80.00 | $0.00 | $80.00 |
| 2/6/2023 | I507251 | 2/20/2023 | | R5852 | wOLl6drP | $90.00 | $0.00 | $90.00 |
| 3/6/2023 | I507415 | 3/20/2023 | | R5852 | J96ZLwVq | $90.00 | $0.00 | $90.00 |
| 4/3/2023 | I507573 | 4/17/2023 | | R5852 | neDJBzOZ | $90.00 | $0.00 | $90.00 |
| **KEVIN CLARK** | | | | | | **$830.00** | **($20.00)** | **$810.00** |

| | | |
|---|---|---|
| **TOTAL** | | $830.00 |
| **PAYMENTS** | | ($20.00) |
| **BALANCE DUE** | | $810.00 |

EDD     DE 2176

Santa Fe Springs Area Collection Office
10330 Pioneer Blvd. Ste. 150
Santa Fe Springs, CA 90670-8275



Employment
Development
Department
State of California

| | |
|---|---|
| Letter ID: | L0202338064 |
| Issued Date: | June 20, 202 |
| Mail Date: | June 27, 202 |
| Account ID: | 091-2120 |

355547136_P1448_E139

KEVIN D CLARK
5633 OVERHILL DR
LOS ANGELES CA 90043-2714

## Statement of Account

This is a summary of your liability for each period, along with the balance owed on your account. The daily interest for these liabilities has been calculated through July 5, 2022. Payment may be submitted online through our secure Web site or by mail using the attached payment voucher at the bottom of the page.

**Account ID: 091-2120-3 Account Type: Employment Tax**

| Period Ending | Tax | Penalty | Interest | Credit | Balance |
|---|---|---|---|---|---|
| 30-Sep-2020 | $4,812.94 | $2,267.82 | $364.00 | $0.00 | $7,444.76 |
| 31-Dec-2020 | $4,812.94 | $2,245.82 | $290.18 | $0.00 | $7,348.94 |
| 31-Mar-2021 | $4,710.46 | $2,199.71 | $232.02 | $0.00 | $7,142.19 |
| 30-Jun-2021 | $4,710.46 | $2,199.71 | $177.25 | $0.00 | $7,087.42 |
| 30-Sep-2021 | $4,710.46 | $2,199.71 | $124.44 | $0.00 | $7,034.61 |
| Total: | | | | | $36,057.92 |

If you have any questions regarding this statement, you can review your employer account on the Employment Development Department's e-Services for Business at **edd.ca.gov/e-Services_for_Business** or call 1-562-906-3607.



DE 2176 Rev. 14 (2-18)          e-Services for Business. Online. Anytime.          edd.ca.gov/e-Services_for_Business

- - - - - Detach and return this portion with payment - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| Account ID | Amount Due |
|---|---|
| 091-2120-3 | $36,057.92 |
| Letter ID | Issue Date |
| L0202338064 | June 20, 2022 |



Employment
Development
Department
State of California

# EXHIBIT V

## BESTOWER  CLARK REALTY  THROUGH BEVERLY ANN CLARK OF 4.3.  ACRES OF LAND



## Phenomenal Woman

Pretty women wonder where my secret lies.
I'm not cute or built to suit a fashion model's size
But when I start to tell them,
They think I'm telling lies.
I say,
It's in the reach of my arms
The span of my hips,
The stride of my step,
The curl of my lips.
I'm a woman
Phenomenally.
Phenomenal woman,
That's me.
I walk into a room
Just as cool as you please,
And to a man,
The fellows stand or
Fall down on their knees.
Then they swarm around me,
A hive of honey bees.
I say,
It's the fire in my eyes,
And the flash of my teeth,
The swing in my waist,
And the joy in my feet.
I'm a woman
Phenomenally.
Phenomenal woman,
That's me.
henomenally.
Ph  omenal woman,

Men t

Ju
I

V
It



# Declarations of Salwa Rahman

Verified Coss-Complainant

I, Salwa Rahman declare under penalty of perjury that the Cross-Complaint filed

herein is true and correct. That this complaint is filed to recover property and land

bestowed to me for the benefit of myself, my offspring which they are  the

bloodline of Beverly Ann Clark.  I am not filing this instant lawsuit to harms, molest

or intimidate or harm any one.


Dated this day of  8/30/2023

Salwa Rahman

**4.3 ACRES OF LAND DELIVERED BY BESTOWER
CLARK REALTY through Beverly Ann Clark to
Nafeesah Hendricks and Salwa Rahman
For The Benefit of Holders -in -Due Course.**

# Exhibit I f

## LOS ANGELES COUNTY RECORDER
## DOCUMENT 20221115875
## GRANT DEED

KOURY DODSON CLARK SUCCESSOR  TRUSTEE OF THE CLARK FAMILY
TRUST DATED SEPTEMBER 14,2006 TO PRIORITY PROPERTIES,LLC
 A Limited Liability Company
        Signed November 2,2022 Recorded on November 29,2022

This controversy and value of is over  the amount of **Seventy Five**

**Thousand Dollars** (75,000.00) Federal Jurisdiction

RECORDING REQUESTED BY:
Koury Clark


Parcel No. 3044-004-029

AND WHEN RECORDED MAIL TO:

PRIORITY PROPERTIES LLC
% 5633 OVERHILL DRIVE
LOS ANGELES, CA 90043

SPACE ABOVE THIS LINE FOR RECORDER'S USE

**GRANT DEED**
"This conveyance transfers an interest out of a Living Trust, R & T 11930"

THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $0 and CITY $0
☒ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☒ unincorporated area:                    ☐ City of Little Rock, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, KOURY DODSON CLARK, SUCCESSOR TRUSTEE OF THE CLARK FAMILY TRUST DATED SEPTEMBER 14, 2006

hereby GRANT(S) to    PRIORITY PROPERTIES LLC, A California Limited Liability Company

the following described real property in the County of Los Angeles, State of California:
COMPLETE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF MARKED EXHIBIT A

More commonly known as: 9155 East Avenue S8, Little Rock, CA 93542

Date     November 2, 2022

The Clark Family Trust dated September 14, 2006

By: Koury Dodson Clark, Successor Trustee

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF _California_
COUNTY OF _Los Angeles_

On _Nov. 2, 2022_ before me, _Melonee Lee Ellis_,
a notary public personally appeared    Koury Dodson Clark
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument

and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    This area for official notarial seal.

MELONEE LEE ELLIS
Notary Public - California
Los Angeles County
Commission # 2371466
My Comm. Expires Aug 19, 2023

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

# EXHIBIT A

Parcel 1:

Parcel 39 of Record of Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Surveys, in the office of the County Recorder of said County.

Parcel 2:

Parcel 40 of Record Survey, in the County of Los Angeles, State of California, as shown on record of survey filed in Book 74 Pages 5 to 8 inclusive of Record of Survey, in the office of the County Recorder of said County.

ASSESSOR'S PARCEL NUMBER:    3044-004-029

Commonly known as: 9155 East Avenue S8, Little Rock, CA 93542

## DECLARATION WRITTEN
## WITNESS TESTIMONY AS TO ANIMAL CRUELTY

I, Paul Thomas as well as my wife Haley Thomas have known Salwa for 4 years now and for 3 1/2 of those years we have witnessed several horses in very poor condition, lacking farrier and other basic maintenance as well as body scores of 2-3 on overall weight/body condition (1 being on deaths door and 5 being excellent weight). We have tried several times in the past to purchase these horses from Salwa's husband without success; however Salwa herself was aware of the problem and condition of these horses and has always been an advocate to rehome them into places that could give them proper nutrition, farrier, and veterinary care they desperately needed. Recently, over the last 6 months we have witnessed the condition of 3 horses and 1 pony decline significantly, one being a bay and white (brown/white)

paint gelding "Diamond" who was completely skin and bone with a body score of a 2 and had been skinny (body score of a 3) for 3 1/2 years but had dropped a dangerous amount of weight within the last 6 months (body score of 2) putting him at risk of death. You could visibly count every vertebrae in his back and every bone in his body, with nearly no muscle mass left) Salwa pleaded for months for us to help get these horses (especially Diamond) the help they needed.

Paul Thomas _____

I declare under penalty of perjury that the facts are true and correct to the best of my ability and if I was called to testify to my statements I will testify to the same.

# Exhibit III

Custody + move away order

Judgment

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Family Division
### Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

Honorable Ryan Williams, Judge

Michele Slinkard, Judicial Assistant                                    Not Reported, Court Reporter

---

**NATURE OF PROCEEDINGS:** Ruling on Submitted Matter
The following parties are present for the aforementioned proceeding:

      No Appearances

The matter is not called for hearing. Out of the presence of the Court Reporter

In the Cause heretofore, submitted on June 5, 2024, the Court announces its intended decision as set forth in the Statement of Decision signed this date, June 20, 2024.

A Copy of this minute order is sent via U.S. Mail to all appearing parties and Counsel.

### STATEMENT OF DECISION

This document is the Court's ruling and proposed Statement of Decision, subject the parties' rights to serve and file objections as provided by CRC Rules 3.1390(c) and (g). If no objections are timely filed, this shall be the Court's final Statement of Decision. This matter came before the Court by Father's Request for Order ("RFO") re: Modification of Custody and Visitation, requesting that Mother be prevented from moving the children to Texas; and Mother's Responsive Declaration, asking to move the children to Texas. There are ten minor children, ranging in age from 2 to 17. Mother's proposed new home is roughly 25 hours by car from Father's home.

While this RFO was pending, Mother obtained a three-year Domestic Violence Restraining Order requiring Father to stay 100 yards away from her and the children. Father was awarded professionally monitored visits, 4 hours per week. Those visits were later modified to be monitored by any agreed nonprofessional monitor. However, the nonprofessionally monitored visits were halted, as the monitors refused to continue monitoring the visits with so many children. There was some testimony that Father brought up to five additional children (from other relationships) to the visits, in addition to the ten children of his own.

The Court appointed Family Court Services ("FCS") to conduct a parenting plan assessment ("PPA"). On June 5, 2024, the Court heard a full report from the FCS evaluator, who was cross-examined by counsel for both parties. Both parties indicated they had no other evidence to offer, and the Court heard argument from both sides.

---



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
### Michael D. Antonovich Antelope Valley Dept. - A11,

24AVPT00013
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

The credible evidence established that both parents love their children, and the children love both parents. The children want to spend time with both parents. Mother has been the children's full-time caretaker since birth. Father is often gone, both because he travels for work and because he has two other "wives" and families. (The Court understands that Mother and Father in this case are not legally married; however within their faith they consider themselves spouses.) Both parents have similar living arrangements for the children, who must by necessity sleep multiple children to each room. The children are homeschooled.

Father has expressed to at least one of the children that "you owe me" for keeping her financially supported. Mother's discipline of the children is generally calm and involves taking away privileges. Father's discipline includes moderate to severe corporal punishment. He has hit the children with hoses, belts, hangers, and bamboo sticks, sometimes leaving visible marks. Of the six children who are old enough to understand and express opinions, two said they were comfortable having unmonitored visits with Father, three said they would want only monitored visits (one of whom said they would not feel safe without a monitor), and one said they would be content to have no visitation at all. There was one substantiated DCFS investigation of Father, in 2017, for abuse of one of his other children (not one of those at issue here).

The FCS evaluator observed all of the children to be happy with Mother. They also were all happy with Father, showing no fear of him, playing and interacting with him, climbing on him, etc.; the evaluator described their relationship as "warm and congenial."

The children who were old enough to understand and express a preference indicated they would like to move with Mother to Texas.

The FCS evaluator recommended mother be given sole legal and physical custody and be allowed to relocate the children to Texas, with visitation to Father. The evaluator proposed that Father should have visitation seven times per year, with each visit being two weeks in duration, and separated from the previous visit by at least 28 days. The proposed exchange point is Albuquerque, New Mexico, described as "a midpoint" and presumably contemplating that Father's visitation would occur in Los Angeles County if he so chose. The evaluator recommends the visits be unmonitored.

The parties essentially agree that Mother be allowed to move with the children to Texas. The dispute between the parties is in regards to what visitation should be awarded, with Father submitting on the PPA but Mother objecting that the recommended schedule is not in the best interests of the children. Despite the parties' apparent agreement as to the move-away itself, pursuant to Family Code § 3011, IRMO Burgess (1996) 13 Cal.4th 25, and IRMO LaMusga (2004) 32 Cal.4th 1072, the Court has considered all of the following factors and makes the following findings:

**Health, Safety and Welfare of the Children**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
## Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

The children themselves are generally happy with both parents.  However, the Court has substantial concerns about whether the children would be safe from corporal punishment in Father's care.  The children have been used to Mother as their primary caretaker for their entire lives, and it does not appear that Father has the time for significant caretaking duties.  This factor weighs heavily in favor of the move-away.

## History of Domestic Violence or Child Abuse
Mother has a three-year DVRO protecting her from Father.  The evidence established that Father routinely disciplined the children by striking them with objects such as hoses and bamboo sticks, sometimes leaving marks.  The majority of the children (at least, the ones of age) indicated they wanted monitored visits with Father.  This factor weighs heavily in favor of the move-away.

## Existing History of Drug or Alcohol Abuse
No evidence was adduced of any drug or alcohol abuse at either household.  This factor does not affect this case.

## Existing Nature and Amount of Contact with Each Parent
The children have lived full-time with Mother all their lives.  They have had frequent and continuing contact with Father throughout their lives.  Although Father has never been a full-time caretaker of the children, they are still closely bonded to him, as they are to their mother.  This factor weighs in favor of the move-away.

## The Child's Preferences, If Applicable
Of the children old enough to understand and express a preference, all of them prefer to move with Mother to Texas.  This factor weighs in favor of the move-away.

## Employment and Ability to Provide for Child
There is already a child-support order being enforced by the Child Support Services Division.  The children will be provided for no matter where they live.  This factor does not weigh in favor of either party.

## Child's Interest in Stability
A move to Texas would be destabilizing.  Although the children would be able to continue in their homeschooling and would remain with their normal caretaker, they would be taken away from the only environment they have ever known.  They would have to adapt to a new home in a new state, far from any friends or other family.  On the other hand, remaining in California would also be destabilizing, as the children would be taken away from their life-long caretaker and placed in the care of a father who has limited experience with taking care of them and has substantial other commitments.  This factor does not weigh in favor of either party.

## Distance of Move

---



## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Family Division
### Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

The credible evidence established that both parents love their children, and the children love both parents. The children want to spend time with both parents. Mother has been the children's full-time caretaker since birth. Father is often gone, both because he travels for work and because he has two other "wives" and families. (The Court understands that Mother and Father in this case are not legally married; however within their faith they consider themselves spouses.) Both parents have similar living arrangements for the children, who must by necessity sleep multiple children to each room. The children are homeschooled.

Father has expressed to at least one of the children that "you owe me" for keeping her financially supported. Mother's discipline of the children is generally calm and involves taking away privileges. Father's discipline includes moderate to severe corporal punishment. He has hit the children with hoses, belts, hangers, and bamboo sticks, sometimes leaving visible marks. Of the six children who are old enough to understand and express opinions, two said they were comfortable having unmonitored visits with Father, three said they would want only monitored visits (one of whom said they would not feel safe without a monitor), and one said they would be content to have no visitation at all. There was one substantiated DCFS investigation of Father, in 2017, for abuse of one of his other children (not one of those at issue here).

The FCS evaluator observed all of the children to be happy with Mother. They also were all happy with Father, showing no fear of him, playing and interacting with him, climbing on him, etc.; the evaluator described their relationship as "warm and congenial."

The children who were old enough to understand and express a preference indicated they would like to move with Mother to Texas.

The FCS evaluator recommended mother be given sole legal and physical custody and be allowed to relocate the children to Texas, with visitation to Father. The evaluator proposed that Father should have visitation seven times per year, with each visit being two weeks in duration, and separated from the previous visit by at least 28 days. The proposed exchange point is Albuquerque, New Mexico, described as "a midpoint" and presumably contemplating that Father's visitation would occur in Los Angeles County if he so chose. The evaluator recommends the visits be unmonitored.

The parties essentially agree that Mother be allowed to move with the children to Texas. The dispute between the parties is in regards to what visitation should be awarded, with Father submitting on the PPA but Mother objecting that the recommended schedule is not in the best interests of the children. Despite the parties' apparent agreement as to the move-away itself, pursuant to Family Code § 3011, IRMO Burgess (1996) 13 Cal.4th 25, and IRMO LaMusga (2004) 32 Cal.4th 1072, the Court has considered all of the following factors and makes the following findings:

**Health, Safety and Welfare of the Children**

---

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Family Division
### Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

Honorable Ryan Williams, Judge

Michele Slinkard, Judicial Assistant                    Not Reported, Court Reporter

---

**NATURE OF PROCEEDINGS:**  Ruling on Submitted Matter
The following parties are present for the aforementioned proceeding:

No Appearances

The matter is not called for hearing. Out of the presence of the Court Reporter

In the Cause heretofore, submitted on June 5, 2024, the Court announces its intended decision as set forth in the Statement of Decision signed this date, June 20, 2024.

A Copy of this minute order is sent via U.S. Mail to all appearing parties and Counsel.

### STATEMENT OF DECISION

This document is the Court's ruling and proposed Statement of Decision, subject the parties' rights to serve and file objections as provided by CRC Rules 3.1390(c) and (g).  If no objections are timely filed, this shall be the Court's final Statement of Decision.  This matter came before the Court by Father's Request for Order ("RFO") re: Modification of Custody and Visitation, requesting that Mother be prevented from moving the children to Texas; and Mother's Responsive Declaration, asking to move the children to Texas.  There are ten minor children, ranging in age from 2 to 17.  Mother's proposed new home is roughly 25 hours by car from Father's home.

While this RFO was pending, Mother obtained a three-year Domestic Violence Restraining Order requiring Father to stay 100 yards away from her and the children.  Father was awarded professionally monitored visits, 4 hours per week.  Those visits were later modified to be monitored by any agreed nonprofessional monitor.  However, the nonprofessionally monitored visits were halted, as the monitors refused to continue monitoring the visits with so many children.  There was some testimony that Father brought up to five additional children (from other relationships) to the visits, in addition to the ten children of his own.

The Court appointed Family Court Services ("FCS") to conduct a parenting plan assessment ("PPA").  On June 5, 2024, the Court heard a full report from the FCS evaluator, who was cross-examined by counsel for both parties.  Both parties indicated they had no other evidence to offer, and the Court heard argument from both sides.

---

Minute Order                                         Page 1 of 7

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Family Division
### Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

The children themselves are generally happy with both parents. However, the Court has substantial concerns about whether the children would be safe from corporal punishment in Father's care. The children have been used to Mother as their primary caretaker for their entire lives, and it does not appear that Father has the time for significant caretaking duties. This factor weighs heavily in favor of the move-away.

**History of Domestic Violence or Child Abuse**
Mother has a three-year DVRO protecting her from Father. The evidence established that Father routinely disciplined the children by striking them with objects such as hoses and bamboo sticks, sometimes leaving marks. The majority of the children (at least, the ones of age) indicated they wanted monitored visits with Father. This factor weighs heavily in favor of the move-away.

**Existing History of Drug or Alcohol Abuse**
No evidence was adduced of any drug or alcohol abuse at either household. This factor does not affect this case.

**Existing Nature and Amount of Contact with Each Parent**
The children have lived full-time with Mother all their lives. They have had frequent and continuing contact with Father throughout their lives. Although Father has never been a full-time caretaker of the children, they are still closely bonded to him, as they are to their mother. This factor weighs in favor of the move-away.

**The Child's Preferences, If Applicable**
Of the children old enough to understand and express a preference, all of them prefer to move with Mother to Texas. This factor weighs in favor of the move-away.

**Employment and Ability to Provide for Child**
There is already a child-support order being enforced by the Child Support Services Division. The children will be provided for no matter where they live. This factor does not weigh in favor of either party.

**Child's Interest in Stability**
A move to Texas would be destabilizing. Although the children would be able to continue in their homeschooling and would remain with their normal caretaker, they would be taken away from the only environment they have ever known. They would have to adapt to a new home in a new state, far from any friends or other family. On the other hand, remaining in California would also be destabilizing, as the children would be taken away from their life-long caretaker and placed in the care of a father who has limited experience with taking care of them and has substantial other commitments. This factor does not weigh in favor of either party.

**Distance of Move**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
## Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

The distance of the proposed move is significant, approximately 25 hours by car. It does not appear to the Court that there is any feasible way of maintaining frequent and continuing contact with Father if the children live in Texas. This factor weighs against the move-away.

### Age of Children
The children range in age from 2 to 17 years. Some of the children are young enough to be fairly adaptable. However, the Court will not separate the children, whom the evaluator testified were closely bonded to one another, even more so than to their parents. As such, this factor does not weigh in favor of either party.

### Relationship Between Parents, Including Their Willingness to Put Child's Interest First
The parents have a poor co-parenting relationship. Their lack of communication has led to various requests for ex parte orders to prevent a feared unilateral move-away. Father indicated in one of his declarations that Mother surreptitiously packed up all ten children while Father was away, moving them out of the family home without telling him where they were going. The DVRO recently put in place severely curtails their relationship.

Neither party has shown any particular willingness to place the children's needs before their own. Mother apparently absconded with the children and Father alleged she kept them in unsanitary conditions. Father appears to take the attitude that the children "owe him" for fulfilling his natural parental duties of support, and divides his time between multiple families.

This factor does not weigh in favor of either party.

### Reasons for the Move
Neither party adduced any evidence of the reason for the proposed move. This factor does not weigh in favor of either party.

### Extent to Which Parents Share Custody
Both parents had been effectively sharing custody, until the DVRO was put in place and limited Father to four hours per week. It appears both are willing to share custody as much as practical in the future. The children have spent significant time with both parents. This factor does not weigh in favor of either party.

### Findings and Order
Balancing all of the factors and findings above, considering the Court's own credibility determinations, and in light of the recommendations by Family Court Services, the Court finds that it is in the children's best interests to move to Texas. The Court orders Mother to have sole legal custody and sole physical custody of all of the children, and that Mother is permitted to relocate the children to Texas. Mother is to give Father two weeks' notice before relocating any of the children.



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
### Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

The Court appreciates, as always, the diligent work of Family Court Services. However, the Court does not find the proposed visitation schedule to be in the best interest of the children. The schedule does not appear to the Court to be practicable; to transport ten children plus a driver (or drivers), the parties would each need to have available either one large passenger van, or a large SUV plus another car. The driver(s) and the children would each spend a total of 25 hours on each trip, which presumably includes at least one overnight stay in a hotel in Albuquerque for the ten children and driver(s). The same journey would have to be repeated two weeks later, to return the children; and then again four weeks after that for Father's next visitation, etc. The children would be driving a total of 40 days every year. The Court cannot find that would be in their best interests. In addition, the parties would be forced to bear the expenses of the travel vehicles (which may need to be rented), gasoline, and hotel stays, 14 times per year. (The Court does not believe an alternative, splitting the children up for visits, would be in the children's best interests. The children are closely bonded to one another and rely on one another. Splitting them up would also cause additional practical problems, as someone would have to watch the children left behind while Mother takes the visiting children to Albuquerque and again when she goes to retrieve them, additional visits would be needed to effectuate Father's visitation of seven times with each child per year, etc.)

Instead, the Court orders as follows: prior to the children being relocated to Texas, Father is to have visitation the first and third weekend of each month, Thursday at 6pm to Sunday at 6pm, with the children being exchanged at any mutually agreeable place or the Lancaster Sheriff Station if no agreement can be reached. Once Mother relocates to Texas, Father is to have visitation in the children's county of residence for two weeks, four times per year. For those visits, Father is to travel at his own expense to Texas. Visitation may occur in a hotel, a short-term rental home, or any other place safe and suitable for the children, at Father's expense. In addition, Father is to have one visit of four weeks, once per year, in California. For that visit, the parties are to meet at a mutually agreed location in Albuquerque, at a mutually agreed time, for the child exchange. Finally, in odd years Father shall have visitation on Ramadan/Eid- Al-Fitr, and in even years Father shall have visitation on Eid al-Adha, both in Texas unless both parties agree otherwise. The parties are to meet and confer in good faith to arrange specific times and locations for those visits.

For all visits, Father is to provide 30 days notice of his intent to exercise visitation, and the parties are to work together in good faith to arrange specific days and times for pickup and drop-off. Father and Mother shall ensure these visits to not unduly interfere with the children's schooling or other activities. Father is to give Mother contact phone numbers and the address where the children will be sleeping each night. All visits shall be monitored by the parties' adult child, or any agreed nonprofessional monitor, or a professional monitor paid 50% by each party if no nonprofessional monitor can be found.

Neither party is to use corporal punishment on any of the children at any time.

---



# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
### Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

The children must be allowed to contact their noncustodial parent at reasonable times by phone, text, or video. They are to be given access to devices necessary for that purpose, even if the devices have been taken away as discipline.

The parties are free to mutually agree on additional visitation, and the Court encourages both parties to work together in good faith to maximize Father's visitation. The parties may modify any terms of this order by a mutual written agreement, including an agreement reached via text, Talking Parents, or similar media.

**30 Day Stay**
Pursuant to California Code of Civil Procedure § 917.7, an automatic stay is in effect preventing Mother from removing the children from the state of California for a period of thirty (30) calendar days after entry of judgment or court order.

Dated this 20th Day of June, 2024

_____
RYAN WILLIAMS
SUPERIOR COURT JUDGE

Clerk to give notice.

## CLERK'S CERTIFICATE OF MAILING/
## NOTICE OF ENTRY OF ORDER

I, David W. Slayton, Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Entry of the above minute order of June 20, 2024 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States Mail at the courthouse in Lancaster, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Dated: June 20, 2024                     By:  /s/ Michele Slinkard
                                                              Michele Slinkard, Deputy Clerk

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## Family Division
### Michael D. Antonovich Antelope Valley Dept. - A11,

**24AVPT00013**
**Clark, Kevin**
**vs**
**Salwa, Rahman**

**June 20, 2024**
**8:30 AM**

Candace Jones
43535 17th St. W. Ste 403
Lancaster, CA, 93534

Ralph Rios
Rios & Associates
155 North Lake Ave., 8th Floor
Pasadena, CA. 91101

---



| SHORT TITLE: | CASE NUMBER: |
|---|---|
| — DV-140, Children | |

Safaa  Clark,  Female,   Age:12

Iyah Clark,    Female,  Age:10

Yaqoub Calrk,   Male,    Age:8

Hayaam Clark, Female,  Age:6

Hana Clark, Female,    Age:4

Jinnah Clark,  Female, Age:2

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page_____

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
**ADDITIONAL PAGE**  Salwa  Rahman
**Attach to Judicial Council Form or Other Court Paper**
CRC 201, 501

| Case Number: |
|---|

**6**  ☐ **Judge's Decision on Request for Orders to Prevent Child Abduction** *(attach form DV-145)*

**7**  ☒ **Child Custody**

   a. Legal Custody *(The person that makes decisions about the child's health, education, and welfare.)*
     ☒ Sole to Person in **1**    ☐ Jointly (shared) by persons in **1** and **2**.
     ☐ Sole to Person in **2**    ☐ Other *(describe):* _____

   b. Physical Custody *(The person that the child regularly lives with.)*
     ☒ Sole to Person in **1**    ☐ Jointly (shared) by persons in **1** and **2**.
     ☐ Sole to Person in **2**    ☐ Other *(describe):* _____

   c. If the judge granted sole or joint custody to the person in **2**, the judge must explain why.
     *(For judge to complete. Check all that apply):*
     ☐ Judge's reasons given at the hearing *(See minute order or ask for the transcript.)*
     ☐ Judge's reasons listed here: _____
     _____
     _____

**8**  ☐ **Person in 2 must have no visitation with children until further order of the court.**
(If this form is attached to form DV-110, *Temporary Restraining Order*, this means that the judge has stopped your right to visit with your children temporarily. If you do not agree with this order, attend your court hearing.)

**9**  ☒ **Supervised (Monitored) Visitation with Children**

   a. Person to be supervised: ☐ Person in **1**  ☒ Person in **2**  by:
     ☒ Nonprofessional *(name and relationship to child, if known):*   Only if mutually agreed upon.
     ☒ Professional *(name, if known):*   Families in Transitional
     (1) Fees paid by:  Person in **1** ____ %  Person in **2** 100 %  Other: _____ %
     (2) Person in **1** contact provider by *(date):* _____
        Person in **2** contact provider by *(date):* _____

   b. Provider's contact information, if known
     Address: _____   Telephone: _____

   c. Schedule of supervised visits
     (1) ☐ Once a week, for *(number of hours):* _____
     (2) ☐ Twice a week, for *(number of hours):* _____ each visit.
     (3) ☐ Follow the Visitation Schedule listed in **12**.
     (4) ☒ Other schedule *(describe):*   Petitioner is to have monitored visits on Saturday's from 10:00 a.m. to 12:00 p.m

**This is a Court Order.**

**Child Custody and Visitation Order**
**(Domestic Violence Prevention)**

| Case Number: |
| --- |
| ⟶ |

**(10)** ☐ **Supervised (Monitored) Child Exchanges** *(Use item (11) to describe visitation schedule.)*

a. Person to be supervised: ☐ Person in (1)    ☐ Person in (2) by:

☐ Nonprofessional *(name and relationship to child):* _____
Safe location for exchanges: _____
(For more information on safe locations, go to *https://selfhelp.courts.ca.gov/guide-supervised-visitation.*)

☐ Professional *(list name, if known):* _____
(1) Fees paid by:  Person in (1) ____ %  Person in (2) ____ %  Other: _____ ____ %
(2) Person in (1) contact provider by *(date):* _____
   Person in (2) contact provider by *(date):* _____
(3) Location of exchanges to be decided by provider.

b. Provider's contact information, if known:
Address: _____  Telephone: _____

**(11)** ☐ **Visits With No Supervision (Unmonitored)**

a. If the judge granted unsupervised visits to the person in (2), the judge must explain why.
*(For judge to complete. Check all that apply):*
☐ Judge's reasons given at the hearing *(See minute order or ask for the transcript.)*
☐ Judge's reasons listed here: _____
_____
_____
_____

b. ☐ Person in (1) ☐ Person in (2) will visit with the children as follows:

(1) ☐ Visitation schedule described below:
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(2) ☐ Follow the Visitation Schedule listed in (12).

**This is a Court Order.**

**Child Custody and Visitation Order**
**(Domestic Violence Prevention)**

Case Number:

**(12)☐ Visitation Schedule for Person in (2)**

| | Time | Person to bring children to and from visit | Location of drop-off/pick-up |
|---|---|---|---|
| Monday | Start:<br>End, if applies: | | |
| Tuesday | Start:<br>End, if applies: | | |
| Wednesday | Start:<br>End, if applies: | | |
| Thursday | Start:<br>End, if applies: | | |
| Friday | Start:<br>End, if applies: | | |
| Saturday | Start:<br>End, if applies: | | |
| Sunday | Start:<br>End, if applies: | | |

**Follow the schedule listed above *(check one)*:**
☐ Every week    ☐ Every other week    ☐ Other _____

**Start date for visits *(month, day, year)*** _____

**(13) ☐ Other Orders**

*(Describe additional orders or refer to an attachment (e.g., FL-341(C), Children's Holiday Schedule Attachment)):*

_____

_____

**(14) Country of Habitual Residence**

The country of habitual residence of the child or children in this case is ☐ The United States
or ☐ Other *(specify):* _____.

**(15) Jurisdiction and Notice**

This court has jurisdiction to make child custody orders in this case under the Uniform Child Custody Jurisdiction and Enforcement Act (part 3 of the California Family Code starting with section 3400). The responding party was given notice consistent with the laws of the State of California.

**(16) Penalties for Violating This Order**

If you violate this order, you may be subject to civil or criminal penalties, or both.

**This is a Court Order.**

**Child Custody and Visitation Order**
(Domestic Violence Prevention)



For your protection and privacy, please press the Clear

4.3 ACRES OF LAND DELIVERED BY BESTOWER
CLARK REALTY through Beverly Ann Clark to
Nafeesah Hendricks and Salwa Rahman
For The Benefit of Holders -in -Due Course.
9155 E Ave S8
LittleRock, California 93543
Telephone 661-666-0587
Email isnumo@gmail.com
FBO Holder In- Due- Course, Cross-Complainants

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 25 2024

David W. Slayton, Executive Officer/Clerk of Court

### SUPERIOR COURT OF CALIFORNIA
### FOR THE COUNTY OF LOS ANGELES,CENTRAL DISTRICT

| | |
|---|---|
| PRIORITY PROPERTIES,LLC a California Corporation **vs .** Plaintiff | Case No .:23AVC00732 |
| Nafeesah Hendricks,a single woman,Salwa Rahman,a single woman,and Does 1-10,inclusive. | **MOTION FOR ORDER VOIDING JUDGMENT BASED UPON FRAUD ON THE COURT** |
| Defendants | |

Res ID# 4744701265853
Aug,6,2024
8:30 AM

4.3 ACRES OF LAND DELIVERED BY BESTOWER
CLARK REALTY ,Beverly Ann Clark To
Nafeesah Hendricks and Salwa Rahman
For The Benefit of Holders -In-Due Course
    Vs.
    Cross Complainants
PRIORITY PROPERTIES,LLC a California
Limited Liability Company, Abdullah Mace a
Moral Individual,MACE ABDULLAH ESQ
(146027) SURETY BOND et ,al Koury Dodson
Clark,Successor Trustee of the CLARK FAMILY
Dated September 14,2006,CLARK FAMILY TRUST
        **Cross Defendants**

**Judge.: Michael C. Kelly**

**Dept.:A15**

1.    MOTION FOR ORDER TO VOID  JUDGMENT
        BASED UPON FRAUD ON THE COURT


4.3 ACRES OF LAND DELIVERED BY BESTOWER BY BEVERLY ANN CLARK REALTY

through Beverly Ann Clark to Nafeesah Hendricks and Salwa Rahman For The Benefit of

Holders -In- Due Course respectfully moves this

1

Court to VOID  A REQUEST FOR DEFAULT  JUDGMENT entered against Salwa Rahman and Nafeesah Hendricks on April 30th 2024 pursuant to   **Cal. Code Civ. Proc. § 473** on the grounds of excusable neglect or mistake. In support of this motion, Defendant states as follows:

1. On July 26,2023  Plaintiff **PRIORITY PROPERTIES,LLC** filed a Complaint against Defendant's Salwa Rahman and Nafeesah Hendricks accusing them of forgery and unfair dealings demanding over one hundred dollars in damages. Theses allegations should be judged on it own merits in this action.

2. On October 16,1023 Respondents Salwa Rahman and Nafeesah Hendricks in AFFIDAVIT and ANSWER form filed herein. EXHIBIT A

3.They have  also responded by filing a truthful CROSS- COMPLAINT served by Summons, ex-parte and held by continuances..

 Cross-Defendants has appeared in Camara /Microsoft Videos on three occassions.Each of them have failed to answer the Cross- Complaintants.

We have just been made aware of the courts registry not indicating this filing  titled ,AFFIDAVIT and ANSWER. This document bearing the Courts Original Received Stamp on the bottom of the page ,RECEIVED OCTOBER 16, 2023 NORTH DISTRICT.

Salwa Rahman has been made aware of this error by mistake on May 9th 2024 and that through MACE ABDULLAH ESQ (146027 )Request for Default Judgment Entry entered on April 30,2024.

Mace Abdullah a moral individual is a human and can come to court representing himself.

MACE ABDULLAH ESQ(146027)SURETY BOND et,al  is a law firm and has been sued in which they need a lawyer to represent themselves and PRIORITY PROPERTIES, LLC a

2

CALIFORNIA CORPORATION , therefore they have no right to file papers or come before the court without representation of a lawyer.

**ABACUS LAW GROUP SURETY BOND** is being sued by Salwa Rahman and Nafeesah Hendricks. is a law firm and has been sued in which they need a lawyer to represent themselves and PRIORITY PROPERTIES, LLC a CALIFORNIA CORPORATION , therefore they have no right to file papers or come before the court without representation of a lawyer. Defendants each represents **PRIORITY PROPERTIES ,LLC A CALIFORNIA CORPORATION** . They prepared and gave their clients **NOTICE of SUMMONS ,AFFIDAVITS AND DECLARATIONS.**

**PRIORITY PROPERTIES, LLC** legal address for servicing is 5633 Overhill Drive Los Angeles ,California 90053 they have also been served notices there.

4.3 acres of land et ,al has appeared at every Court proceeding and followed the rules of the court to the best of ability Cross Complaint an Answer or other responsive pleading within the time prescribed.

4. Salwa Rahman and Nafeesah Hendricks did timely respond to the Complaint however due to excusable neglect or mistake, clerical error, misunderstanding of the entry. Respondent /Defendant was mistaken as to some material fact or law relating to defendant's duty to respond.through inadvertence and**/or** oversight.

5. Respondent Salwa Rahman and Nafeesah Hendricks has a meritorious defense to Plaintiff's claims, as set forth in the Affidavit and Answer filed on October 16,2024. attached hereto as Exhibit A.

6. The default judgment should be void set aside in the interests of justice and to allow this case

3

due to the aforementioned fraud on the court and the case be decided on its merits.

WHEREFORE, Respondents respectfully requests that this Court:

(a) Set aside the default judgment entered on April 30th,2024

(b) Accept the filing of Respondents Affidavit and Answer and

(c) Grant such other and further relief as the Court deems just and proper.


7. Respondent/Defendant the Code of Civil Procedure, for an order:

Setting aside the default entered in this action on Aprii 30,2024

Vacating default judgment entered in this action on April30,2024.

8. Defendant further moves for an order permitting defendant to:

does hereby move the court, pursuant to Section 473 of File an Answer, a true and

correct copy of which is attached to this motion and incorporated by reference Appear at

a trial on the merits.

9. This motion is brought because default default judgment judgment was/were taken

against defendant: Salwa Rahman and Nafeesah Hendricks

10. Defendant(s) possess(es) the following meritorious defense against the civil

complaint for damages:

MOTION FOR ORDER STAYING EXECUTION

11. Defendant,respectfully applies under section 918 of the Code of Civil Procedure for

an order from this court directed to the Plaintiff, and to any other persons acting on

behalf of or together with Plaintiff, staying execution of the judgment entered in this

action on the grounds that:

NOTICE OF MOTION/ MOTION FOR ORDER SETTING ASIDE.

4

DEFAULT/JUDGMENT/STAY

Defendant(s) would suffer hardship if the judgment were to be executed at this time:

The judgment may be set aside or modified as requested in Defendant's motion to vacate (default) judgment.

The judgment may be set aside or modified in accordance with Defendant's motion for a new trial The judgment may be set aside or modified in accordance with Defendant's motion for judgment notwithstanding the verdict

The judgment may be set aside or modified in accordance with the Defendant's motion for relief from Default Judgment.

12. The motion listed above is filed with this application.

DECLARATION

13. We, I am the Respondent/ Defendant in this action. I am asking the court to set aside the default judgment vacate the judgment in this case.

14.                                    NOTICE:

I gave notice to plaintiff plaintiff's attorney that the ex parte hearing was scheduled for

(date) May_____,2024

MACE ABDULLAH ESQ.
PRIORITY PROPERTIES ,LLC
A CALIFORNIA CORPORATION
1055 E.Colorado  Suite 500
Pasadena,California  91106
626-204-4016
mace@4californialaw.com

Salwa Rahman                    Nafeesah Hendricks

5

4.3 Acres of land bestower Beverly A. clark FBO
Salwa Rahman

9155 East Ave S8.
Little Rock ,California.
661-661-666-0587.
isnumu@gmail.com.

6501 6th St
Los Angeles, California 90043
310-428-4670
nanacomiche@yahoo.com

PRIORITY PROPERTIES,LLC a California Corporation

vs .

Plaintiff

Nafeesah Hendricks,a single woman,Salwa Rahman,a single woman,and Does 1-10,inclusive.

Defendants

Case No .:23AVC0032

AFFIDAVIT OF CROSS- COMPLAINANT  NO.1
Salwa Rahman and Nafeesah Answer to Complaint

---

4.3 ACRES OF LAND DELIVERED BY BESTOWER CLARK REALTY ,Beverly Ann Clark To Nafeesah Hendricks and Salwa Rahman For The Benefit of Holders -In-Due Course

Vs.

Cross Complainants

PRIORITY PROPERTIES,LLC a California Limited Liability Company, Abdullah Mace a Individual ABACUS LAW GROUP  SURETY BOND et,al.

Cross Defendants

Judge.: Michael C. Kelly

Dept.:A15

---

AFFIDAVIT OF TRUTH

AND ANSWER TO COMPLAINT

My age at that time was 22 years old.

I was taken to another country without family such as brothers ,sisters, mother or my dads support.

He separated me from my mother in which I have since reunited with after spending eight years without her.

The Cross-Defendant No.1  left me in Arabia for three years without support for me or my children until I

6

finally got out of the country by pleading with the government to allow me to leave as I was a captive of the country. Their refusal in letting me free to leave was because Cross- Defendant No.1 failed to pay the Government for his construction business. I was able to start a business enterprise selling weight lost natural pills. The business was successful enough to save money to pay for our release. The Cross Defendant No1.ws not involved with the concept of this business. he had taken on a wife from Morocco and had two children with her as well. She is very very poor. I took her with me to the Consulate and I pleaded for her and the children 's freedom as well. The head person felt pity for us and gave their release too. Since 2015 he saw those children a total of two months of their lives .He is right now seeing them again. I have a before and after picture of the two children they look sickly with h distended stomachs. His mother pleaded with him to go visit them while she was alive , he refused her request.

He religiously married Nine (9) ladies that I am aware of since we had been together this ordeal was it torturous.

None of these relationships worked. That was sickly and disturbing behavior .I have been abused all these years. When I generate money he takes it .He does not give me finances.

While in Arabia once the computer had a opened Window when I sat down to use it. It was his bank account I seen that he had 800,000.00 thousand dollars in the bank I had no money at all. Again I felt that I was a captive slave.

Because of this experience I purchased a monitor to track his whereabouts so the children and I could escape and flee from him .We took clothes two cars a trailer and the twelve of us escaped this kidnapper. We left in the middle of the night April 2023 .My oldest child Nur who is twenty years of age Not of his bloodline also fled with us. However he was able to convince her to fly to his sister house in New Jersey where she currently is now .She cut off all ties with me and her siblings .When she was Fourteen years of age I found that The Cross-Defendant No1. was giving her drugs she was always intoxicated . I do have an assumption without proof that he did inappropriate things to her . Only she can tell the truth in regards to his behavior with her. Regardless of their secrets I love my daughter Nur. She gave her testimony and Declaration in writing before he captured her. It has been reported that he will have her testify against me. However she should be estopped from making any other claims.

**Affiant Salwa Rahman the Cross-Complainant No1., has known the Cross- Defendant No1. since**

7

2002.

We were joined together through the Mosque not with the County Recorder's Office in the year 2004 .

Affiant found out later he is already registered through Domestic partnership with another lady with Five(5) other children in which they are in a domestic disturbance through the county.

I know now that I was under servitude living with him until my escape in April 2023.

My home is in Little Rock, California,it was bestowed by the Cross-Defendants mother Beverly Ann Clark through CLARK REALTY her company for over thirty years.

CLARK REALTY intention was to make sure we always had a home to raise her grand children eleven(11) young children all under 18 years of age.

The Cross-Defendant was not in agreement with his mother bestowing, the property to my children and myself he often hollered at me "Do you think my mother would give you something over me? I am her son. "

Mrs. Beverly was very aware of her son's irresponsible nature and wanted to ensure her grandchildren always had shelter. In late 2020 Beverly concerns were that if the land was left in my name with her son being responsible for taxes they would not get paid on time and he is an irresponsible selfish loser.

I was adamantly advised to place the title in her name as agent for me and she would then place it in her trust. Nafeesah Hendricks and I did just that after eighteen months. Property tax payments was paid by the Trust Estate. Because of this transfer we/ the children felt secure and safe with Beverly Ann Clark protecting me from her sons financial neglect and physical, mental trauma.

She made sure that we had shelter and security as she was the agent for us.

It was mutually agreed upon that if the title to the land was to ever be removed from trust that we should Cause a Notice of Rescission Deed to be recorded placing the land back as if there was no transfer, this was guaranteed that this process will ensure it remains in our care and control.

8

Our intention is to make sure that our children have safety and security forever.

Finally it is reported that a unknown person reported JEDDAH RANCH ,LLC as doing business unlawfully. All permits needed was procured before starting the business ,however later we found that in order to do what what we were doing the acreage has to be five(5) or more.We only have 4.3. JEDDAH RANCH ,LLC housed and farmed cows,chickens,ostriches,llamas,turtles, ect.

The Cross-Defendant housed horses in which he never farmed or had previous experience with.

The County of Los Angeles Regional planning showed that we had too little farmland to continue operations . That situation forced me to lose income. As exhibited all the bills are in my name or the business name .The Cross-Defendant always told me that the high bills that I am paying will always follow me, bills such as electric,propane ,food,clothing,and training for the children. I know that he has no intentions on paying .He made an agreement to pay for child care and education for the children he has a bill that has been submitted in Case No. _____22stpb11876_____

I went against the Cross-Defendant No.1 and chose to cooperate with the County and closed the ranch for farming for good. We still have the school in effect , however no income is generated from animals.

The school, JEDDAH RANCH,LLC has chosen to relocate in another state whereby we now have Five 1/2 acres to start again. We will give Notice to USDA once we move to the new replacement location .The value of this location is Five Hundred Thousand Dollars $500.000.00.

Since the DV restraining order has been in effect he continually intimidates me harass me, threatened my life took my daughter, sends messages through others such Mace Abdullah who I thought was my friend and confidant. He is now his lawyer a conflict of interest is charged against Cross Defendants No2.

For years I have tried to break myself from the Cross- Defendant No1. finally I got a religious divorce which the process for a female is ludacris,she can not get free from her husband unless you pay ransom.

The procedure is the dowry he gave you whether money ,house ,car you have to give it back to the man .in essence you are stuck in captivity forever. The Cross-Defendant No.1 knows of this

9

procedure very well. Fortunately for me I had no dowry to return back to him. So I succeeded in proofing up why I quit this foolish person.

Me and eleven children fled in the middle of night .We were given 30 acres to live on

I have audio messages of Cross-Defendant No.1 speaking on how he was against my having title held in my name. On numerous  occasions  This person told me and others that I can go but I must leave the children behind.

That  is absurd and definitely scary for the children , mom and immediate family  and friends who are all witnesses.

 When we ran  away the children told me of the abuse suffered by their father.

 I asked why did not they speak up and tell me before? They said under testimony in the court that he threatened them not to tell. They disclosed that he beat them with water hoses and hangers. He should be arrested and tried as an abuser of women and children. He has monitored visits in the  DV case.  The children  under testimony in the he court told that they were  threatened that he would kill  if he hey do not clean up and that he spent time in prison so he is not scared to go back to jail for murder.

Two of them are visibly upset when they have to go to these visits . Two of them declined visitation with him.

When cleaning the house after the restraining order I found a Domestic Violence  Children's Court Detention package that I had no knowledge of . I had no understanding of his background and how dangerous he really is on paper and in life. I Knew of the troubles he had in 2017 with child services however I did not know to what extent of trouble he really was until   discovery of papers. I remember the welfare coming to talk to me about my children because of Nurs addiction  . Until now I never knew he beat my son Muhammad  as  I am learning in the Detention Report of 2017.

Muhammad does not talk about it; he will be 18 years of age in a few months from now.

Cross -Defendants No.1 filed a motion to compel against his brother the trustee. He is  dishonoring Mrs. Clark's wishes so much that the trustee just wants to give him what he asks for.

The trustee demonstrates weakness and fear of him.

Affiant asks  the court to disallow any request made by Cross-Defendant No.1

I affirm that this AFFIDAVIT and ANSWER  is true and correct as to my knowledge and wisdom .

A AFFIDAVIT STANDS AS TRUTH UNLESS REBUTTED

Dated May 18,2024

*Salwa Rahman*

_____
**4.3  ACRES OF LAND DELIVERED BY BESTOWER
CLARK REALTY ,Through Beverly Ann Clark
To Nafeesah Hendricks and Salwa Rahman For The**

11

# Court Reservation Receipt

## Reservation

**Reservation ID:**
474470165853

**Status:**
RESERVED

**Reservation Type:**
Motion to Set Aside/Vacate Default and/or Default Judgment

**Number of Motions:**
1

**Case Number:**
23AVCV00732

**Case Title:**
PRIORITY PROPERTIES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY vs NAFEESAH HENDRICKS, et al.

**Location:**
Michael Antonovich Antelope Valley Courthouse - Department A15

**Filing Party:**
Salwa Rahman (Defendant)

**Date/Time:**
August 6th 2024, 8:30AM

**Confirmation Code:**
CR-E3ZLGWHENJF37NISF

## Fees

| Description | Fee | Qty | Amount |
|---|---|---|---|
| Motion to Set Aside/Vacate Default and/or Default Judgment  *** Fees Exempted by Fee Waiver *** | 0.00 | 1 | 0.00 |
| TOTAL | | | $0.00 |

## Payment

**Amount:**
$0.00

**Type:**
FEE_WAIVER

 **‹ Back to Main**    🖶 **Print Page**

Copyright © Journal Technologies, USA. All rights reserved.

Ralph M. Rios, State Bar No. 230454
RIOS & ASSOCIATES
A Professional Law Corporation
155 North Lake Ave, 8th Floor
Pasadena, California 91101
Telephone: (626) 583-1100
Facsimile: (626) 583-1475

**Attorney for Petitioner**
Salwa Rahman

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

Salwa Rahman,

        Petitioner,

Kevin Doyle Clark
        Respondent.

CASE NO. 23AV00469

DECLARATION OF SALWA
RAHMAN IN SUPPORT OF
REQUEST FOR DOMESTIC
VIOLENCE RESTRAINING ORDER

DECLARATION OF SALWA RAHMAN

I, Salwa Rahman, hereby declare as follows:

1. I am the Petitioner herein and offer my declaration in lieu of personal testimony pursuant to Sections 2009 and 2015.5 of the California Code of Civil Procedure. Rule 1225 of the California Rules of Court, *Reifler v. Superior Court* (1974) 39 Cal. App. 3d 479 and *Marriage of Stevenot* (1984) 154 Cal. App. 3d 1051. I base this declaration on my personal knowledge, and upon party admissions made to me by my child's other parent, except for those statements that I specifically identify as information that I learned from others, or that describe my state of mind as a parent and co-parent. I include what I have learned from others, or that describe my state of mind as a parent and co-parent. I also include information about my attitude and thinking as a parent and co-parent because I

comes and goes when he wants. If he is allowed to come back to the family home I am afraid he will kill us.

10. Respondent has repeatedly told the kids he would kill them. He has told the children they will find their dead mom's body in the backyard. He has told the children he has a right to take them out of this world since he brought them into the world.

11. Respondent had previously abandoned the children in Saydia, Arabia. He left to Morroco to marry a new virgin wife who he brought back to Arabia to live with Petitioner and the children. He decided he no longer wanted her and was going to take her back to Morroco but she pleaded to stay and offered to be a maid/nanny. I saved up for 3 months in order to get her and the children back to America.

12. Mr. Clark has persistently controlled our finances, limiting our access to funds and resources, which has made it difficult for me to seek help or escape the situation.

13. Since March 20, 2023, I could not take it anymore and decided to escape Mr. Clark's abuse. He forced me out of the family home with the children and then threatened to kill me. I am now in hiding with our children to protect our safety.

14. Mr. Clark has 21 children from various relationships and moves from family to family, treating them like a cult leader. He does not adhere to his responsibilities as a parent and abuses his authority over his families. Our children need protection from his abusive behavior and instability.

15. I understand that the Court has a duty under California Family Code Section 3020 to ensure the health, safety, and welfare of children and to make orders that are in the best interest of the child, including orders for protection from domestic violence.

16. I request that the Court consider this declaration, along with any other relevant evidence, in determining whether to grant a domestic violence restraining order against Mr. Clark and to order him to pay my attorney fees and child support.

17. Mr. Clark and I were not legally married in California. However, we were married and subsequently divorced through Muslim religious practices. I request that the Court

-3-

consider this information in determining the appropriate legal course of action.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed the 4th day April, 2023, at Pasadena, California.

*Salwa Rahman*

Salwa Rahman

RIOS & ASSOCIATES
1499 HUNTINGTON DRIVE, SUITE 506
SOUTH PASADENA, CALIFORNIA 91030
TELEPHONE (626) 583-1100

-4-

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
## Michael D. Antonovich Antelope Valley Dept. - A12,

23AVRO00469
**Rahman, Salwa**
**vs**
**Clark, Kevin**

February 21, 2024
1:30 PM

Honorable Diane M. Goodman, Judge

Elizabeth Victoria, Judicial Assistant

Not Reported, Court Reporter

---

**NATURE OF PROCEEDINGS:** Request - DV Prevention w/ Minor Child (Case Initiation) filed by Petitioner on April 6, 2023

The following parties are present for the aforementioned proceeding:

      Kevin Clark, Respondent
      Salwa Rahman, Petitioner
      Candace Faith Jones, Attorney for Respondent
      Ralph Martinez Rios, Attorney

The matter is called for hearing.

The parties are placed under oath.

The Respondent resumes testimony.

Respondent's exhibit D (5 deeds), E (text messages) are marked for identification and admitted into evidence by reference only. (Exhibits returned)

Petitioner's request for a Domestic Violence Restraining Order is granted. The Court orders a permanent Restraining Order for a period of 3 years. Restraining Order is to expire on February 21, 2027.

Restraining Order After Hearing (Order of Protection) is to be filed with the court.

The protected person and the restrained person were at the hearing or agreed in writing to this order. No other proof of service is needed.

All exhibits are returned by stipulation of the parties.

---

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
### Michael D. Antonovich Antelope Valley Dept. - A12,

23AVRO00469
**Rahman, Salwa**
**vs**
**Clark, Kevin**

**November 2, 2023**
**8:30 AM**

Pursuant to the stipulation of the parties, the Request - DV Prevention w/ Minor Child (Case Initiation) filed by Salwa Rahman on April 6, 2023, is continued to January 16, 2024, at 1:30 PM in this department. Time is wavied.

Any temporary orders are to remain in full force and effect until the continued hearing date.  Order on Request to Continue Court Hearing is to be submitted to the court.

The Court further sets the case for  Restraining Order Hearing on January 26, 2024 at 1:30 PM in Department A12.

By stipulation of the parties.The Court advances to this date and vacates the 02/14/2024 RFO - Withdraw/Be Relieved as Counsel of Record.

Notice is waived.

---

Minute Order                                                            Page **2** of **2**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Family Division
### Michael D. Antonovich Antelope Valley Dept. - A12,

**23AVRO00469**
**Rahman, Salwa**
**vs**
**Clark, Kevin**

**February 21, 2024**
**1:30 PM**

Honorable Diane M. Goodman, Judge

Elizabeth Victoria, Judicial Assistant

Not Reported, Court Reporter

---

**NATURE OF PROCEEDINGS:** Request - DV Prevention w/ Minor Child (Case Initiation) filed by Petitioner on April 6, 2023

The following parties are present for the aforementioned proceeding:

    Kevin Clark, Respondent
    Salwa Rahman, Petitioner
    Candace Faith Jones, Attorney for Respondent
    Ralph Martinez Rios, Attorney

The matter is called for hearing.

The parties are placed under oath.

The Respondent resumes testimony.

Respondent's exhibit D (5 deeds), E (text messages) are marked for identification and admitted into evidence by reference only. (Exhibits returned)

Petitioner's request for a Domestic Violence Restraining Order is granted. The Court orders a permanent Restraining Order for a period of 3 years. Restraining Order is to expire on February 21, 2027.

Restraining Order After Hearing (Order of Protection) is to be filed with the court.

The protected person and the restrained person were at the hearing or agreed in writing to this order. No other proof of service is needed.

All exhibits are returned by stipulation of the parties.

---

Minute Order                                        Page 1 of 1

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
### Family Division
### Michael D. Antonovich Antelope Valley Dept. - A12,

**23AVRO00469**
**Rahman, Salwa**
**vs**
**Clark, Kevin**

November 2, 2023
8:30 AM

Honorable Diane M. Goodman, Judge

Elizabeth Victoria, Judicial Assistant

Not Reported, Court Reporter

---

**NATURE OF PROCEEDINGS:** Request - DV Prevention w/ Minor Child (Case Initiation) filed by Petitioner on April 6, 2023

The following parties are present for the aforementioned proceeding:

Kevin Clark, Respondent
Salwa Rahman, Petitioner
Candace Faith Jones, Attorney for Respondent
Ralph Martinez Rios, Attorney for Petitioner

The matter is called for hearing.

The parties are placed under oath.

The Respondent testifies.

The Petitioner testifies.

Michelle Gardner is sworn and testifies.

1:30 pm Court reporter Lauren Kelly #14194

Michelle Gardner resumes testimony.

Erick Borel is sworn and testifies.

Amatullah Bradshaw is sworn and testifies.

Angela Mills is sworn and testifies.

Nur Avur-Rahman is sworn and testifies via video LACourtConnect.

---

4.3 ACRES OF LAND DELIVERED BY BESTOWER
CLARK REALTY through Beverly Ann Clark to Salwa Rahman
For The Benefit of Holders In -Due Course.
9155 E Ave S8
LittleRock, California 93543
Telephone 661-666-0587
Email isnumo@gmail.com
FBO Holder In- Due- Course, Cross-Complainants

**SUPERIOR COURT OF CALIFORNIA**
**FOR THE COUNTY OF LOS ANGELES,CENTRAL DISTRICT**

RECEIVED
Superior Court of California
County of Los Angeles
MAY 15 2024
North District

| | |
|---|---|
| PRIORITY PROPERTIES,LLC a California Corporation<br>vs .<br><div align="center">Plaintiff</div>Salwa Rahman,a single woman,and Does 1-10, inclusive.<br><br><br><div align="center">Defendants</div> | Case No .:23AVCV00732<br><br>**AFFIDAVIT OF CROSS- COMPLAINANT NO.1**<br>**Salwa Rahman Second Declaration**<br>**Exhibits 1.Audio Kevin Clark Testimony /For**<br>**Exhibit. 2.Audio Kevin Clark Testimony /Against**<br>**Exhibit  3.Correspondence of Mace Abullah**<br>**Quiet Title , Creditors Claims and Prove Up**<br>**Date January 16,2024** |

4.3 ACRES OF LAND DELIVERED BY BESTOWER        Judge.: Michael C. Kelly
CLARK REALTY ,Beverly Ann Clark To
 Salwa Rahman For The Benefit of Holders
-In-Due Course
     Vs.
              **Cross Complainants**
PRIORITY PROPERTIES,LLC a California ,Abdullah Mace
Moral Individual,MACE ABDULLAH ESQUIRE( 146027 )
 Surety Bond  et,al Koury Dudson Clark Successor
Trustee CLARK IRREVOCABLE TRUST,FAMILY TRUST OF
September 14,2006,CLARK FAMILY TRUST

                **Cross Defendants**

**AFFIDAVIT OF TRUTH OF ANSWER TO COMPLAINT**
**TO QUIET TITLE TO 4.3 ACRES OF LAND ET,AL**

1. A CROSS COMPLAINT was filed against Cross Defendant

PRIORITY PROPERTIES,LLC a California Limited Liability Company, they was served a copy of

Complaint and Request for Default Judgment to date they have failed to respond.

2.A CROSS COMPLAINT was Mace Abdullah a Individual ,was served a copy of

Complaint and Request for Default Judgment to date they have failed to respond.

3.A CROSS COMPLAINT against ABACUS LAW GROUP SURETY BOND they was served a copy of Complaint and Request for Default Judgment they have failed to respond.

4.A CROSS COMPLAINT against Koury D.Clark Trustee of CLARK REVOCABLE TRUST ,they was served a copy a Cross Complaint and Request for Default Judgment they have failed to respond.

5.A CROSS COMPLAINT against CLARK FAMILY TRUST they were served a copy of Cross Complaint and Request for Default Judgment they have failed to respond.

6.Cross Complainant earlier testimony given to Judge verbally in court .

In 2018 My mother in Law Beverly Clark Bestowed upon me 4.3 acres of Land in Little Rock California, She secured her (10)ten grandchildren always had a place of residents and Security.

Upon gifting $389,000 to purchase land it was agreed that her Son Kevin Clark would pay any taxes on property.

Mr Clark allowed two(2) years to go by and failed to make a single payment on property taxes. Mrs Beverly then approach me and requested that I sign the Home Over to the family trust for Safe Keeping and taxes be paid by trust, She informed me that she was concerned if the property stayed in my name Kevin Clark would cause me to lose everything. Upon hearing this I became worried that I would lose our home. Her advice is sound so signed it over. The same for Nafeesah Hendricks. I was put in an impossible situation and signed. She informed me that If trickery happened to me I could make a Rescission. I am very grateful she informed me of her son's incompetence in time.

In 2021 my mother in law Beverly Ann Clark became ill and passed away from cancer in March, the Land was still in the family trust.

In 2022 after the death of Beverly Ann Clark ,Kevin Clark had me organize with our lawyer ABACUS GROUP through Mace Abdullah ,PRIORITY PROPERTIES,LLC unaware of his intention.

Thereafter he compelled the trustee Koury D. Clark to sign a GRANT DEED it to PRIORITY

2

PROPERTIES,LLC , Koury followed his demands and signed the 4.3 Acres of land was signed over to his newly formed company.

Cross Complainant life became more unstable Mr. Clark became more abusive and cruel, requesting for me to Leave "His Home" I fled with my children, he then moved another lady and others into our home.

I have established business partnerships with farmers since the acquiring the land in 2018 .

Up to date the electric, trash, water and all utilities are in my name. PRIORITY PROPERTIES,LLC did not live full time at my residence or maintain any bills in his name.

6. A rescission was warranted due to a mistake or error . The court has the power to rescind the Quit Claim Deed to Beverly Ann Clark  Recorded Deed  Number _____recorded on_____

7.A rescission by Nafeesah Hendricks was warranted due to a mistake or error . The court has the power  to rescind the  Quit Claim Deed to Beverly Ann Clark  Recorded Deed  Number _____recorded on_____ placing Title  back in my name as I was informed by Beverly Ann Clark of my future remedies against her son ,

Safety and Security for my 10 young children, Mr. Clark and I are not Legally Married So this is the Only way I can Secure Shelter for my children Mr. Clark Has Mistreated us for many years and Beverly Clark was aware of His behavior and Decided to place the Home in my name instead of his, She warned me that He cannot have power over my life because He will abuse power.

Beverly said if he ever tried to make me leave this will always be my home, unfortunately I believe Kevin Clark aka PRIORITY PROPERTIESLLC pressured his mother while she was sick to have me sign the house over to the trust so he can eventually pressure the trustee to give it to him personally.

A recording directly from Kevin Clark admitting he never wanted his mother put the house in my name and I quote "If you put it in Salwa's  name I don't even want it!"

③

I'm asking for justice and equitable relief for my small children and livelihood, I've had to shut down my operations because of all of this.

Kevin . Clark has been found to be a dangerous man. It is cruel to take from me the property and attempt to separate me from the children.

I was trapped for nineteen (19 ) years . I was provided with the minimum care.

My dear mother in law Beverly Ann Clark felt deep sadness for the children and myself and helped me establish a future for her offspring.

With these reasons explained in the Cross Complaint I deserve a Rescission Deed to be signed and filed to be recorded in the Recorders office of Los Angeles and elsewhere by this court.

I affirm that this AFFIDAVIT is true and correct as to my knowledge and wisdom .

A AFFIDAVIT STANDS AS TRUTH UNLESS REBUTTED

December 28, 2023

4.3 ACRES OF LA DELIVERED BY BESTOWER
CLARK REALTY , from Beverly Ann Clark
To Nafeesah Hend... Rahman For T...

(4)

EXHIBIT 2.3 —

TEXT MESSAGES EX 3

ABDULCAFF MACE moral individual

TEXT Audio OF 2

Kevin Doyle Clark

MANAGER

PRIORITY PROPERTIES, LLC

**SPEECH TO TEXT KEVIN CLARK  Audio Exhibi 2 t Affidavit and Verified Answer**

**Statement From Kevin Clarkl July 10th 2022**

I want you to do me a serious favor and ideas. I want you to think in your brain realleonard. And I want you to visualize yourself. Looking at grandmother and grandmother telling auntie, Salwa, this is not her house. She has 10 kids running around and I'm their father. And I want you to make up in your brain. Any scenario that you want any scenario? You want and I want you to visualize your grandmother? Tell her auntie Salwa This is not your house, you can make up any scenario

that you want. And try to come to the understanding that your grandmother. My mother would tell you that your actions were okay. Okay, you can holler and scream at another adult. Custom out waving your hands in the air in front of their face. Just make up any scenario where they're gonna tell you. Oh well, ground mother is gonna tell you. That's okay you can do. Dear Lasley, I don't want you to stand in front of your mother. Your mother and I want you to visualize some kids just like you, Mommy. Yeah, yeah, oh my God, mad. Don't clean up cuz them. Ouse whatever you want to make up in your mind and then I want you to say that. They would have screamed and hobbled and clutched around and it would have been okay with you. You would stand there and accept that no, if they did this, then they can cuss my mother out and they can scream at my mother and I'll just stand there and say that's OK, you can scare my mother, because she said this to you, please think about that and then call me. Let me know what that scenario is in your brain.


Part 2

Ya Amir I'm waiting on your answer. You can call me on Duo, much ansbecause you know if you can do it, somebody else can do. It's going to have to be you know, in your mind. You need to

5

**SPEECH TO TEXT KEVIN CLARK  Audio Exhibi 2 t Affidavit and Verified Answer**

have some understanding the Grandma to tell you. That's not auntie Salwa house?, I was.  Did I tell you that's not auntie Salwas house?  What's else? Did uncle koury tell you that's not auntie salwas house? What do you know what makes you think that you know you have a right to say something like that? And you know the most important thing is that you're saying this and screaming and holler and his in front of Mohammed in front of azia.  In front of Abraham-man in front of Yaya talking to their mother. But somehow I'm think in your mind. You feel like there's some justification for this. You have a right to do this. Explain to me you know who told you. These things to make you think you have a right to do that.

PRIORITY PROPERTIES AND ABACUS LAW GROUP · *ABDULLAH MACEESY.* *ABDULLAH MACE mom/ individua/*

...Your Ex called me. I tried to avoid talking to her, but she insisted I listen to her side of—————

the story. It was a bit crazy, full of accusations. But, for me as your attorney, the most salient—————

part is: —————————————————————————————————————————————————————————————————

1. She's claiming her and Nafeesah filed what they think is a Recission Deed to transfer the—————

Ranch back to her as per your Mom's promise to her (the deed is a Quit Claim deed, which is

entirely different) ; —————————————————————————————————————————————————————————

2. Their action was approved by the Recorder (I think Nafeesah knows someone there); and—————

3. She claims they will split the profit from the sale, which she claims has already occurred, and

the title company has already issued a marketable title insurance policy.—————————————————

Bottom line, her case is based on an alleged promise by your Mom that the Ranch was for her

and the kids.———————————————————————————————————————————————————————————————

Now, I'm going to have to amend the complaint to add in the possibility of a bona fide purchaser,

and the insurance company. So, I may not get to forcing a distribution from the Irrevocable Trust

until September. Just letting you know.————————————————————————————————————————————

May Allaah give us Tawfeeq! Ameen!—(*TEXT*) *EXHIBIT  3 - CORRESPONDENCE*————————————————

(*AUDIO*) *GUIN CLARK TESTIMONY EX 2*

Yeah, all those feelings, like, those feelings are one thing. But seriously, we've only been going

through this since my mom got sick. And like I said, common sense tell you tells you after 20

years, you've been okay. So if all of a sudden you're panicking then, you know, I don't even

know what to tell you. You've lost all your, you know, your your faith and Allah subhanaw taala

are you thinking that, you know, the person that's been taking care of you are looking out for you



for the best 20 years, they woke up in the morning and they change, they stopped taking care of you, you don't have guests anymore, you don't have a place to live anymore. You know, you have to base the questions on reality, then you can see through the BS. The reality is, you never needed to worry about paying about a bill. You never needed to worry about a place to stay. So you haven't panic about that now is 100% BS. I've always from day one had more than one wife. That's BS. You know, the only time we really have problems when my mom bought this property, she put it in someone's name. And I asked her not to do that. You know, I told her not wanted in that case, but she convinced me Oh, it's gonna be okay, it's gonna be alright. When you do that, it puts a person in a psychological position in their mind. Now, it's in their name. Now, they can't help but tell other people about it. Now, they can't help but feel a certain kind of way, a certain kind of pride. So now, when it comes out of her name, and goes into the trust, that's a whole different monster for her. Never antagonize I never said anything. That's what mom wants, you know, because from day one is for the kids. And I know my mother, we talked about it much. You know, she started to have, you know, some little doubts. And that's because, you know, you tell people all the time, just like I told you, I can say something about someone, the only person I talk to you is the brother that married us. There's in Saudi name. And you and Salwas Mother, don't talk to nobody else. These people can help me. You know, she's so every single person, she runs into our business strangers that come on the ranch, yeah, we're moving, I'm doing this, I'm doing that I did this, I did that I did that. I don't say nothing. I just walk away. Periods. You know, But back to what I was saying. That is when we really really had issues because even when she had it in her name, you know, she would say certain things. Like, you know, I have the power now and this and this and that and you know, just little stuff



EXHIBIT

TEXT EMAIL
SET UP PRIORITY PROPERTIES
,LLC
MACEABDULLAH
a 4california.co.con

}

CLIENT SALUA
RAHMAN.

(9)

M

## Kevin Clark offspring.
messages

---

**Salwa Rahman** <isnumo@gmail.com>                                    Mon, Dec 5, 2022 at 2:29 PM
To: mace@4californialaw.com

Nur Abdur-Rahman  19
Muhammad Clark 17
Yahya Clark 15
Layan Clark 14
Ayyub Clark 13
Safaa Clark 11
Iyah Clark 9
Yaqoub Clark 7
Hayaam Clark 5
Hana Clark 3
Jinnah Clark 1
Keyva Clark 33

---

**Mace Abdullah Esq** <mace@4californialaw.com>                        Mon, Dec 5, 2022 at 2:42 PM
Reply-to: Mace Abdullah Esq <mace@4californialaw.com>
To: Salwa Rahman <isnumo@gmail.com>

All live at Littlerock except Keyva, correct. Need her full address.

Also need same info for Kim's children, i.e. full legal names and addresses.

Sent from Yahoo Mail on Android
[Quoted text hidden]

---

**Salwa Rahman** <isnumo@gmail.com>                                    Mon, Dec 5, 2022 at 3:07 PM
To: Mace Abdullah Esq <mace@4californialaw.com>

Forgive me, yes all at Littlerock except for Keyva.

Keyva address is
5209 Maymint Drive.
Los Angeles CA 90043

Kimberly Gray children:

Karl Grey, Camille Gray, Tyler Grey, David Grey reside
18 Nina Ct, Somerset, NJ, 08873

[Quoted text hidden]

---

**Salwa Rahman** <isnumo@gmail.com>                                    Mon, Dec 5, 2022 at 3:08 PM
To: Mace Abdullah Esq <mace@4californialaw.com>

**spelling error for Keyva address

5209 Maymont Dr
[Quoted text hidden]

---

**Mace Abdullah Esq** <mace@4californialaw.com>                        Tue, Dec 6, 2022 at 10:36 AM
Reply-to: Mace Abdullah Esq <mace@4californialaw.com>
To: Salwa Rahman <isnumo@gmail.com>

# Sallam...Are Kim's offspring spelling their last name Gray or Grey...Your email uses both?

Abacus Law Group
Dr. Mace Abdullah, Esq.
Attorney & Counselor at Law
MBA, LL.M. (Tax), J.D.
Ph.D. (Finance)
1055 E. Colorado Blvd.,
5th Floor
Pasadena, CA 91106
(626) 204-4016 T
(626) 204-4017 F
(424) 204-3924 Mobile Worldwide

NOTICE: This e-mail (including attachments) is subject to the attorney-client privilege under applicable law as well as the provisions of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information herein is confidential, privileged, and specifically prohibited from being disclosed under applicable state and federal law. This e-mail (including attachments) is intended solely for the use of the addressee named hereinabove. If you are not the intended recipient of this message, do not read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission. The originator of this e-mail and its affiliates do not represent, warrant, or guarantee that the integrity of this communication has been maintained or that this communication is free of errors, viruses, or other defects. Delivery of this message or any portions herein to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

[Quoted text hidden]

---

alwa Rahman <isnumo@gmail.com>                                    Tue, Dec 6, 2022 at 10:48 /
o: Mace Abdullah Esq <mace@4californialaw.com>

Wa alaikum as salaam, Just had to look it up. It's GRAY
[Quoted text hidden]

---

lace Abdullah Esq <mace@4californialaw.com>                       Fri, Dec 16, 2022 at 10:24 /
eply-to: Mace Abdullah Esq <mace@4californialaw.com>
o: Salwa Rahman <isnumo@gmail.com>

# Salaam...Are all Kim's children over 11 years of age?

Abacus Law Group
Dr. Mace Abdullah, Esq.
Attorney & Counselor at Law
MBA, LL.M. (Tax), J.D.
Ph.D. (Finance)
1055 E. Colorado Blvd.,
5th Floor
Pasadena, CA 91106
(626) 204-4016 T

NOTICE: This e-mail (including attachments) is subject to the attorney-client privilege under applicable law as well as the provisions of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information herein is confidential, privileged, and specifically prohibited from being disclosed under applicable state and federal law. This e-mail (including attachments) is intended solely for the use of the addressee named hereinabove. If you are not the intended recipient of this message, do not read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission. The originator of this e-mail and its affiliates do not represent, warrant, or guarantee that the integrity of this communication has been maintained or that this communication is free of errors, viruses, or other defects. Delivery of this message or any portions herein to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

[Quoted text hidden]

---

**alwa Rahman <isnumo@gmail.com>**                                      Fri, Dec 16, 2022 at 10:52
o: Mace Abdullah Esq <mace@4californialaw.com>

Wa alaikum as salaam, yes they are all adults.
[Quoted text hidden]



**wd: FINAL DRAFT OF THE PETITION**
message

evin clark <diamondcontractorsest@gmail.com>                    Sat, Nov 26, 2022 at 9:09 AI
o: Salwa Rahman <isnumo@gmail.com>

---------- Forwarded message ----------
From: **Mace Abdullah Esq** <mace@4californialaw.com>
Date: Thu, Nov 24, 2022 at 1:39 PM
Subject: FINAL DRAFT OF THE PETITION
To: kevin clark <diamondcontractorsest@gmail.com>

Salaam Akhi...

I'm attaching the final draft of the Petition (although I plan to give it one last review encompassing any comments or concerns by you).

Review as you will notice the Verification at the end of document. Once we have a final, final, and I get the add'l things I asked for in my previous email today, I will had the documents over to my e-filing, attorney service. They will file and obtain a date from the Probate Dept for a hearing. However, if you would like to run it by your siblings in order to resolve the matter without the need for litigation, feel free to do so. If you'd like to "spring" it on them, that's fine too. I'll leave that part to your discretion.

May Allaah, Al Muhaymin, guide us to the truth and justice.

Aameen

Abacus Law Group
Dr. Mace Abdullah, Esq.
Attorney & Counselor at Law
MBA, LL.M. (Tax), J.D.
Ph.D. (Finance)
1055 E. Colorado Blvd.,
5th Floor
Pasadena, CA 91106
(626) 204-4016 T
(626) 204-4017 F
(424) 204-3924 Mobile Worldwide

applicable law as well as the provisions of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information herein is confidential, privileged, and specifically prohibited from being disclosed under applicable state and federal law. This e-mail (including attachments) is intended solely for the use of the addressee named hereinabove. If you are not the intended recipient of this message, do not read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission. The originator of this e-mail and its affiliates do not represent, warrant, or guarantee that the integrity of this communication has been maintained or that this communication is free of errors, viruses, or other defects. Delivery of this message or any portions herein to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

On Thursday, November 24, 2022 at 11:09:34 PM GMT+8, kevin clark <diamondcontractorsest@gmail.com> wrote:

--------- Forwarded message ---------
From: **kevin clark** <diamondcontractorsest@gmail.com>
Date: Thu, Sep 8, 2022 at 1:25 PM
Subject: Fwd: Clark Family Trust Meeting 31Aug2022
To: <info@mailamerica3.com>

--------- Forwarded message ---------
From: **Patriot Email** <kclarkgray@comcast.net>
Date: Mon, Sep 5, 2022 at 8:13 PM
Subject: Clark Family Trust Meeting 31Aug2022
To: diamondcontractorsest@gmail.com <diamondcontractorsest@gmail.com>, koury Clark <kouryclark0094@gmail.com>

Hello Family,

Below are minutes from our last meeting 31August2022. New information is in green. Also I have attached a spreadsheet to follow property distribution task. Lastly I have attached the affidavit for 4830 Coliseum. Kevin this needs to be signed by you and noterized as soon as possible please.

Love you Lots

Kim

14

- [illegible]
- [illegible]
- Requested Harry to inquire about back taxes

**Ed Peyton - attorney in TN**
- [illegible]
  - [illegible]
  - [illegible]
- [illegible]

**Burton - to complete LLC for Kevin and Koury**
- [illegible]
- Koury sent Burton the title to 4824 Coliseum, 4428 Slauson and Hillcrest
- [illegible] engagement letter signed by each of us
- $2,500 per LLC not including meetings and calls

**Properties next to have titles changed**
- [illegible]
- [illegible]
- [illegible]
- Victoria - Koury Place
- [illegible] - Koury Place
- [illegible] - Koury LLC?

**Willowcrest Probate Process**
- [illegible] September 19, 2023 [illegible]
- Probate will allow you to move the property [sell or dissolve the trust]

**5633 Overhill Dr.**
- [illegible] upgrading electrical panel - need to move forward [illegible]
- [illegible]

**5269 Maymont Dr.**
- [illegible]
- [illegible]

**4428 Slauson**
- [illegible]
- [illegible]
- [illegible]

**Rental property**
**Hillcrest**
- No update
- Tenant will call post closing for a review
- [illegible]

**4830 Coliseum - (2 vacancies)**
- [illegible] Koury and Kelson work with Melody on title
- [illegible] Kevin to Realtor [illegible]
- [illegible] plumbing job - bids need to provide permits
- [illegible] company to clean up from kitchen leakage
- [illegible]
- [illegible]
- [illegible] per week
- unit 4 is ready to rent - started advertising 7/19/2022
- [illegible] bathroom ceiling and it will be ready to rent

**4824 Coliseum (2 vacancies)**
- [illegible]
- [illegible]
- Painter sent his contract and it is acceptable
- Unit 5 and 9 are vacant

**48th St**
- [illegible]
- [illegible]
- Can afford to open a case with Wells Fargo (life events)
  - Need to provide a copy of death certificate
  - Copy of trust
  - Kim's photo ID
  - Include case number [14751218], loan number [0557820709], [illegible] name, Property address, my name
- [illegible] pays $2

**4th Ave**
- No update
- Tenant pays $2
- neighbor wants to put in fence
- Getting new garage doors for 4th ave with money left over from insurance from 45th St
- Need to be opening trim before Mesa will give an estimate

**Santa Fe**
- No update
**Brook**
- No update
- tenant is prospective meeting - they want to meet in person
- Will Ave $70,000 to $80,000 for the property

**Hazel**
- No update
- Dishwasher not draining
- Need to put the siren there to pull the dishwasher out and fix it

**35th Pl**
- [illegible]
- [illegible]
- Roof was already done on 1436

**Victoria Pl**
- [illegible]

16

Plumbing & Electrical
5633 Overhill Dr.
Los Angeles Ca. 90043
(310) 878-2400
--

Diamond Construction
Plumbing & Electrical
5633 Overhill Dr.
Los Angeles Ca. 90043
(310) 878-2400
--

Diamond Construction
Plumbing & Electrical
5633 Overhill Dr.
Los Angeles Ca. 90043
(310) 878-2400

# Kevin Clark offspring.

messages

---

**Salwa Rahman** <isnumo@gmail.com>                                                      Mon, Dec 5, 2022 at 2:29 PM
To: mace@4californialaw.com


Nur Abdur-Rahman  19
Muhammad Clark 17
Yahya Clark 15
Layan Clark 14
Ayyub Clark 13
Safaa Clark 11
Iyah Clark 9
Yaqoub Clark 7
Hayaam Clark 5
Hana Clark 3
Jinnah Clark 1
Keyva Clark 33

---

**Mace Abdullah Esq** <mace@4californialaw.com>                                           Mon, Dec 5, 2022 at 2:42 PM
Reply-to: Mace Abdullah Esq <mace@4californialaw.com>
To: Salwa Rahman <isnumo@gmail.com>

All live at Littlerock except Keyva, correct. Need her full address.

Also need same info for Kim's children, i.e. full legal names and addresses.

Sent from Yahoo Mail on Android
[Quoted text hidden]

---

**Salwa Rahman** <isnumo@gmail.com>                                                      Mon, Dec 5, 2022 at 3:07 PM
To: Mace Abdullah Esq <mace@4californialaw.com>

Forgive me, yes all at Littlerock except for Keyva.

Keyva address is
5209 Maymint Drive.
Los Angeles CA 90043

Kimberly Gray children:

Karl Grey, Camille Gray, Tyler Grey,David Grey reside
18 Nina Ct, Somerset, NJ, 08873

[Quoted text hidden]

---

**Salwa Rahman** <isnumo@gmail.com>                                                      Mon, Dec 5, 2022 at 3:08 PM
To: Mace Abdullah Esq <mace@4californialaw.com>

**spelling error for Keyva address

5209 Maymont Dr
[Quoted text hidden]

---

**Mace Abdullah Esq** <mace@4californialaw.com>                                           Tue, Dec 6, 2022 at 10:36 AM
Reply-to: Mace Abdullah Esq <mace@4californialaw.com>
To: Salwa Rahman <isnumo@gmail.com>

# Sallam...Are Kim's offspring spelling their last name Gray or Grey...Your email uses both?

Abacus Law Group
Dr. Mace Abdullah, Esq.
Attorney & Counselor at Law
MBA, LL.M. (Tax), J.D.
Ph.D. (Finance)
1055 E. Colorado Blvd.,
5th Floor
Pasadena, CA 91106
(626) 204-4016 T
(626) 204-4017 F
(424) 204-3924 Mobile Worldwide

NOTICE: This e-mail (including attachments) is subject to the attorney-client privilege under applicable law as well as the provisions of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information herein is confidential, privileged, and specifically prohibited from being disclosed under applicable state and federal law. This e-mail (including attachments) is intended solely for the use of the addressee named hereinabove. If you are not the intended recipient of this message, do not read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission. The originator of this e-mail and its affiliates do not represent, warrant, or guarantee that the integrity of this communication has been maintained or that this communication is free of errors, viruses, or other defects. Delivery of this message or any portions herein to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

[Quoted text hidden]

---

**alwa Rahman** <isnumo@gmail.com>                              Tue, Dec 6, 2022 at 10:48 AI
o: Mace Abdullah Esq <mace@4californialaw.com>

Wa alaikum as salaam, Just had to look it up. It's GRAY
[Quoted text hidden]

---

**lace Abdullah Esq** <mace@4californialaw.com>                 Fri, Dec 16, 2022 at 10:24 AI
eply-to: Mace Abdullah Esq <mace@4californialaw.com>
o: Salwa Rahman <isnumo@gmail.com>

# Salaam...Are all Kim's children over 11 years of age?

Abacus Law Group
Dr. Mace Abdullah, Esq.
Attorney & Counselor at Law
MBA, LL.M. (Tax), J.D.
Ph.D. (Finance)
1055 E. Colorado Blvd.,
5th Floor
Pasadena, CA 91106
(626) 204-4016 T

NOTICE: This e-mail (including attachments) is subject to the attorney-client privilege under applicable law as well as the provisions of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. The information herein is confidential, privileged, and specifically prohibited from being disclosed under applicable state and federal law. This e-mail (including attachments) is intended solely for the use of the addressee named hereinabove. If you are not the intended recipient of this message, do not read, disclose, reproduce, distribute, disseminate, or otherwise use this transmission. The originator of this e-mail and its affiliates do not represent, warrant, or guarantee that the integrity of this communication has been maintained or that this communication is free of errors, viruses, or other defects. Delivery of this message or any portions herein to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

[Quoted text hidden]

---

**alwa Rahman <isnumo@gmail.com>**
o: Mace Abdullah Esq <mace@4californialaw.com>

Fri, Dec 16, 2022 at 10:52 AI

Wa alaikum as salaam, yes they are all adults.
[Quoted text hidden]

**09 MAR 2016 ▸ 10 MAR 2016**   TRIP TO **LOS ANGELES, CA**

PREPARED FOR
**RAHMAN/SALWA MRS**
**RAHMAN/NUR MS**
**CLARK/MUHAMMAD MSTR**
**CLARK/YAHYA MSTR**
**CLARK/LAYAN MISS**
**CLARK/AYYUB MSTR**
**CLARK/SAFAA MISS**
**CLARK/IYAH MISS**
**CLARK/YAQOUB MSTR**

RESERVATION CODE   RSRKMC
AIRLINE RESERVATION CODE   QUWSOE (GF)

 DEPARTURE: **WEDNESDAY 09 MAR** Please verify flight times prior to departure

| GULF AIR GF 0174 | JED JEDDAH, SAUDI ARABIA | ▸ BAH BAHRAIN, BAHRAIN | Aircraft: AIRBUS INDUSTRIE A320 JET |
|---|---|---|---|
| Duration: 2hr(s) 0min(s) | Departing At: **9:30pm** | Arriving At: **11:30pm** | Distance (in Miles): 794 Stop(s): 0 |
| | Terminal: NORTH TERMINAL | Terminal: Not Available | |

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » RAHMAN/SALWA MRS | Check-In Required | Economy | Confirmed | Snack |
| » RAHMAN/NUR MS | Check-In Required | Economy | Confirmed | Snack |
| » CLARK/MUHAMMAD MSTR | Check-In Required | Economy | Confirmed | Snack |
| » CLARK/YAHYA MSTR | Check-In Required | Economy | Confirmed | Snack |
| » CLARK/LAYAN MISS | Check-In Required | Economy | Confirmed | Snack |
| » CLARK/AYYUB MSTR | Check-In Required | Economy | Confirmed | Snack |
| » CLARK/SAFAA MISS | Check-In Required | Economy | Confirmed | Snack |
| » CLARK/IYAH MISS | Check-In Required | Economy | Confirmed | Snack |
| » CLARK/YAQOUB MSTR | | Economy | Confirmed | Snack |

 DEPARTURE: **THURSDAY 10 MAR** Please verify flight times prior to departure

**GULF AIR**
**GF 0007**

Duration:
7hr(s) 35min(s)

| | BAH | LHR |
|---|---|---|
| | BAHRAIN, BAHRAIN | ▶ LONDON HEATHROW, UNITED KINGDOM |
| Departing At: | 2:00am | Arriving At: 6:35am |
| Terminal: | Not Available | Terminal: TERMINAL 4 |

Aircraft:
AIRBUS INDUSTRIE
A332 JET

Distance (in Miles): 3169

Stop(s): 0

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » RAHMAN/SALWA MRS | Check-In Required | Economy | Confirmed | Breakfast |
| » RAHMAN/NUR MS | Check-In Required | Economy | Confirmed | Breakfast |
| » CLARK/MUHAMMAD MSTR | Check-In Required | Economy | Confirmed | Breakfast |
| » CLARK/YAHYA MSTR | Check-In Required | Economy | Confirmed | Breakfast |
| » CLARK/LAYAN MISS | Check-In Required | Economy | Confirmed | Breakfast |
| » CLARK/AYYUB MSTR | Check-In Required | Economy | Confirmed | Breakfast |
| » CLARK/SAFAA MISS | Check-In Required | Economy | Confirmed | Breakfast |
| » CLARK/IYAH MISS | Check-In Required | Economy | Confirmed | Breakfast |
| » CLARK/YAQOUB MSTR | | Economy | Confirmed | Breakfast |

 DEPARTURE: **THURSDAY 10 MAR** Please verify flight times prior to departure

**GULF AIR**
**GF 6637**

Operated by:
AMERICAN AIRLINES

Duration:
11hr(s) 15min(s)

| | LHR | LAX |
|---|---|---|
| | LONDON HEATHROW, UNITED KINGDOM | ▶ LOS ANGELES, CA |
| Departing At: | 1:30pm | Arriving At: 4:45pm |
| Terminal: | TERMINAL 3 | Terminal: TERMINAL 4 |

Aircraft:
BOEING 777-300ER JET

Distance (in Miles): 5456

Stop(s): 0

| Passenger Name: | Seats: | Class: | Status: | Meals: |
|---|---|---|---|---|
| » RAHMAN/SALWA MRS | Check-In Required | Economy | Confirmed | Lunch |
| » RAHMAN/NUR MS | Check-In Required | Economy | Confirmed | Lunch |
| » CLARK/MUHAMMAD MSTR | Check-In Required | Economy | Confirmed | Lunch |
| » CLARK/YAHYA MSTR | Check-In Required | Economy | Confirmed | Lunch |
| » CLARK/LAYAN MISS | Check-In Required | Economy | Confirmed | Lunch |
| » CLARK/AYYUB MSTR | Check-In Required | Economy | Confirmed | Lunch |
| » CLARK/SAFAA MISS | Check-In Required | Economy | Confirmed | Lunch |
| » CLARK/IYAH MISS | Check-In Required | Economy | Confirmed | Lunch |
| » CLARK/YAQOUB MSTR | | Economy | Confirmed | Lunch |

EXHIBIT

RESCISSION
DEED

RECORDING REQUESTED BY

Salwa Rahman & Nafeesah Hendricks

AND WHEN RECORDED MAIL TO:

Salwa Rahman & Nafeesah Hendricks
9155 East Ave S8
Littlerock, California 93543

SPACE ABOVE THIS LINE FOR RECORDERS USE

**RESCISSION DEED**

APN: **3044-004-029**

The undersigned Grantor(s) declare(s) under penalty of perjury that the following is true and correct: THERE IS NO CONSIDERATION FOR THIS TRANSFER Documentary transfer tax is $0 Not a sale; no consideration-rescission of prior deed.
11 Computed on full value of property conveyed, or Computed on full value less value of liens and encumbrances remaining at time of sale or transfer.

[X] There is no Documentary transfer tax due. R & T Section 11911

This rescission of a transfer of real property relates back to its formation and dissolves the transfer as though it had never been made. Long v. Newlin (1956) 144 Cal App. 2d 509. Once the original deed is rescinded, the parties are placed in the me position they stood in before the original deed was executed, since the effect of the rescission is to extinguish the original deed. Thus, when the parties record a rescission deed, the assessor's office restores the base ar value of the original transferor as of the date of recordation of such rescission deed.

WHEREAS Salwa Rahman and Nafeesah Hendricks ,who originally had title to 9155 EAST AVENUE S8 **APN 3044-004-029** on 4/24/2020 executed a Grant Deed in favor of Beverly Clark as Grantee and recorded as:
Document Numbers **20200391691,20200391692,20200739779,20221115875** of Official Records in the County Recorder of Los Angeles, County, California (the" original Grant Deed"), a copy of which is attached hereto as **Exhibit"A",** and incorporated herein by this reference: and WHEREAS, pursuant to California Civil Code Section 1689(a), Salwa Rahman and

1  22

Nafeesah Hendricks dated 4/24/2018 have agreed to rescind their agreement pertaining to the transfer of the original Grant Deed with the effect of voiding the transfers ad initio as though the Original Grant Deeds signed after this had never been executed and recorded as provided in California.
Including a Power Attorney.   **Document** No. 20180396372 dated 4/24/2018
Civil Code Section 1688.


PRIORITY PROPERTIES ,LLC                             **Grant Deed** 11/29/2022
5633 OVERHILL DR.                                    Document No.**20221115875**
LOS ANGELES, CA 90043


THE CLARK FAMILY TRUST Dated September 14,2006       **Trust Transfer Deed** 7/7/2020
5633 OVERHILL DR.                                    Document No. **20200739779**
LOS ANGELES ,CALIFORNIA  90043.


Nafeesah Hendricks a Single Woman to Beverly Clark  a Single Woman   **Grant Deed**  4/7/2020
6501 6TH Ave                                         Document No. **20200391692**
LOS ANGELES ,CALIFORNIA  90043


Salwa Rahman a Single Woman to Beverly Clark a Single Woman  **Grant Deed**.  4/7/2020
9155 E.Ave S8.                                       Document No **20200391691**
LITTLEROCK,CALIFORNIA 93543


Salwa Rahman  a Single Woman and                    **Grant Deed** 4/24/2018
Nafeesah Hendricks a Single Woman                   **Document No. (20180396373)**
9155 E. Ave S8
LITTLEROCK ,CALIFORNIA  93543

                                                     **Power of Attorney** 4/24/2018
Power of Attorney.                                   **Document** No. 20180396372

2    23

24

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Michael Antonovich Antelope Valley Courthouse Department A15
CASE REGISTER
23AVCV00732 PRIORITY PROPERTIES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Date        Action

07/12/2023  Complaint
            Filed by: Priority Properties, LLC, a California Limited
            Liability Company (Plaintiff)
            As to: Nafeesah Hendricks (Defendant); Salwa Rahman (Defendant)

07/12/2023  Summons on Complaint
            Issued and Filed by: Priority Properties, LLC, a California
            Limited Liability Company (Plaintiff)
            As to: Nafeesah Hendricks (Defendant); Salwa Rahman (Defendant)

07/12/2023  Civil Case Cover Sheet
            Filed by: Priority Properties, LLC, a California Limited
            Liability Company (Plaintiff)
            As to: Nafeesah Hendricks (Defendant); Salwa Rahman (Defendant)

07/12/2023  Alternate Dispute Resolution Packet
            Filed by: Clerk

07/12/2023  First Amended General Order re: Mandatory Electronic Filing
            Filed by: Clerk

07/12/2023  Voluntary Efficient Litigation Stipulation Packet
            Filed by: Clerk

07/12/2023  Notice of Case Assignment - Unlimited Civil Case
            Filed by: Clerk

07/14/2023  Case Management Conference scheduled for
            11/08/2023 at 08:30 AM in Michael Antonovich Antelope Valley
            Courthouse at Department A15

07/14/2023  Notice of Case Management Conference
            Filed by: Clerk

07/14/2023  Case assigned to Hon. Michael C. Kelley in Department A15 Michael
            Antonovich Antelope Valley Courthouse

07/26/2023  Amended Complaint
            Filed by: Priority Properties, LLC, a California Limited
            Liability Company (Plaintiff)
            As to: Nafeesah Hendricks (Defendant); Salwa Rahman (Defendant)

07/26/2023  Summons on Complaint
            Issued and Filed by: Priority Properties, LLC, a California
            Limited Liability Company (Plaintiff)
            As to: Nafeesah Hendricks (Defendant); Salwa Rahman (Defendant)

07/26/2023  Updated -- Amended Complaint (1st):
            Name Extension: (1st)

08/30/2023  Notice of Case Reassignment and Order for Plaintiff to Give
            Notice
            Filed by: Clerk

PAGE: 1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
Michael Antonovich Antelope Valley Courthouse Department A15
CASE REGISTER

23AVCV00732 PRIORITY PROPERTIES, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY

Date        Action

            cross-complaint scheduled for
            01/16/2024 at 08:30 AM in Michael Antonovich Antelope Valley
            Courthouse at Department A15

11/09/2023  Case Management Conference scheduled for 11/08/2023 at 08:30 AM
            in Michael Antonovich Antelope Valley Courthouse at Department
            A15

                    Not Held - Taken Off Calendar by Court on 11/08/2023

11/09/2023  Ex-parte
            On the Court's own motion,
            Hearing on Ex Parte Application Removal of Discharged Lis Pendens
            and Deed Recorded. scheduled for 11/08/2023 at 08:30 AM in
            Michael Antonovich Antelope Valley Courthouse at Department A15

                    Not Held - Continued - Court's Motion was rescheduled to
            11/15/2023 08:30 AM

11/14/2023  Opposition to Ex Parte
            Filed by: Priority Properties, LLC, a California Limited
            Liability Company (Cross-Defendant)

PAGE: 3