IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SALWA RAHMAN,<br>   *Plaintiff*,<br>v.<br>PRIORITY PROPERTIES LLC,<br>   *Defendant*. | § § § § § § § § § §<br><br>CASE NO. 2:24-CV-00734-JRG-RSP |

**ORDER**

  Plaintiff Salwa Rahman previously filed her initial Complaint (Dkt. No. 1), which the Court found to be deficient for failing to set out a short and plain statement of the claims giving fair notice to the defendant of the nature of Plaintiff's claims (Dkt. No. 5.) Accordingly, the Court ordered Plaintiff to file an amended complaint which addressed the deficiencies within 30 days (*Id.* at 2.) Plaintiff failed to address the deficiencies (*See* Dkt. No. 14; *see also* Dkt. No. 12), and as a result, Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 14), recommending dismissal of Plaintiff's case.

  Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that Plaintiff's case is hereby **DISMISSED**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

  **So ORDERED and SIGNED this 28th day of October, 2025.**

                       _____
                       RODNEY GILSTRAP
                       UNITED STATES DISTRICT JUDGE